```
JOSEPH P. RUSSONIELLO (CNB 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
JENNIFER S. WANG (CSBN 233155)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6867
Facsimile:  (415) 436-6748
Email: jennifer.wang@usdoj.gov

Attorneys for Federal Defendant
Peter Spencer
```

ORIGINAL FILED

US MAY -7 AM 11: 50

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL ANTHONY LOGWOOD, <br><br> Plaintiff, <br><br> v. <br><br> PETER SPENCER, <br><br> Defendant. | Case No. C 08-02349 EMC <br><br> **PROOF OF SERVICE** <br> **OF NOTICE OF REMOVAL** |

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that on May 7, 2008 she caused a copy of:

1) Notice of Removal filed May 7, 2008;

2) Certification Pursuant to 28 U.S.C. § 2679(d) filed May 7, 2008;

3) Order Setting Initial Case Management Conference and ADR Deadlines filed May 7, 2008; Standing Order for Civil Practice in Cases Assigned for all Purposes to Magistrate Judge Edward M. Chen; Standing Order for all Judges of the Northern District of California;

//

PROOF OF SERVICE OF NOTICE OF REMOVAL
Logwood v. Spencer                                       1

4) Notice of Assignment of Case to a United States Magistrate Judge for Trial; Consent to Proceed Before a United States Magistrate Judge; Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge;

5) ECF Registration Information Handout;

6) Welcome to the U.S. District Court, San Francisco; San Francisco Judges; Drop Box Filing Procedures; and

7) Proof of Service

to be served upon the persons at the place and addresses stated below, which are the last known addresses:

Michael Anthony Logwood
101 Hyde Street
General Delivery
San Francisco, CA 94102

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 7th day of May 2008 at San Francisco, California.

Diann Lackey
Paralegal Specialist

PROOF OF SERVICE OF NOTICE OF REMOVAL
Logwood v. Spencer                    2