1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  JENNIFER S WANG (CSBN 233155)
   Assistant United States Attorney
4

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-6967
   Facsimile:  (415) 436-6748
7  Email: jennifer.s.wang@usdoj.gov
8

9  Attorneys for Federal Defendant

10

11                 IN THE UNITED STATES DISTRICT COURT

12              FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                        SAN FRANCISCO DIVISION

14

15  MICHAEL A. LOGWOOD,              )    Case No. 08-2349 EMC
                                     )
16                                   )
                      Plaintiff,     )    DECLARATION OF MARIA STELLA
17                                   )    IN SUPPORT OF MOTION TO DISMISS
                                     )
18            v.                     )
                                     )
19  PETER SPENCER,                   )
                                     )
20                                   )
                                     )
21                    Defendant      )
                                     )
22  ─────────────────────────────── )

23  I, MARIA T. STELLA, declare and state as follows:

24       1. I am over 18 years of age, am a resident of the State of California, and make this

25  declaration in support of defendant's motion to dismiss.  I am competent to testify to the matters set

26  forth herein.

27       2. I am the District Manager of the Social Security Administration's (SSA) Mission District

28  Office (Office) in San Francisco, California.  I report to the Area Director who is organizationally

                                    -1-

1   located one level below the Regional Commissioner for Region IX, which includes California, Peter

2   Spencer. As District Manager, I supervise all official operations and procedures for the Office, and

3   am responsible for the administration of all aspects of Social Security Programs, Title II and Title

4   XVI Supplemental Security Income ("SSI"), for the Office. SSI is a disability benefits program for

5   adults and children who have limited income and resources.

6       3. The Office has had frequent and on-going contact with plaintiff, Michael A Logwood, a

7   recipient of SSI benefits. I oversee Tiffany Chai, Operation Supervisor for Title XVI and the other

8   Claims Representatives who had contact with Mr. Logwood. Ms. Chai is the first line manager for

9   the Title XVI program. All Claims Representatives for Title XVI report to Ms. Chai, and Ms. Chai

10   reports directly to me. Of the SSA representative in the Office, Ms. Chai has had the most direct

11   contact with Mr. Logwood.

12       4. Ms. Chai and I have discussed Mr. Logwood's visits to the Office. In addition, I have

13   reviewed the computerized databases used for record-keeping for Title XVI matters, and the SSA

14   computerized interview tracking system, Visitor Intake Program or "VIP." The SSA computerized

15   databases include magnetic files of claimants that contain account data, benefit data, and transaction

16   data. These databases are accessible by trained SSA personnel by entering a claimant's social

17   security number. These databases are continuously being updated with new information

18       5. Mr. Logwood filed an application for SSI on or about March 16, 1988, and was approved

19   for benefits. However, between October 1988 and March 1997, Mr. Logwood's SSI benefits were

20   suspended several times due to his confinement in public institutions.

21       6. On March 26, 1997, Mr. Logwood reapplied for SSI benefits, and his application was

22   again approved. Mr. Logwood has received SSI benefits continuously since around March 1997.

23   Currently, Mr. Logwood receives approximately $954 per month in SSI payments.

24       7. On April 23, 2008, Mr. Logwood came into the Office and alleged that SSA had not

25   properly paid his SSI benefits. According to Mr. Logwood, he did not receive SSI benefit checks for

26   January 2005, January 2006, February 2006, March 2006, January 2007, and February 2007. My

27   staff explained to Mr. Logwood that photocopies of the allegedly missing checks would be requested

28   as proof of payment. Mr. Logwood was informed that, when a response to the request is received,

1 | SSA representatives from the Office would contact him and offer him the opportunity to review any

2 | new information received.

3 |      8. On April 24, 2008, the Office requested from the Department of Treasury, through the SSI

4 | computer system, photocopies of the allegedly missing SSI checks for the months of January 2005,

5 | January 2006, February 2006, March 2006, January 2007, and February 2007. These copies have not

6 | yet arrived. When results of the request are received, a member of my staff will contact Mr.

