# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

1. **FEDERAL DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS**
2. **[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS**
3. **DECLARATION OF MARIA STELLA IN SUPPORT OF MOTION TO DISMISS**

<u>Michael Anthony Logwood v. Peter Spencer</u>
Case No. CV 08-2349 EMC

to be served this date upon the party in this action by placing a true copy thereof in a sealed envelope, and served as follows:

___  **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

___  **CERTIFIED MAIL** (# ) by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

___  **ELECTRONIC MAIL**

___  **FEDERAL EXPRESS**

_X_  **PERSONAL SERVICE (BY MESSENGER)**

___  **FACSIMILE (FAX)**  Telephone No.: <u>See Below</u>

to the party(ies) addressed as follows:

Michael Anthony Logwood
101 Hyde Street
San Francisco, CA 94102
[PRO SE]

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on May 14, 2008 at San Francisco, California.

BONNY WONG
Legal Assistant