## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers.  The undersigned further certifies that she is causing a copy of the following:

1. **FEDERAL DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS**
2. **[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS**
3. **DECLARATION OF MARIA STELLA IN SUPPORT OF MOTION TO DISMISS**

Michael Anthony Logwood v. Peter Spencer
Case No. CV  08-2349 EMC

to be served this date upon the party in this action by placing a true copy thereof in a sealed envelope, and served as follows:

**_X_     FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

_____   **CERTIFIED MAIL** (# ) by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

_____   **ELECTRONIC MAIL**

_____   **FEDERAL EXPRESS**

_____   **PERSONAL SERVICE (BY MESSENGER)**

_____   **FACSIMILE (FAX)**  Telephone No.:_ See Below_____

to the party(ies) addressed as follows:

Michael Anthony Logwood
101 Hyde Street  - General Delivery
San Francisco, CA  94102
[PRO SE]

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on May 14, 2008 at San Francisco, California.


____/s/_____
BONNY WONG
Legal Assistant