United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL ANTHONY LOGWOOD,　　　　　　　Case No. C08-2349 EMC

　　　　Plaintiff,

　　v.

PETER SPENCER,

　　　　Defendant.
_____/

**NOTICE OF IMPENDING REASSIGNMENT TO
A UNITED STATES DISTRICT COURT JUDGE**

　　The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

　　(x　)　One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

　　(　)　One or more of the parties has sought a type of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

1  Any matters presently set before Magistrate Judge Chen, will be taken off calendar and
2  counsel and/or parties are to contact the courtroom deputy for the reassigned district judge for a new
3  date.

4
5  Dated: May 23, 2008            Richard W. Wieking, Clerk
                                   United States District Court
6
7
8  _____
9  By: Betty Fong, Deputy Clerk

2