```
JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
JENNIFER S WANG (CSBN 233155)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6967
    Facsimile: (415) 436-6748
    jennifer.s.wang@usdoj.gov

Attorneys for Federal Defendant
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL A. LOGWOOD, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PETER SPENCER, ) <br> ) <br> Defendant. ) <br> _____ ) | No. 08-2349 PJH <br><br> **RE-NOTICE OF FEDERAL DEFENDANT'S MOTION TO DISMISS** <br><br> Date:  July 30, 2008 <br> Time: 9:00 a.m. <br> Place: Courtroom 3, 17th Floor |

**RE-NOTICE OF MOTION TO DISMISS**

PLEASE TAKE NOTICE that on Wednesday, July 30, 2008 at 9:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 3, located on the 17th Floor of 450 Golden Gate Avenue, San Francisco, California, the federal defendant, Peter Spencer, Regional Commissioner of Social Security for Region IX of the Social Security Administration ("SSA")[1]

---

[1] By his complaint, plaintiff seeks recovery of alleged underpayment of social security benefits. (*See* Compl. ¶ 3). The proper defendant in a lawsuit challenging underpayment of benefits is the Commissioner of Social Security ("the Commissioner"), not the Regional Commissioner. *See* 42 U.S.C.

RE-NOTICE OF DEF'S MOT. TO DISMISS
C 08-2349 PJH

1 will move this Court for an order dismissing the complaint for lack of subject matter
2 jurisdiction, pursuant to Federal Rule of Civil Procedure 12(b)(1). Plaintiff's opposition to the
3 motion will be due on July 9, 2008, 21 days prior to the hearing date. Defendant's reply will be
4 due on July 16, 2008, 14 days prior to the hearing date.

5     The Motion, which was filed on May 14, 2008, is based on this notice; the
6 memorandum points and authorities filed on May 14, 2008; the declaration of Maria Stella filed
7 in support of the motion; the pleadings and papers on file in this action; the reply; and any such
8 oral argument as the Court may permit.

10 DATED: June 2, 2008                          Respectfully submitted,
11                                               JOSEPH P. RUSSONIELLO
                                              United States Attorney

13                                                    /s/
                                              JENNIFER S WANG
                                              Assistant United States Attorney

28 § 405(g), 20 C.F.R. §§ 416.1400, 416.1402.

1

# CERTIFICATE OF SERVICE

2     The undersigned hereby certifies that she is an employee of the Office of the United

3 States Attorney for the Northern District of California and is a person of such age and discretion

4 to be competent to serve papers.  The undersigned further certifies that she is causing a copy of

5 the following:

6          **RE-NOTICE OF FEDERAL DEFENDANT'S MOTION TO DISMISS**

7                    Michael Anthony Logwood v. Peter Spencer
                           Case No. CV  08-2349 EMC
8
to be served this date upon the party in this action by placing a true copy thereof in a sealed
9
envelope, and served as follows:
10

11   **X**     **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in
              the designated area for outgoing U.S. mail in accordance with this office's practice.
12
            **CERTIFIED MAIL** (# ) by placing such envelope(s) with postage thereon fully prepaid
13           in the designated area for outgoing U.S. mail in accordance with this office's practice.

14   ___    **ELECTRONIC MAIL**

15   ___     **FEDERAL EXPRESS**

16   ___    **PERSONAL SERVICE (BY MESSENGER)**

17   ___    **FACSIMILE (FAX)**  Telephone No.: _See Below_____

18 to the party(ies) addressed as follows:

19 Michael Anthony Logwood
   101 Hyde Street  - General Delivery
20 San Francisco, CA  94102
   [PRO SE]
21
         I declare under penalty of perjury under the laws of the United States that the foregoing is
22
true and correct.
23
         Executed on June 2, 2008 at San Francisco, California.
24

25

                              ___/s/_____
26                            BONNY WONG
                              Legal Assistant
27

28