7 | Logwood as indicated above.

8 |      9. I understand that, in the instant lawsuit, Mr. Logwood alleges missing SSI checks for the

9 | months of January 2006, February 2006, April 2007, and May 2007. Prior to filing this lawsuit,

10 | Mr. Logwood did not advise SSA that the checks for the months of April 2007 and May 2007 were

11 | missing. On May 9, 2008, after learning of the allegations of Mr. Logwood's lawsuit, I requested

12 | photocopies of the SSI checks issued to Mr. Logwood for April 2007. The checks for the months of

13 | January 2006 and February 2006 have already been requested as detailed in Paragraph 8.

14 |      10. SSA's computerized record system indicates that, on April 16, 2007, Mr. Logwood

15 | personally requested that SSA issue an emergency immediate payment of his May 2007 SSI benefits.

16 | My Office approved his request, and issued the check directly to Mr. Logwood in our offices. Our

17 | records indicate that the check was cashed. Therefore, Mr. Logwood's allegation regarding non-

18 | receipt of the May 2007 check is unclear. In addition, SSA's database does not contain a photocopy

19 | of the May 2007 check because it was handed to Mr. Logwood in person on April 16, 2007

20

21 |      11. SSA's computerized record system indicates that Mr. Logwood was paid the amounts due

22 | him for the months of January 2005, January 2006, February 2006, March 2006, January 2007,

23 | February 2007, April 2007, and May 2007. Mr. Logwood currently receives paper checks delivered

24 | through the United States Postal Service. SSA computerized records indicate that checks were

25 | mailed to Mr. Logwood for the months at issue in this litigation as well as all other months.

26 |      12. Review of Mr. Logwood's SSA records show that he has not filed an administrative

27 | claim regarding missing SSI payments for January 2005, January 2006, February 2006, March 2006,

28 | January 2007, February 2007, April 2007 or May 2007. Moreover, because we are still gathering the

1 necessary facts, the Commissioner of SSA has yet to make an initial determination regarding the
2 allegedly missing payments.

3     13. Since January 2006, Mr. Logwood has requested administrative review four times. From
4 my review of the computerized database used for record keeping, it appears that none of
5 Mr. Logwood's requests for administrative review relate to the allegedly missing checks at issue in
6 this litigation:

7     a. On March 8, 2006, Mr. Logwood filed for reconsideration to contest an initial
8 determination by the Commissioner that plaintiff had received double his October 2005 benefits by
9 claiming to have lost his original check, and subsequently cashing both his original check and the
10 replacement check provided by SSA. The request was dismissed the same date. Mr. Logwood
11 sought no further administrative review.

12     b. On March 30, 2006, Mr. Logwood timely requested that the Appeals Council
13 review an Administrative Law Judge ("ALJ") decision that SSA had not missed benefits payments to
14 plaintiff in 2003 and 2004. The Appeals Council affirmed the ALJ's decision on or about May 25,
15 2006. Mr. Logwood did not seek judicial review in federal court.

16     c. On November 22, 2006, Mr. Logwood filed for reconsideration to contest
17 recoupment of overpayment he received in 2004. On January 24, 2007, Mr. Logwood's claim was
18 denied as untimely as it was filed more than 60 days from the date of the 2004 overpayment decision.
19 Mr. Logwood sought no further administrative review.

20     d. On February 23, 2008, Mr. Logwood filed a request for reconsideration of an initial
21 determination regarding overpayment of his October 2007 benefits. The basis for Mr. Logwood's
22 request for reconsideration was unclear because on January 14, 2008, at Mr. Logwood's request, SSA
23 waived recoupment of the October 2007 overpayment. SSA dismissed the reconsideration request on
24 April 23, 2008. Mr. Logwood neither clarified his reconsideration request nor pursued further
25 administrative review.

1  I declare under penalty of perjury (28 U.S.C. §1746) that the foregoing statement is true and correct
2  to the best of my knowledge and belief. Executed this 13th day of May 2008 in San Francisco,
3  California.

4
5                                                    MARIA T. STELLA

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28