RECEIVED

JUN 0 9 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV - 08 - 2349 PJH

**FILED**

JUN 0 9 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

Date: June 6
2008

To: Original
Presiding Judge
District Court
Northern District of California
San Francisco Division
every July 9th
(for copies for Income tax
against defendant Helen Sparrow
for evasion of income tax February
for Income of 2006-2007)

From: Michael Anthony Esquival
c/o U.S. Post Office
General Delivery
San Francisco, California
94142

michael anthony logwood
vs. peter srencer

(1)

writ of moytion for enforcement of judgement

the client appellant, whom was employed by
quik stop for three months , in union city

subsequently, the money should be ordered to
be paid to the client, concerning that
he has already filed an appeal in the appropriate
appro priate manner and despite miss stellas letter
whom only handles bills payable the money
should be ordered to be paid despite her color
red) secreterial letter qualifying) her ability
to determine )an amount owing is not) within the
scope) of her job]
nor is the employabililty) in appelate related)
matters )based on her experience) to determine) 
her capabilty) as a secretary) to aquaint) the ct)
without specific dates) or particularly) a prospect
pro spective employment application) admissable as
_a more qualified examination_ (of the topic) of
the appelants disability) is more reasonably)
qualified not only from his application)
but his job training) from more qualified train)
cores such as computer training _instructors_
with fine passing grades) and experience) in eng
glish )Avery good passing grades in )mathematics)
and chemistry.)

it is also noted within the scope)e and provisi
ion/of the court/ the court may be) a basis of)
an area of eduacational decision) making and en
force legal judgement) against the disability c
commisioner) in a specific case where the appea)
is not shown because the client maintains in
_his complaint as to enforcement of judgement)_
the court) may be a vehicle for precipitating a
_decision where there is a real discrepancy)_ in
_the standard of proof)_ to pay the recipient his
means of a paycheck) were that his disability/
were a factor in determining) _the grade_ and _scale_)
of collaberation the records department)
were showing false) inaliable records) based on
_similar_ oriented harrassment) to the employme
ent) of his qualified field in a gambling estab
blishment harveys (the constitution and depth) of
the _state_ to constitute) and not properly procee)
_ed with the account of the appeal is a fault
ty clainm_ made by their business.
constituting the pay on the employee is relate
ed) to the pay scale to be directly involved in
the cross' referencing/e/ method duly _not exempli
fied)_ with a real attestaation) _to real alterati
tion)_ bearing witness that there are real errors)

②

                              errors and henceforth he
the commissioner has bnot answered the questio
ns or appeal specifically as to the appealants
request the employable field where the othere
worker whom may have tried to settle the accou
nt has also tried to mismanage his account did
not in any way issue the payment for sake of h
her employment in nevada
as the recipient appealant may only live in ca
lifornia and recieve pincme here he may not co
collect the lessor amount in thier state at th
the beginning of the month because the qualifi
fied work of balytimore and philadelphia is he
heinious and circumspectively derived to alllo
the employee a different area of management aw
away from the client because of her state venu
ue argueably the assertion for similar employe
ment that no cross check and menthod of verifi
cation of the office in maryland enhanced and
kept an appropriate method of business reylate
to gpayments looks right buɟt is not right as
the recipɟent complains a set of check records
were produced for january february and that du
during these months the office kept an account
thyere were no checks during those two months
in the januarɣ next year as well as the cross
detection methods become fprevanlently notebs
able from a percertion of indication there was
noanswerɟ mr.spencers attorney also tried to ɟ
fprevent hinɟ from claimɟng money in his appeaɟ
and the goverɟment employee did not maKE HIS
PAYMENT AND THE RECIPIENT DOES NOT APPROVE OF
HER POOR MANNER AS WELL NOT TO RETURN THE CHEQ
QUES THIS INCLUDES THE POOR SECRETARIAL MANNER
OF MISS STELLA HIENIOS PAIɟD BILL YOU DON T HA
HVE TꝹ FILL THEM OUT CONSTIꞱUTIONAL REPAYMENT
IS HEREBY AN D BE ALLOWED AGꞱST THE GRASP OF THE
ꞱꞱ MANꞱING COORFINATOR COMPOSING THE INCONSIS
STENT MANAGEMENT OF AN ATTORNEY FEE WITHOUT SHOW
WING THE AꞱREAL HATH IT PREPARED AN ATTORNEY C
COULD HAVE BEEN PROꞱSED TO ASSIST WITH FINANꞱAL
NEED ꞱꞱ THE FINANCIAL OFFICER DID NOT ANSWER WELL
ENOUGN EVEN TO THꞱIS DATE AS TO CHECKS AND BAL
BALAꞱNCES WITHJ A D.A.S REPORT THAT HE FILED N
NOREMEDIES AND NꞱAꞱREAL IS INCORRECT THE FAULT
MALIGNING LEGAL REMARKS BE ꞱRICKEN/ORDER TO EN
RCE JUDGEMENT BE MAINTAINED AS ꞱCERTIORARI/NO
REAL ANSWER OR CHECKS WERE GIVEN BACK EVEN AT
THE LEVEL OF REQUESTED COMPLIANCE WITH ENFORCE
EMNT OF JUDGEMENT/WHEREAS IT ꞱWERE ALSO WRITTEN
IN HIS APPPEAL UNANSWERED/CONSITUTUTES A FINAN
FINANCIAL NEED/AND BURDEN/AND NOW THAT ꞱTHESE
CERTIFYABLE RECORDS/SHOW QUALIFYABLE MISATTEND
ANCE BY MATTER OF A PERIOD OF TWO MONTHS WITH/
INCOMWE/THE DEPARTMENT WOULD HAVE A CHECK PROD
UCED AND STATE HIS MEDICAL CLAIMS WERE CHALLEN
     ING AND STATE HE WERꞱE TO HAVE CHALLENGED/BUT
PAYMꞱNTDID NOT FILE/AS SHOWN THIS IS SUFFICINT CAUSE

AFFECT THE DUE COURSE OF HIS FINAN...
HAD A PRIVATE CHECK EXAMINER REDEFIN...
CHECKS HE DID NOT RECIEVE BY SHOWONG...
CHECKS WERE PRESENTES EVEN IF ALLOWS...
RENT ALLOWS FOR A QUALIFIED RECEAIVE...
DISTRICE COURT WHERE CLIENT HAS INVES...
COMPLAINTS TO AS WELL TRANSFER CHAN...
TORM COMPLAINTS AS WELL RANSFER CHAN...
PRETAY RATE THERE W...
MEDA SERELABDETBE...
AND ALTERED BY THE...
IF YOU TRIED BY THE MEDIAATION...
MAILS APPROPRIATELY MISRE SENATION...
PLAINS A MISRESENTATION OF MONEY SA...
ORDERED FIR A GTEACH BECAUSE THE THER...

NO ADEQUATE COOKING FACILITII ASAN...
ENTERTAINMENT HARRASSMENT ALSO NEE...
CONVENIENCE TO THE CLIENT SUCH A...
BECAUSE HE FILED HIS ORDER REALI...
GET THE JUDGE TO TAKE CARE AND...
OR DERY YOUR MONEY SENT RIGHT WAY...
ACCOUNT TOO OF WHY THATS NECES...
DGEMENT SND YOU REALLY GOTTA...
HAVE YOUR MONEY EVEN WHERE IT...
YOU STIMULUS PAYMENT TO THE...
AND HIS PRIVACY BASIS IS A...
PAYMENT THAT MAY BE ALLOWED...
COMMERCE AS TO HIS INCONE BE COM...
DISTRICT COURT PAID TO THE...
THIS DATE COMMENCING PER...
REVIEW A WRITTEN ORDER...
PAYMENT FROM KANSAS CITY...
NECESSARY AUTHORIZATION...
VERIFICATION FROM THE JUDGE AS A WRI...
THE APPLICANT WITH RETURN OF HIS JAN...
THIS DATE GRANTED COMP...
STRICT COURT.

FOR THE
APPELLANT

## ИЗВЕСТИЯ
### СОВЕТОВ ДЕПУТАТОВ ТРУДЯЩИХСЯ СССР

# Выступление перед физкультурниками на Красной площади

## РЕЧЬ тов. В. В. СИРОВА

## Сильные духом, сильные телом



# Writ

## Outline of Contents

Glossary

1. Motion for Appellant, for Continuance to hear in District Court, to grant continuance

2. Discovery evidence - Motion to effect Mandarnus, power to allow District Ct. to empower, taking money is legal role & purpose, of Ct. to effect transfer. Ct. shall grant, for Appellant.

3. Writ of Mandormus. - Official order to grant, motion for Appellant as, noting (evidence Appeal were filed yet D.A. State Attorney. created order where false facts and Altered facts were brought to light. The State Attorneys procedure of professional work, was in scope Matter of Appellants, capacity to proceed) in constitution, as The argument is completely constructed non-constitionaly with precedence, The DA debt not construct.

② As to The Contracted argument. This writ is evidence of legal writing the Clent may disagree with the decision and an office worker, whom is a secretary may include, a matter it could alter the Clents authorization is the Contraction of his personless & income to disalow the D.A. to proceed on remedies, whe a felony is on file with the office.

The Evidentiary point is submitted. Ms. Stella wrote a letter saying you dont have to fell on an appea form But he wrote one, with a Attorney home for reference, and The appeal is on file, as 1098 Valencia. But The D.A. seeks to select a credible understanding. The Clents argument is based on Miss Stellas affidavit. The Appelant States He paid his bill in full, was overcharged, 15% twice in the bill Altered. And still The mogaly threded Speckless, incovered of The

③

to look, and see if there was one filed. when
set constructed as evidence.

Rule 6A. Motion to Grant order
allowing order for Appellant
The D.A. claims, the Appellant, did
not exhaust his remedies by filing
an Appeal. As provisions applicable
to Motion to Allow, however, as evidence
as office, is composed, to show Diane
Yarponbich, hired Public Offender in
Auborn, is, on copy of Clients copy. See
Appellant, delivered his Appeal form of
feeling it out on the office. is a constitution basis
in reeling on the clients

The D.A.'s argument with a construction
to Notice no remedies

[remainder of page heavily crossed out and illegible]

④ This action may be brought in District Court, as it is, the only venue for against a ct. whence, the O.A proceeded against ct. in the same manner. The small claims ct. an argument, constituting. et confees an argument, constituting the Basis of Money as a bases to strike its empowerment, based on remedies is null. and no longer applicable.

Note. The O.A's argument says he wrote 1 to 4 appeals. No answer on writing to Jan Feb. 2006 or Jan~Feb 2005 or Jan Feb 2006-2007 were written back.

2. Note his "Additional Non Commissory evidence." Maria Stella writes, it is unecessary for you to file any more appeal form, or waiver payments form your bill is paid in full. We will be able to work, with the infor mation we have.

⑤ Small Claims ct. and The District ct., do not
have a real reply in The Mail from a
Regional Supervisor applying directly to
a direct answer to The specfic, 3 replys
show, The exact contending specfic
relating later, whereis The January
& February checks.

Also, between, Miss Stella & Miss
Chai's statement, This were not my
Argument, but The D.A.s Pussolena
and Wong, as it were.

et is noted Miss Wong is a similarly
named Attorny who works with
Joama, The other office Attorny
and, his argument is more
privately peripheral, because he
wrote a screenplay concerning
a case compter ... and graduated
a scientology school with training that
The Linear Accelerator. This confict The
transmitter maintains an improper

⑥ perception of this screenplay in his letter
To a Dr. It is obeed a bay, wherein
facts it is a **super Sleuth** **Adventure**
screenwork, as a non sold script, I can
only get on the 27th of May. The Grand-
leather did not come, to **Ct.** yet, because
She owes back his **ear**. + The screen
plays, and $250⁰⁰. There is no sale from
her. Michael Joywood, The screenplay
story is a real co. per se. les. Woony
is an Attorney, ebal. are of the
**co**'s he, the writer offer as a selection
to accompany as a reference, upon
a resolution to aquire his script back
is **sell** it. to a screenwriters, resouce)
from this Matters concern actual purchase
to th Seller, whence the 27th. arrives
with a proper co. mpay sale. + copies.
The **Cluns**, **appellant** submits, $20⁰⁰ is
cost it would cost to make 3 copies
of the 71 page screenplay Manuscript.

and alleges.

① The appeal was properly filed with his Sella preseusee ether indealty now he tried to alter his reputation with an unprofessional & smattering comment he owe in Public Constitution since 97. Where he say has had to wait, is a trial dismissed Not/Builtforul wrote his screenplay.

He has included infertility as to income contra creano. That is, the locality & argument inappropriate as to on, alternal have per se, argument, he may have been later actually have been employed by a casino employed by a casino constitutionality His employment for his work as a real xperd #(Screen)

written be the required about change over appeal non caleaseaguity since presented or will style & Constitute to include this

prays a private law from in writing as to judgement the Pay legar rough executed as an enforcement legal experience heard Everiting Style with by experience

[Handwritten page — illegible cursive text]

ISTRATION — TOE 710 — OMB No. 0960-0…

# REQUEST FOR RECONSIDERATION

(Do not write in this space)

| | |
|---|---|
| Tony Fitzgerald [signature] | NAME OF WAGE EARNER OR SELF-EMPLOYED PERSON (If different from claimant.) [illegible] |
| CLAIM NUMBER … 1761 | SUPPLEMENTAL SECURITY INCOME (SSI) OR SPECIAL VETERANS BENEFITS (SVB) CLAIM NUMBER (0-117) 220-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 |
| SPOUSE'S NAME (Complete ONLY in SSI cases) (None) | SPOUSE'S SOCIAL SECURITY NUMBER (Complete ONLY in SSI cases) (None) |

CLAIM FOR (Specify type, e.g., retirement; disability, hospital insurance, SSI, SVB, etc.)

I do not agree with the determination made on the above claim and request reconsideration. My reasons are:
The Supervisor directed an appointment, in 3 weeks, to go look through 2005-20… & 2007, to see only the checks I received January & February.) Ms. Spence was properly served, to be a small claim on [illegible] essentially [illegible] [illegible]

indicate a falsity to investigate, issue I did not receive … of the one payable … of Jan … Feb.

SUPPLEMENTAL SECURITY INCOME OR SPECIAL VETERANS BENEFITS RECONSIDERATION ONLY

(See the three ways to appeal in the How To Appeal Your Supplemental Security Income (SSI) Or Special Veterans Benefit (SVB) Decision) instructions.)

"I want to appeal your decision about my claim for Supplemental Security Income (SSI) or Special Veterans Benefits (SVB). I've read about the three ways to appeal. I've checked the box below."

☐ Case Review ☒ Informal Conference ☐ Formal Conference

EITHER THE CLAIMANT OR REPRESENTATIVE SHOULD SIGN - ENTER ADDRESSES FOR BOTH

I declare under penalty of perjury that I have examined all the information on this form, and on any accompanying statements or forms, and it is true and correct to the best of my knowledge.

| CLAIMANT SIGNATURE | SIGNATURE OR NAME OF CLAIMANT'S REPRESENTATIVE ☒ NON-ATTORNEY ☐ ATTORNEY |
|---|---|
| The Supervisor was [illegible] [illegible] | [illegible] |
| MAILING ADDRESS [illegible] | MAILING ADDRESS [illegible] 12384 Eckhardt Ave. |
| CITY San Francisco · STATE California · ZIP CODE 9410[illegible] | CITY Auburn · STATE California · ZIP CODE |
| TELEPHONE NUMBER (Include area code) · DATE 24 April 2008 | TELEPHONE NUMBER (Include area code) (530) 887-[illegible] · DATE 24 April 2008 |

TO BE COMPLETED BY SOCIAL SECURITY ADMINISTRATION

See list of initial determinations

1. HAS INITIAL DETERMINATION BEEN MADE? ☐ YES ☐ NO

2. CLAIMANT INSISTS ON FILING ☒ YES ☐ NO

3. IS THIS REQUEST FILED TIMELY? ☒ YES ☐ NO
(If "NO", attach claimant's explanation for delay and attach only pertinent letter, material, or information in social security office.)

RETIREMENT AND SURVIVORS RECONSIDERATIONS ONLY (CHECK ONE) REFER TO (GN 03102.125)

☐ NO FURTHER DEVELOPMENT REQUIRED (GN 03102.300)

☐ REQUIRED DEVELOPMENT ATTACHED

☐ REQUIRED DEVELOPMENT PENDING, WILL FORWARD OR ADVISE STATUS * WITHIN 30 DAYS

SOCIAL SECURITY OFFICE ADDRESS

ROUTING INSTRUCTIONS (CHECK ONE)

☐ DISABILITY DETERMINATION SERVICES (ROUTE WITH DISABILITY FOLDER)

☐ ODO, BALTIMORE

☐ PROGRAM SERVICE CENTER

☐ OIO, BALTIMORE

☐ OEO, BALTIMORE

☐ DISTRICT OFFICE RECONSIDERATION

☐ CENTRAL PROCESSING SITE (SVB)

Title II #17 2005-2007 [illegible]

NOTE: Take or mail the signed original to your local Social Security office, the Veterans Affairs Regional Office in Manila or any U.S. Foreign Service post and keep a copy for your records.

# Social Security Administration
## Supplemental Security Income

SOCIAL SECURITY
1098 VALENCIA ST
SAN FRANCISCO, CA 94110
Claim Number: 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
April 29, 2008
mar

MICHAEL A. LOGWOOD
GENERAL DELIVERY
SAN FRANCISCO, CA 94142-9999

Dear MICHAEL LOGWOOD

You have requested a reconsideration regarding an overpayment issue. Our records show that all overpayment issues have been waived or resolved. No further appeal is necessary, as you are receiving your full benefit amount.

If you have any questions, you should call, write or visit any Social Security office. If you visit an office, please bring this letter. It will help us answer your questions.

*Maria Stella*

Maria Stella
District Manager

```
 ACT    DTE:02/25/08 SSN: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  BIC:N   DOC:950 UNIT:CHG   PG: 001+
 ATUS   MBR YES LOU-02/25 DATA FILES YES LOU-02/25 SSACCS NO  LOU-02/22
        CPS NO
ACCOUNT  PCOC-4 SP-M CDY-0 SSI INVOLVED  DRAMS READ
PRIMARY  GUO XUAN YU DOB-06/06/1940 LSPA-$0.00
INSURED  CLAIM TYPE-UNINSURED  MED DATE OF FILING-11/15/2007
         DIB QC EARNED-00  FULL QC REQUIRE-00  FULL QC EARNED-00
         CURR QC EARNED-00  HLTH BEN NONEXCL-TEST NOT MET
         HLTH BEN QC REQ-40  HLTHBEN QC EARN-04
PMT CYC  CYI-2 PCEFD-11/20/2007 PCCOM-12/07 PCCR-I
PAYMENT  PIC-M  MPA-$0.00 DOC-950 SCC-05480  RD-02/25/08 LAP-U EDA-11/20/07
         EDL-11/20/07
TELE NO  BTN-415-567-2708 BTC1-O CPND-12/07
PAYEE    GUO X YU
ADDRESS  1303 LARKIN ST       APT 403
         SAN FRANCISCO CA 94109-4790
BENEFIT  BIC-M  GUO XUAN YU DOB-06/06/1940 C  ABN-HXLT LAF-U  MBP-$0.00
         DRD-11/20/07 LANG-E CAUS INDICATOR-NO MEDICAR 5YR MET-08/2007
         MED BILLING-3RD PTY
         SMI CONTS PRD-08/2007
BEN DENY DATE OF FILING-11/15/2007 APP RECEIPT-11/15/2007 ID CODE-A
         DISALOW/DEN RSN-026  LEVEL OF DENIAL-INITIAL
RESIDNCY START-07/29/2002
CITIZEN  START-06/06/1940 COUNTRY-PEOPL REP CHINA
LAW PRES START-07/29/2002 STATUS-LAPR PROOF-YES
HI-AGE   START-02/2008 BASIS-AGE TYPE-PREMIUM PERIOD-QMB ENROLLMENT
         FILING-11/2007 DELAY RSN-RESIDENCY REQM
PREM     CURRENT AMT- $423.00
         START-02/2008 PENALTY-00%
HI 3PTY  START-02/2008 CODE-Z99 CATEGORY-QMB CONDITION
SMI-AGE  START-08/2007 BASIS-AGE FILING-08/2007 DELAY RSN-RESIDENCY REQM
SMI PREM START-08/2007 PENALTY-000% CURRENT AMT- $96.40
SMI 3PTY START-08/2007 CODE-050 CATEGORY-STATE BILLING
ST EXCH  SEWC-050 SECAC-A SEAD-01/08 SEAC-X SEWN-386279151075
SID      SIFT-S SIED-10/07 SISC-I SCCR-05480 EDRC-11/07

+++ TRANS UPDATED THRU 02/25 +++

TRANS    RD-11/20/07 LAP-X   MCS PIC-M
         RD-11/26/07 LAP-U   ST EXCHG ANNOT PIC-M
         RD-12/03/07 LAP-#C  BACOM-SSI UPDATE PIC-M
         RD-12/12/07 LAP-U   ST EXCHG ANNOT PIC-M
         RD-12/28/07 LAP-U   ST EXCHG ANNOT PIC-M
         RD-1/24/08 LAP-U   ST EXCHG ANNOT PIC-M
         RD-2/25/08 LAP-U   ST EXCHG ANNOT PIC-M

MEDICARE

BIC-M

PART D START - 02/2008        PART D BASE PREM AMT - $14.60
PART D PLAN PROVIDER NAME-UNICARE LIFE AND HEALTH INSURANCE COMPANY
PART D PLAN NAME - MedicareRx Rewards Standard
PART D PLAN NUMBER - S5960138000
PART D PENALTY - $0.00
```

Case 3:08-cv-02349-PJH    Document 14    Filed 06/09/2008    Page 18 of 47

PART D SUPPLMNTL COVERAGE PREM - $0.00
PART D MONTHLY SUBSIDY - $14.60
PART D PENALTY SUBSIDY AMT - $0.00
PART D PREMIUM - $0.00
PART D COLLECTION METHOD - NO PREMIUM
PART D PREM START - 02/2008    PART D PREM STOP -
PART D SUBSIDY PERCENTAGE - 100

1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  JENNIFER S WANG (CSBN 233155)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102-3495
       Telephone: (415) 436-6967
6      Facsimile: (415) 436-6748
       jennifer.s.wang@usdoj.gov
7
   Attorneys for Federal Defendant
8

9                    UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12

13  MICHAEL A. LOGWOOD,              )    No. 08-2349 PJH
                                     )
14              Plaintiff,           )    **RE-NOTICE OF FEDERAL**
                                     )    **DEFENDANT'S MOTION TO**
15        v.                         )    **DISMISS**
                                     )
16  PETER SPENCER,                   )    Date: July 30, 2008
                                     )    Time: 9:00 a.m.
17              Defendant.           )    Place: Courtroom 3, 17th Floor
                                     )
18                                   )
                                     )
19                                   )
                                     )
20  _____)

21               **RE-NOTICE OF MOTION TO DISMISS**

22       PLEASE TAKE NOTICE that on Wednesday, July 30, 2008 at 9:00 a.m., or as soon

23  thereafter as the matter may be heard, in Courtroom 3, located on the 17th Floor of 450 Golden

24  Gate Avenue, San Francisco, California, the federal defendant, Peter Spencer, Regional

25  Commissioner of Social Security for Region IX of the Social Security Administration ("SSA")[1]

26  _____

27       [1] By his complaint, plaintiff seeks recovery of alleged underpayment of social security benefits.
28  (*See* Compl. ¶ 3). The proper defendant in a lawsuit challenging underpayment of benefits is the
    Commissioner of Social Security ("the Commissioner"), not the Regional Commissioner. *See* 42 U.S.C.

RE-NOTICE OF DEF'S MOT. TO DISMISS
C 08-2349 PJH

1   will move this Court for an order dismissing the complaint for lack of subject matter

2   jurisdiction, pursuant to Federal Rule of Civil Procedure 12(b)(1). Plaintiff's opposition to the

3   motion will be due on July 9, 2008, 21 days prior to the hearing date. Defendant's reply will be

4   due on July 16, 2008, 14 days prior to the hearing date.

5       The Motion, which was filed on May 14, 2008, is based on this notice; the

6   memorandum points and authorities filed on May 14, 2008; the declaration of Maria Stella filed

7   in support of the motion; the pleadings and papers on file in this action; the reply; and any such

8   oral argument as the Court may permit.

9

10  DATED: June 2, 2008                           Respectfully submitted,
                                                   JOSEPH P. RUSSONIELLO
11                                                 United States Attorney

12
                                                        /s/
13                                                 JENNIFER S WANG
                                                   Assistant United States Attorney
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  § 405(g), 20 C.F.R. §§ 416.1400, 416.1402.

    DEFS' RE-NOTICE OF MOT. TO DISMISS
    C 08-2349 PJH                          2

1

## CERTIFICATE OF SERVICE

2      The undersigned hereby certifies that she is an employee of the Office of the United

3   States Attorney for the Northern District of California and is a person of such age and discretion

4   to be competent to serve papers. The undersigned further certifies that she is causing a copy of

5   the following:

6      ## RE-NOTICE OF FEDERAL DEFENDANT'S MOTION TO DISMISS

7      <u>Michael Anthony Logwood v. Peter Spencer</u>
       Case No. CV  08-2349 EMC

8

    to be served this date upon the party in this action by placing a true copy thereof in a sealed

9

    envelope, and served as follows:

10

11   <u>_X_</u>   **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in
             the designated area for outgoing U.S. mail in accordance with this office's practice.

12
     ___   **CERTIFIED MAIL** (# ) by placing such envelope(s) with postage thereon fully prepaid
13           in the designated area for outgoing U.S. mail in accordance with this office's practice.

14   ___   **ELECTRONIC MAIL**

15   ___   **FEDERAL EXPRESS**

16   ___   **PERSONAL SERVICE (BY MESSENGER)**

17   ___   **FACSIMILE (FAX)** Telephone No.: <u>See Below</u>

18   to the party(ies) addressed as follows:

19   Michael Anthony Logwood
     101 Hyde Street  - General Delivery
20   San Francisco, CA  94102
     [PRO SE]
21
        I declare under penalty of perjury under the laws of the United States that the foregoing is
22
     true and correct.
23
        Executed on June 2, 2008 at San Francisco, California.
24

25
                                        ___/s/_____
26                                       BONNY WONG
                                         Legal Assistant
27

28

SOCIAL SECURITY ADMINISTRATION                                    TOE 710

Form Approved
OMB No. 0960-0622

## REQUEST FOR RECONSIDERATION

*(Do not write in this space)*

| NAME OF CLAIMANT | NAME OF WAGE EARNER OR SELF-EMPLOYED PERSON *(If different from claimant.)* |
|---|---|
| *Michael Q. Jagutta* | *Michael A. Jagutta* |

| SOCIAL SECURITY CLAIM NUMBER | SUPPLEMENTAL SECURITY INCOME (SSI) OR SPECIAL VETERANS BENEFITS (SVB) CLAIM NUMBER |
|---|---|
| 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 | |

| SPOUSE'S NAME *(Complete ONLY in SSI cases)* | SPOUSE'S SOCIAL SECURITY NUMBER *(Complete ONLY in SSI cases)* |
|---|---|
| | |

CLAIM FOR *(Specify type, e.g., retirement, disability, hospital insurance, SSI, SVB, etc.)*
*Disability - back payment status - & Back pay, med. Kare*

I do not agree with the determination made on the above claim and request reconsideration. My reasons are:
*It appears the 7th street worker who said Authority*
*kept April & May of 2007 "Byou couldn't have them - Jan at Jackson Street in Oakland. But he has*
*Febuary of 2008 may be due a green from*
*to apply*

### SUPPLEMENTAL SECURITY INCOME OR SPECIAL VETERANS BENEFITS RECONSIDERATION ONLY
(See the three ways to appeal in the How To Appeal Your Supplemental Security Income (SSI) Or Special Veterans Benefit (SVB) Decision) instructions.

☐ I want to appeal your decision about my claim for Supplemental Security Income (SSI) or Special Veterans Benefits (SVB). I've read about the three ways to appeal. I've checked the box below."

☐ Case Review    ☒ Informal Conference    ☐ Formal Conference

### EITHER THE CLAIMANT OR REPRESENTATIVE SHOULD SIGN - ENTER ADDRESSES FOR BOTH

I declare under penalty of perjury that I have examined all the information on this form, and on any accompanying statements or forms, and it is true and correct to the best of my knowledge.

| CLAIMANT SIGNATURE | SIGNATURE OR NAME OF CLAIMANT'S REPRESENTATIVE |
|---|---|
| *Michael Anthony Jagutta* | ☒ NON-ATTORNEY    ☐ ATTORNEY |

| MAILING ADDRESS | MAILING ADDRESS |
|---|---|
| *101 Hyde Street General Delivery* | |

| CITY | STATE | ZIP CODE | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| *San Francisco* | *California* | *94102* | | | |

| TELEPHONE NUMBER *(Include area code)* | DATE | TELEPHONE NUMBER *(Include area code)* | DATE |
|---|---|---|---|
| | | | |

## TO BE COMPLETED BY SOCIAL SECURITY ADMINISTRATION

See list of initial determinations

| 1. HAS INITIAL DETERMINATION BEEN MADE? | ☐ YES  ☐ NO | 2. CLAIMANT INSISTS ON FILING | ☒ YES  ☐ NO |
|---|---|---|---|

| 3. IS THIS REQUEST FILED TIMELY? *(If "NO", attach claimant's explanation for delay and attach only pertinent letter, material, or information in social security office.)* | ☒ YES  ☐ NO |
|---|---|

| RETIREMENT AND SURVIVORS RECONSIDERATIONS ONLY (CHECK ONE) REFER TO (GN 03102.125) | SOCIAL SECURITY OFFICE ADDRESS |
|---|---|
| ☐ NO FURTHER DEVELOPMENT REQUIRED    (GN 03102.300) | |
| ☐ REQUIRED DEVELOPMENT ATTACHED | |
| ☐ REQUIRED DEVELOPMENT PENDING, WILL FORWARD OR ADVISE STATUS WITHIN 30 DAYS | |

| ROUTING INSTRUCTIONS (CHECK ONE) | ☐ DISABILITY DETERMINATION SERVICES *(ROUTE WITH DISABILITY FOLDER)* | ☐ PROGRAM SERVICE CENTER | ☐ DISTRICT OFFICE RECONSIDERATION |
|---|---|---|---|
| | ☐ ODO, BALTIMORE | ☐ OIO, BALTIMORE | ☐ CENTRAL PROCESSING SITE (SVB) |
| | | ☐ OEO, BALTIMORE | |

NOTE: Take or mail the **signed original** to your local Social Security office, the Veterans Affairs Regional Office in Manila or any U.S. Foreign Service post and keep a copy for your records.

Form SSA-561-U2 (7-2003) EF (3-2006) Destroy Prior Editions                              **Claims Folder**

Form Approved
OMB No. 0960-0622

SOCIAL SECURITY ADMINISTRATION                                      TOE 710

## REQUEST FOR RECONSIDERATION

*(Do not write in this space)*

| NAME OF CLAIMANT | NAME OF WAGE EARNER OR SELF-EMPLOYED PERSON *(If different from claimant.)* |
|---|---|
| *Michael Anthony Legere* | *(blank)* |

| SOCIAL SECURITY CLAIM NUMBER | SUPPLEMENTAL SECURITY INCOME (SSI) OR SPECIAL VETERANS BENEFITS (SVB) CLAIM NUMBER |
|---|---|
| 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 | *(blank)* |

| SPOUSE'S NAME *(Complete ONLY in SSI cases)* | SPOUSE'S SOCIAL SECURITY NUMBER *(Complete ONLY in SSI cases)* |
|---|---|
| *(blank)* | *(blank)* |

CLAIM FOR *(Specify type, e.g., retirement, disability, hospital insurance, SSI, SVB, etc.)*

*reply to Dec 15th letter I specifically ... in Richmond from Peter Spencer*

I do not agree with the determination made on the above claim and request reconsideration. My reasons are:

*I requested an appeal form, the Holman sent back a ... letter with ... the current address. actually "The ... relabel to ... as an appropriate ... Legere ... form ... reply, says I would include "the ... form ...*

SUPPLEMENTAL SECURITY INCOME OR SPECIAL VETERANS BENEFITS RECONSIDERATION ONLY

(See the three ways to appeal in the How To Appeal Your Supplemental Security Income (SSI) Or Special Veterans Benefit (SVB) Decision) instructions.)

"I want to appeal the decision about my claim for Supplemental Security Income (SSI) or Special Veterans Benefits (SVB). I've read about the three ways to appeal. I've checked the box below."

☐ Case Review    ☒ Informal Conference    ☐ Formal Conference

### EITHER THE CLAIMANT OR REPRESENTATIVE SHOULD SIGN - ENTER ADDRESSES FOR BOTH

I declare under penalty of perjury that I have examined all the information on this form, and on any accompanying statements or forms, and it is true and correct to the best of my knowledge.

| CLAIMANT SIGNATURE | SIGNATURE OR NAME OF CLAIMANT'S REPRESENTATIVE ☐ NON-ATTORNEY ☐ ATTORNEY |
|---|---|
| *(signature)* | *(signature)* |

| MAILING ADDRESS | MAILING ADDRESS |
|---|---|
| *(handwritten)* | *(handwritten)* |

| CITY | STATE | ZIP CODE | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| *(handwritten)* | | | | | |

| TELEPHONE NUMBER *(Include area code)* | DATE | TELEPHONE NUMBER *(Include area code)* | DATE |
|---|---|---|---|

### TO BE COMPLETED BY SOCIAL SECURITY ADMINISTRATION

See list of initial determinations

| 1. HAS INITIAL DETERMINATION BEEN MADE? | ☐ YES ☐ NO | 2. CLAIMANT INSISTS ON FILING | ☒ YES ☐ NO |
|---|---|---|---|

| 3. IS THIS REQUEST FILED TIMELY? *(If "NO", attach claimant's explanation for delay and attach only pertinent letter, material, or information in social security office.)* | ☒ YES ☐ NO |
|---|---|

| RETIREMENT AND SURVIVORS RECONSIDERATIONS ONLY (CHECK ONE) REFER TO (GN 03102.125) | SOCIAL SECURITY OFFICE ADDRESS |
|---|---|

☐ NO FURTHER DEVELOPMENT REQUIRED    (GN 03102.300)

☐ REQUIRED DEVELOPMENT ATTACHED

☐ REQUIRED DEVELOPMENT PENDING, WILL FORWARD OR ADVISE STATUS WITHIN 30 DAYS

| ROUTING INSTRUCTIONS (CHECK ONE) | ☐ DISABILITY DETERMINATION SERVICES *(ROUTE WITH DISABILITY FOLDER)* ☐ ODO, BALTIMORE | ☐ PROGRAM SERVICE CENTER ☐ OIO, BALTIMORE ☐ OEO, BALTIMORE | ☐ DISTRICT OFFICE RECONSIDERATION ☐ CENTRAL PROCESSING SITE (SVB) |
|---|---|---|---|

NOTE: Take or mail the **signed original** to your local Social Security office, the Veterans Affairs Regional Office in Manila or any U.S. Foreign Service post and keep a copy for your records.

Form SSA-561-U2 (7-2003) EF (3-2006) Destroy Prior Editions

Claimant

SSN: 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DI                    NAME: MICHAEL ANTHONY LOGWOOD

Payment dates and amounts are as follows:

| Month | Payment | Month | Payment | Month | Payment |
|-------|---------|-------|---------|-------|---------|
| 01/01/07 | $930.00 | 05/01/07 | $0.00 | 09/01/07 | $0.00 |
| 02/01/07 | $930.00 | 06/01/07 | $930.00 | 10/01/07 | $0.00 |
| 03/01/07 | $940.00 | 07/01/07 | $930.00 | 11/01/07 | $930.00 |
| 04/01/07 | $930.00 | 08/01/07 | $930.00 | 12/01/07 | $0.00 |

# SOCIAL SECURITY ADMINISTRATION
## Application for a Social Security Card

Form Approved
OMB No. 0960-0066

**1**

| | | First | Full Middle Name | Last |
|---|---|---|---|---|
| **NAME** TO BE SHOWN ON CARD | → | Michael | Anthony | Loqwood |
| **FULL NAME AT BIRTH IF OTHER THAN ABOVE** | First | Michael | Full Middle Name Anthony | Last Gutierrez |
| **OTHER NAMES USED** | | | | |

**2**

**MAILING ADDRESS**
Do Not Abbreviate

→ Street Address, Apt. No., PO Box, Rural Route No.
101 Hyde Street, General Delivery San Francisco
City          State          ZIP Code

**3** **CITIZENSHIP** (Check One) →

[X] U.S. Citizen  [ ] Legal Alien Allowed To Work  [ ] Legal Alien Not Allowed To Work (See Instructions On Page 2)  [ ] Other (See Instructions On Page 2)

**4** **SEX** → [X] Male  [ ] Female

**5** **RACE/ETHNIC DESCRIPTION** (Check One Only - Voluntary) →

[ ] Asian, Asian-American or Pacific Islander  [ ] Hispanic  [ ] Black (Not Hispanic)  [ ] North American Indian or Alaskan Native  [X] White (Not Hispanic)

**6** **DATE OF BIRTH** _____ Month, Day, Year

**7** **PLACE OF BIRTH** (Do Not Abbreviate) City San Francisco, California   State or Foreign Country   FCI

**8**

| **A. MOTHER'S NAME AT HER BIRTH** → | First Margaret | Full Middle Name Estee | Last Name At Her Birth Gutierrez |
|---|---|---|---|
| **B. MOTHER'S SOCIAL SECURITY NUMBER** (See instructions for 8B on Page 2) → | Dont Know | | |

**9**

| **A. FATHER'S NAME** → | First Ronald | Full Middle Name Wallace | Last |
|---|---|---|---|
| **B. FATHER'S SOCIAL SECURITY NUMBER** (See instructions for 9B on Page 2) → | Dont Know | | |

**10** Has the applicant or anyone acting on his/her behalf ever filed for or received a Social Security number card before?

[X] Yes (If "yes", answer questions 11-13.)  [ ] No (If "no," go on to question 14.)  [ ] Don't Know (If "don't know," go on to question 14.)

**11** Enter the Social Security number previously assigned to the person listed in item 1. → SSO - 93 - 1761

**12** Enter the name shown on the most recent Social Security card issued for the person listed in item 1. → First Michael  Middle Name Anthony  Last Loqwood

**13** Enter any different date of birth if used on an earlier application for a card. → None   Month, Day, Year

**14** **TODAY'S DATE** _____ Month, Day, Year

**15** **DAYTIME PHONE NUMBER** None  ( )  -   Area Code   Number

I declare under penalty of perjury that I have examined all the information on this form, and on any accompanying statements or forms, and it is true and correct to the best of my knowledge.

**16** **YOUR SIGNATURE**

**17** **YOUR RELATIONSHIP TO THE PERSON IN ITEM 1 IS:**
[X] Self  [ ] Natural Or Adoptive Parent  [ ] Legal Guardian  [ ] Other (Specify)

DO NOT WRITE BELOW THIS LINE (FOR SSA USE ONLY)

| NPN | | | DOC | NTI | | CAN | | ITV |
|---|---|---|---|---|---|---|---|---|
| PBC | EVI | EVA | EVC | | PRA | NWR | DNR | UNIT |
| EVIDENCE SUBMITTED | | | | | | SIGNATURE AND TITLE OF EMPLOYEE(S) REVIEWING EVIDENCE AND/OR CONDUCTING INTERVIEW | | |
| | | | | | | | | DATE |
| | | | | | | DCL | | DATE |

SOCIAL SECURITY ADMINISTRATION

Date: February 25, 2008
Claim Number: 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A
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DI

MICHAEL A LOGWOOD
GENERAL DELIVERY
SAN FRANCISCO CA 94142 94142-9999

You asked us for information from your record. The information that you
requested is shown below. If you want anyone else to have this information, you
may send them this letter

Other Important Information

ONE 1/14/08 A DECISION WAS MADE TO WAVE 617.72 OF A OVERPAYMENTWHICH WAS
1158.00. THE BALANCE IS OF 446.00 IS DUE PER YOUR AGREEMENT TO PAY 10.00 PE!
MO. AND WILL NOT BE WAVIED.

If You Have Any Questions

If you have any questions, you may call us at 1-800-772-1213, or call your
local Social Security office at 415-554-8136. We can answer most questions
over the phone. You can also write or visit any Social Security office. The
office that serves your area is located at:

SOCIAL SECURITY
90 7TH ST, ANNEX 1ST FL
SAN FRANCISCO, CA 94103

If you do call or visit an office, please have this letter with you. It will
help us answer your questions.

# Appointment Information

NH: _____    NH's SSN: ___ ___ _____

Birthdate: ___ _____    Proof Code: ___    Sex (M/F): ___    Death: _____

Unit: _____                                    FO: _____    Prior FO: _____

Claim Type(s): _____    Lead Established: _____

CL:  MICHAEL  LOGWOOD _____    CL's SSN:  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 ____

Birthdate: _____    Proof Code: ___    Sex (M/F): ___    Onset: _____

Address: _____ _____

City: _____    State: ____    Zip: _____

Country: _____

Postal Zone: _____    Foreign Phone: _____

Phone: _____ Info: _____    Phone: _____ Info: _____

Caller (If Different): _____

Relationship to Claimant: _____

Recontact By Caller (Y/N): ____    Date: _____    _____

Preferred Language: English _____

CY Earnings: _____    PY Earnings: _____    Informal Denial: _____

Proofs Requeste    Age: ____  Mar/Div: ____  Death: ____    Military: ____

                   Medical Evidence:

                   W-2/Earnings for  _____ _____ _____    SSI Inc/Resr: ____

Appointment Date/Time:  02/25/2008 10:00:00 AM _____    Appt Type: In-Office _____

Appt Source: Other _____    Assigned Interviewer: WHITE, ERSKINE _____

VIP Status:  Pending Appt _____

## Remarks

claims he did not receive may 2007 check

RECEIPT - NOT A LICENSE OR PERMIT

NOT A VERIFIED IDENTIFICATION

APPLICATION FOR ID RENEWAL

N9443480

|  |  |  |
|---|---|---|
| AMOUNT DUE | : | 23.00 |
| AMOUNT RCVD - CASH: | | 25.00 |
| - CHCK: | | |
| - CRDT: | | |
| - CARD: | | |
| CASH BACK | : | 2.00 |

MICHAEL ANTHONY LOGWOOD
101 HYDE ST GENERAL DELIVERY
SAN FRANCISCO  CA  94102

IF YOU DO NOT RECEIVE YOUR IDENTIFICATION
CARD WITHIN 60 DAYS, PLEASE CONTACT OR
PRESENT THIS RECEIPT TO ANY DMV OFFICE.

021908      OFFICE -503  021908  A6/5017  646  PHOTO





SAN FRANCISCO CA

28 MAY 2008 PM

UTF

Michael Anthony Agrewal
General Delivery
U.S. Post Office
San Francisco, California
94114

Don Young
Bank Director of
13351 Front Avenue
Novato, California

35503/5555
9414209999



Michael Anthony Joquel
General Delivery
San Francisco, California
94145

SAN FRANCISCO CA 941

DELMARCLOSTOFFICE

JUN 14 2008

Dear Yosemite
Public Defenders Office
13384 Lorens Avenue
Auburn, California.

NIXIE    957    CC 1    77    05/28/08
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 94142999999    *1340-13440-08-36



Michael Anthony Foxweed
U.S. Post Office
Genead Delivery
San Francisco, California
94142—

Dino Kaspabian
13384 Earhart Blvd, extension 123
Adbueli, California

NIXIE      957   4C  1     77  05/13/08

RETURN TO SENDER
NO SUCH NUMBER
UNABLE TO FORWARD

BC: 94142999999      *2072-04932-13-05

94142@9999



**RECEIPT**

DATE 2-23-08    No. 089383

FROM Michael Jogodm    $185.00

One Hundred Eighty Five    DOLLARS

○ FOR RENT    #38
○ FOR 2032 mission st · S.F · CA 94110

| ACCT. | | ○ CASH | FROM 2-23-08 TO 3-1-08 |
|---|---|---|---|
| PAID | | ○ CHECK | |
| DUE | | ○ MONEY ORDER | BY Sol Petrel |

1152



**RECEIPT**

DATE 2-17-08    No. 089382

FROM Michael Jogodm    $160.00

One Hundred Sixty a    DOLLARS

○ FOR RENT    #38
○ FOR 2032 mission st · SF · CA 94110

| ACCT. | | ○ CASH | FROM 2-17-08 TO 2-23-08 |
|---|---|---|---|
| PAID | | ○ CHECK | |
| DUE | | ○ MONEY ORDER | Sol Petrel |

1188

Murray Anthony Jogland
101 Hyde Street
General Delivery
San Francisco, California
94142

Forward requested
letter - status
of Book payments

Checkes          to
Kansas City, Missouri
office Authorization - Yes to
checks.

Office of Administrative
Hearings

Coordinator - letter - status
( Appeals of Backpayment
151 Clay Street    reply
State Hearing Office
Oakland, California  94612

John Anthony Jogland
101 Hyde Street
General Delivery
San Francisco, California 94142

Regional Commissioner
To: Mr. Spencer
151 Clay Street
State Hearing Office
Oakland, California
94612

MAR 22 2008 FILED
FEB 27 2008
Office of Administrative Hearings
By

THIS IS A BUSINESS COMPLEX
ALL MAIL MUST INCLUDE THE
BLDG #, SUITE #, FIRM NAME

RECEIVED
FEB 28 2008
STATE HEARING DIVISION - BAY AREA

RTS





Form Approved
OMB No. 0960-0622

SOCIAL SECURITY ADMINISTRATION                                    TOE 710

## REQUEST FOR RECONSIDERATION

*(Do not write in this space)*

| NAME OF CLAIMANT | NAME OF WAGE EARNER OR SELF-EMPLOYED PERSON *(If different from claimant.)* |
|---|---|
| Michael A. Jegrod | none |

| SOCIAL SECURITY CLAIM NUMBER | SUPPLEMENTAL SECURITY INCOME (SSI) OR SPECIAL VETERANS BENEFITS (SVB) CLAIM NUMBER |
|---|---|
| SSN-43-1746 | Dec 200836151749 |

| SPOUSE'S NAME *(Complete ONLY in SSI cases)* | SPOUSE'S SOCIAL SECURITY NUMBER *(Complete ONLY in SSI cases)* |
|---|---|

**CLAIM FOR** *(Specify type, e.g., retirement, disability, hospital insurance, SSI, SVB, etc.)*

I do not agree with the determination made on the above claim and request reconsideration. My reasons are:

---

**SUPPLEMENTAL SECURITY INCOME OR SPECIAL VETERANS BENEFITS RECONSIDERATION ONLY**

(See the three ways to appeal in the How To Appeal Your Supplemental Security Income (SSI) Or Special Veterans Benefits (SVB) Decision instructions.)

"I want to appeal Your decision about my claim for Supplemental Security Income (SSI) or Special Veterans Benefits (SVB). I've read about the three ways to appeal. I've checked the box below."

☐ Case Review    ☐ Informal Conference    ☐ Formal Conference

---

**EITHER THE CLAIMANT OR REPRESENTATIVE SHOULD SIGN - ENTER ADDRESSES FOR BOTH**

I declare under penalty of perjury that I have examined all the information on this form, and on any accompanying statements or forms, and it is true and correct to the best of my knowledge.

| CLAIMANT SIGNATURE | SIGNATURE OR NAME OF CLAIMANT'S REPRESENTATIVE |
|---|---|
| | ☐ NON-ATTORNEY    ☐ ATTORNEY |

| MAILING ADDRESS | MAILING ADDRESS |
|---|---|

| CITY | STATE | ZIP CODE | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|

| TELEPHONE NUMBER *(Include area code)* | TELEPHONE NUMBER *(Include area code)* | DATE |
|---|---|---|

---

**TO BE COMPLETED BY SOCIAL SECURITY ADMINISTRATION**

See list of initial determinations

| 1. HAS INITIAL DETERMINATION BEEN MADE? ☐ YES ☐ NO | 2. CLAIMANT INSISTS ON FILING ☐ YES ☐ NO |
|---|---|

3. IS THIS REQUEST FILED TIMELY?  ☐ YES ☐ NO
*(If "NO", attach claimant's explanation for delay and attach only pertinent letter, material, or information in social security office.)*

| RETIREMENT AND SURVIVORS RECONSIDERATIONS ONLY (CHECK ONE) REFER TO (GN 03102.125) | SOCIAL SECURITY OFFICE ADDRESS |
|---|---|
| ☐ NO FURTHER DEVELOPMENT REQUIRED (GN 03102.300) | |
| ☐ REQUIRED DEVELOPMENT ATTACHED | |
| ☐ REQUIRED DEVELOPMENT PENDING, WILL FORWARD OR ADVISE STATUS WITHIN 30 DAYS | |

| ROUTING INSTRUCTIONS (CHECK ONE) | ☐ DISABILITY DETERMINATION SERVICES *(ROUTE WITH DISABILITY FOLDER)* | ☐ PROGRAM SERVICE CENTER | ☐ DISTRICT OFFICE RECONSIDERATION |
|---|---|---|---|
| | | ☐ OIO, BALTIMORE | ☐ CENTRAL PROCESSING SITE (SVB) |
| | ☐ ODO, BALTIMORE | ☐ OEO, BALTIMORE | |

**NOTE:** Take or mail the signed original to your local Social Security office, the Veterans Affairs Regional Office in Manila or any U.S. Foreign Service post and keep a copy for your records.

Form SSA-561-U2 (7-2003) EF (3-2006) Destroy Prior Editions                    **Claims Folder**

# ADMINISTRATIVE ACTIONS THAT ARE INITIAL DETERMINATIONS
## (See GN03101.070, GN03101.080, and SI04010.010)

NOTE:   These lists cover the vast majority of admin-
istrative actions that are initial determinations.
However, they are not all inclusive.

## Title II

1. Entitlement or continuing entitlement to benefits;
2. Reentitlement to benefits;
3. The amount of benefit;
4. A recomputation of benefit;
5. A reduction in disability benefits because benefits under a worker's compensation law were also received;
6. A deduction from benefits on account of work;
7. A deduction from disability benefits because of claimant's refusal to accept rehabilitation services;
8. Termination of benefits;
9. Penalty deductions imposed because of failure to report certain events;
10. Any overpayment or underpayment of benefits;
11. Whether an overpayment of benefits must be repaid;
12. How an underpayment of benefits due a deceased person will be paid;
13. The establishment or termination of a period of disability;
14. A revision of an earnings record;
15. Whether the payment of benefits will be made, on the claimant's behalf to a representative payee, unless the claimant is under age 18 or legally incompetent;
16. Who will act as the payee if we determine that representative payment will be made;
17. An offset of benefits because the claimant previously received Supplemental Security Income payments for the same period;
18. Whether completion of or continuation for a specified period of time in an appropriate vocational rehabilitation program will significantly increase the likelihood that the claimant will not have to return to the disability benefit rolls and thus, whether the claimant's benefits may be continued even though the claimant is not disabled;
19. Nonpayment of benefits because of claimant's confinement for more than 30 continuous days in a jail, prison, or other correctional institution for conviction of a criminal offense;
20. Nonpayment of benefits because of claimant's confinement for more than 30 continuous days in a mental health institution or other medical facility because a court found the individual was not guilty for reason of insanity; a court found that he/she was incompetent to stand trial or was unable to stand trial for some other similar mental defect; or, a court found that he/she was sexually dangerous.

## Title XVI

1. Eligibility for, or the amount of, Supple-mental Security Income benefits;
2. Suspension, reduction, or termination of Supplemental Security Income benefits;
3. Whether an overpayment of benefits must be repaid;
4. Whether payments will be made, on claimant's behalf to a representative payee, unless the claimant is under age 18, legally incompetent, or determined to be a drug addict or alcoholic;
5. Who will act as payee if we determine that representative payment will be made;
6. Imposing penalties for failing to report important information;
7. Drug addiction or alcoholism;
8. Whether claimant is eligible for special SSI cash benefits;
9. Whether claimant is eligible for special SSI eligibility status;
10. Claimant's disability; and
11. Whether completion of or continuation for a specified period of time in an appropriate vocational rehabilitation program will significantly increase the likelihood that claimant will not have to return to the disability benefit rolls and thus, whether claimant's benefits may be continued even though he or she is not disabled.

NOTE:   Every redetermination which gives an individual the right of further review constitutes an initial determination.

## Title VIII (See VB 02501.035)

1. Meeting or failing to meet the qualifying and/or entitlement factors for special veterans benefits (SVB);
2. Reduction, suspension or termination of SVB payments;
3. Applicability of a disqualifying event prior to SVB entitlement;
4. Administrative actions in SVB cases similar to those listed under Title II--items 3, 4, 10, 11 & 16.

## Title XVIII

1. Entitlement to hospital insurance benefits and to enrollment for supplementary medical insurance benefits;
2. Disallowance (including denial of applica-tion for HIB and denial of application for enrollment for SMIB);
3. Termination of benefits (including termina-tion of entitlement to HI and SMI).

JP Morgan Chase Bank, N.A.
Syracuse, New York

6950  115596

6950115596

ED STATES OF AMERICA
SECURITY ADMINISTRATION
OFFICE OF FINANCE
P.O. BOX 47
BALTIMORE, MARYLAND 21235

NOVEMBER 08, 2007

50-937
213

VOID AFTER 60 DAYS

ME
ER OF  MICHAEL A LOGWOOD

$  ***930.00

****930 DOLLARS AND NO CENTS

DOLLARS

MEMO:
4009113 4176

CASHIER: MARINA  SAPOZHNIKOVA

NON NEGOTIABLE

6950  115596
6950115596

NOVEMBER 08, 2007

***930.00

MICHAEL A LOGWOOD

****930 DOLLARS AND NO CENTS

4009113 4176

ASHIER: MARINA  SAPOZHNIKOVA

Authorizing Official:
Title:
Date:  **11/08/2007**

Concurring Official:
Title:
Date:  **11/08/2007**

(Facsimile of SSA-8101)

Original & Copy – Cashier
Copy - File

| | |
|---|---|
| CAN: | _____ |
| SOC: | 4176 |
| DRAFT NR: | _____ |

## IMMEDIATE PAYMENT RECEIPT AND NOTICE
### (Immediate Payment)

I certify that I, **MICHAEL LOGWOOD**

Social Security Number, **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**

have requested and received an emergency advance payment of : **$930.00**

I understand that this payment is an advance against Supplemental Security Income benefits due and will be recovered from them providing I am determined to be eligible. I also understand that if I am determined to be ineligible, this payment may be an overpayment, and, if so, I may have to repay it.

_____          Date: **11/08/2007**
(Signature of Claimant or Payee for Claimant)

A witness is required only if this statement has been signed by mark (x) above. If signed by mark (x), a Social Security Administration employee may serve as witness and sign below, giving their title.

_____          Date: **11/08/2007**
(Signature of Witness)

(Facsimile of SSA-8102)

Original & Copy – Cashier
Copy -   Claimant
Copy - File

RECEIPT - NOT A LICENSE OR PERMIT

NOT A VERIFIED IDENTIFICATION

APPLICATION FOR ID RENEWAL

N9443480

| | | | |
|---|---|---|---|
| | AMOUNT DUE | : | 23.00 |
| MICHAEL ANTHONY LOGWOOD | AMOUNT RCVD - CASH: | | 25.00 |
| 101 HYDE ST GENERAL DELIVERY | - CHCK: | | |
| SAN FRANCISCO  CA   94102 | - CRDT: | | |
| | - CARD: | | |
| | CASH BACK | : | 2.00 |

IF YOU DO NOT RECEIVE YOUR IDENTIFICATION
CARD WITHIN 60 DAYS, PLEASE CONTACT OR
PRESENT THIS RECEIPT TO ANY DMV OFFICE.

021908       OFFICE -503  021908  A6/5017  646  PHOTO

March 11th 2008

TO: Appeals Coordinator

I Have to pay my rent.
The Post office returned my letter
Because (noThree-RTS) It is
Mr. spencer, cohorm, well onseen
my reply. Per. Se. This is, correct.
I have enclosed, the proper heading
body, suite, ~~street #~~, firmm nomme.
office of Administrative Appeals,
are Legibly- correctly addressed.

I will require my Jan-Feb 2006
Amount of 2check
and April-May 2007 checks.
Because, The clerk of a Check Stated
I just kept Them
Again as is her policy only a year.
The Dec, 15th of 2007,

March 11th 2008

TO: Appeals Coordinator

I Have to pay my rent.
The Post office returned my letter
Because (noThree-RTS) It is
Mr. Spencer. cohorts, well overseen
my reply. Per. Se. This is, correct.
I have enclosed, the proper heading
6 lodge, suite, ~~street #~~, firmm nomme.
office of Administrattoes Appeals,
Bro Sgebley- correctly addressed.

I will require my Jan-Feb 2006
Amount of 2check
and April-May 2007 checks.
Because, The clerk of a Clerk Stated
I just kept Themm
again as is her Policy only a year.
The Dec, 15th of 2007,

## SECTION I-INFORMATION ABOUT RECEIVING THE OVERPAYMENT

**3.**  A. Did you, as representative payee, receive the overpaid benefits to use for the beneficiary?

☐ Yes    ☐ No (Skip to Question 4)

B. Name and address of the beneficiary

C. How were the overpaid benefits used?

**4.**  If we are asking you to repay someone else's overpayment:

A. Was the overpaid person living with you when he/she was overpaid?    ☐ Yes    ☒ No

B. Did you receive any of the overpaid money?    ☐ Yes    ☒ No

C. Explain what you know about the overpayment AND why it was not your fault.

**5.**  Why did you think you were due the overpaid money and why do you think you were not at fault in causing the overpayment or accepting the money?

**6.**  A. Did you tell us about the change or event that made you overpaid?
If no, why didn't you tell us?    ☐ Yes    ☐ No

B. If yes, how, when and where did you tell us? If you told us by phone or in person, who did you talk with and what was said?

C. If you did not hear from us after your report, and/or your benefits did not change, did you contact us again?    ☐ Yes    ☐ No

**7.**  A. Have we ever overpaid you before?    ☐ Yes    ☐ No

If yes, on what Social Security number?    ☐☐☐ — ☐☐ — ☐☐☐☐

B. Why were you overpaid before? If the reason is similar to why you are overpaid now, explain what you did to try to prevent the present overpayment.

**FOR SSA USE ONLY**

| |
|---|
| NAME: |
| SSN: |

# SECTION II-YOUR FINANCIAL STATEMENT

You need to complete this section if you are asking us either to waive the collection of the overpayment or to change the rate at which we asked you to repay it. Please answer all questions as fully and as carefully as possible. We may ask to see some documents to support your statements, so you should have them with you when you visit our office.

EXAMPLES ARE:

- Current Rent or Mortgage Books
- Savings Passbooks
- Pay Stubs
- Your most recent Tax Return

- 2 or 3 recent utility, medical, charge card, and insurance bills
- Cancelled checks
- Similar documents for your spouse or dependent family members

Please write only whole dollar amounts-round any cents to the nearest dollar. If you need more space for answers, use the "Remarks" section at the bottom of page 7.

**8.**  A. Do you now have any of the overpaid checks or money in your possession (or in a savings or other type of account)?

☐ Yes     Amount:$ _____
Return this amount to SSA
☒ No

B. Did you have any of the overpaid checks or money in your possession (or in a savings or other type of account) at the time you received the overpayment notice?

☐ Yes     Amount:$ _____
Answer Question 9.
☒ No

**9.**  Explain why you believe you should not have to return this amount.

_(handwritten)_

**10.**  A. Did you lend or give away any property or cash after notification of the overpayment?

☐ Yes (Answer Part B)

☐ No (Go to question 11.)

B. Who received it, relationship (if any), description and value:

_(handwritten)_

## ANSWER 11 AND 12 ONLY IF THE OVERPAYMENT IS SUPPLEMENTAL SECURITY INCOME PAYMENTS (SSI). IF NOT, SKIP TO 13.

**11.**  A. Did you receive or sell any property or receive any cash (other than earnings) after notification of this overpayment?

☐ Yes (Answer Part B)

☐ No (Go to Question 12.)

B. Describe property and sale price or amount of cash received:

**12.**  A. Are you now receiving cash public assistance such as Supplemental Security Income (SSI) payments?

☒ Yes     (Answer B and C and See note below)

☐ No

B. Name or kind of public assistance _(handwritten)_

C. Claim Number _(handwritten)_

**IMPORTANT:** If you answered "YES" to question 12, DO NOT answer any more questions on this form. Go to page 8, sign and date the form, and give your address and phone number(s). Bring or mail any papers that show you receive public assistance to your local Social Security office as soon as possible.

# Social Security Administration

Mission Social Security Office

Date:                     April 23, 2008
Claim Number:         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DI

Name:         MICHAEL ANTHONY LOGWOOD

MICHAEL ANTHONY  LOGWOOD
GENERAL DELIVERY
SAN FRANCISCO, CA 94142-9999

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

**Other Important Information**

For the period 01/01/06 to 12/01/06 you received a total of $10386.00 in Supplemental Security Income benefits.

**If You Have Any Questions**

If you have any questions, you may call us at 1-800-772-1213, or call your local Social Security office at 415-554-1444. We can answer most questions over the phone. You can also write or visit any Social Security office. Your closest office is located at:

SOCIAL SECURITY ADMINISTRATION
90 7TH ST,ANNEX 1ST FL
SAN FRANCISCO, CA 94103

If you do call or visit an office, please have this letter with you. It will help us answer your questions.

M. Stella
Office Manager

SOCIAL SECURITY ADMIN
1098 VALENCIA STREET
SAN FRANCISCO CA  94110

# Social Security Administration

Mission Social Security Office

Date:                April 23, 2008
Claim Number:     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DI

Name:        MICHAEL ANTHONY LOGWOOD

MICHAEL ANTHONY LOGWOOD
GENERAL DELIVERY
SAN FRANCISCO, CA 94142-9999

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

**Other Important Information**

For the period 01/01/07 to 12/01/07 you received a total of $7450.00 in Supplemental Security Income benefits.

**If You Have Any Questions**

If you have any questions, you may call us at 1-800-772-1213, or call your local Social Security office at 415-554-1444. We can answer most questions over the phone. You can also write or visit any Social Security office. Your closest office is located at:

> SOCIAL SECURITY ADMINISTRATION
> 90 7TH ST,ANNEX 1ST FL
> SAN FRANCISCO, CA 94103

If you do call or visit an office, please have this letter with you. It will help us answer your questions.



M. Stella
SOCIAL SECURITY ADMIN
1098 VALENCIA STREET
SAN FRANCISCO CA 94110

# Social Security Administration
## Supplemental Security Income
Important Information

90 7TH ST 1ST FL
SAN FRANCISCO CA 94103

Date: April 17, 2008
Claim Number: 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 DI

000005202 01 AT   0.334    0410,M02,022
950 08S1047J77082

MICHAEL ANTHONY
LOGWOOD
GENERAL DELIVERY
SAN FRANCISCO CA 94142-9999
IIdudududIIdudadIIdudadadadadIudId

Type of Payment:
Individual--Disabled

We are writing to tell you about changes in your Supplemental Security Income (SSI) record.  The rest of this letter will tell you more about this change.

**Your Payments Will Be As Follows:**

| From | Through | Amount Due Each Month |
|------|---------|----------------------|
| May 1, 2008 | Continuing | $954.00 This includes $317.00 from the State of California. |

**Information About Your SSI Payments**

- We are sending you a check for $130.00. This is money due you for April 2006 through May 2006.

- You should receive the check no later than April 20, 2008.  Your regular monthly check of $954.00 will then be issued about the first day of the month.

See Next Page

SSA-L8166

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                                          Page  3 of  4
04/17/2008

- To appeal, you must fill out a form called "Request for
  Reconsideration." The form number is SSA-561. To get this form,
  contact one of our offices. We can help you fill out the form.

## How To Appeal

There are two ways to appeal. <u>You can pick the one you want.</u> <u>If you meet
with us in person, it may help us decide your case.</u>

- <u>Case Review.</u> You have a right to review the facts in your file. You can
  give us more facts to add to your file. Then we'll decide your case again.
  You won't meet with the person who decides your case. This is the only
  kind of appeal you can have to appeal a medical decision.

- <u>Informal Conference.</u> You'll meet with the person who decides your
  case. You can tell that person why you think you're right. You can give
  us more facts to help prove you're right. You can bring other people to
  help explain your case.

## If You Want Help With Your Appeal

You can have a friend, representative or someone else help you. <u>There are
groups that can help you find a representative or give you free legal services
if you qualify.</u> There are also representatives who do not charge unless you
win your appeal. Your local Social Security office has a list of groups that
can help you with your appeal.

If you get someone to help you, you should let us know. If you hire someone,
we must approve the fee before he or she can collect it.

## If You Have Any Questions

For general information about SSI, visit our website at www.socialsecurity.gov
on the Internet. You will find the law and regulations about SSI eligibility
and SSI payment amounts at www.socialsecurity.gov/SSIrules/.

For general questions about SSI or specific questions about your case, you
may call us toll-free at 1-800-772-1213, or call your local Social Security office
at 415-554-8136. Our lines are busiest early in the week and early in the
month, so if your business can wait, it's best to call at other times. We can
answer most questions over the phone. You can also write or visit any Social
Security office. The office that serves your area is located at:

SOCIAL SECURITY
90 7TH ST, ANNEX 1ST FL
SAN FRANCISCO CA 94103

Form Approve
OMB No. 0960-062

SOCIAL SECURITY ADMINISTRATION                                              TOE 710

## REQUEST FOR RECONSIDERATION

*(Do not write in this space)*

| NAME OF CLAIMANT | NAME OF WAGE EARNER OR SELF-EMPLOYED PERSON *(If different from claimant.)* |
|---|---|
| Michael Anthony Jaquez | # |

| SOCIAL SECURITY CLAIM NUMBER | SUPPLEMENTAL SECURITY INCOME (SSI) OR SPECIAL VETERANS BENEFITS (SVB) CLAIM NUMBER |
|---|---|
| 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 | (D-N7) 22 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 |

| SPOUSE'S NAME *(Complete ONLY in SSI cases)* | SPOUSE'S SOCIAL SECURITY NUMBER *(Complete ONLY in SSI cases)* |
|---|---|
| (None) | None |

CLAIM FOR *(Specify type, e.g., retirement, disability, hospital insurance, SSI, SVB, etc.)*

I do not agree with the determination made on the above claim and request reconsideration. My reasons are:

The Supervisor directed an Appointment, in 3 weeks, to go look through 2005-06 & 2007, to see only the checks I recieved January & February. Mr. Spencer was essentially the items after a letter properly secured, to be A small claim on the Sump 130 is one (who is 54 etc.) hmm

### SUPPLEMENTAL SECURITY INCOME OR SPECIAL VETERANS BENEFITS RECONSIDERATION ONLY

*(See the three ways to appeal in the How To Appeal Your Supplemental Security Income (SSI) Or Special Veterans Benefit (SVB) Decision instructions.)*

"I want to appeal your decision about my claim for Supplemental Security Income (SSI) or Special Veterans Benefits (SVB). I've read about the three ways to appeal. I've checked the box below."

☐ Case Review    ☒ Informal Conference    ☐ Formal Conference

### EITHER THE CLAIMANT OR REPRESENTATIVE SHOULD SIGN - ENTER ADDRESSES FOR BOTH

I declare under penalty of perjury that I have examined all the information on this form, and on any accompanying statements or forms, and it is true and correct to the best of my knowledge.

| CLAIMANT SIGNATURE | SIGNATURE OR NAME OF CLAIMANT'S REPRESENTATIVE |
|---|---|
| | ☒ NON-ATTORNEY ☐ ATTORNE |

| MAILING ADDRESS | MAILING ADDRESS |
|---|---|
| | 12384 Earhardt Ave. |

| CITY | STATE | ZIP CODE | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| San Francisco | California | 94102 | Auburn | California | |

| TELEPHONE NUMBER *(Include area code)* | DATE | TELEPHONE NUMBER *(Include area code)* | DATE |
|---|---|---|---|
| | April 2007 | (530) 887-0000 | April 2007 |

### TO BE COMPLETED BY SOCIAL SECURITY ADMINISTRATION

See list of initial determinations

| 1. HAS INITIAL DETERMINATION BEEN MADE? | ☐ YES ☐ NO | 2. CLAIMANT INSISTS ON FILING | ☒ YES ☐ NO |
|---|---|---|---|

3. IS THIS REQUEST FILED TIMELY? *(If "NO", attach claimant's explanation for delay and attach only pertinent letter, material, or information in social security office.)*    ☒ YES ☐ NO

RETIREMENT AND SURVIVORS RECONSIDERATIONS ONLY (CHECK ONE) REFER TO: (GN 03102.125)

SOCIAL SECURITY OFFICE ADDRESS

☐ NO FURTHER DEVELOPMENT REQUIRED (GN 03102.300)

☐ REQUIRED DEVELOPMENT ATTACHED

☐ REQUIRED DEVELOPMENT PENDING, WILL FORWARD OR ADVISE STATUS WITHIN 30 DAYS

ROUTING INSTRUCTIONS (CHECK ONE)

☐ DISABILITY DETERMINATION SERVICES *(ROUTE WITH DISABILITY FOLDER)*

☐ ODO, BALTIMORE

☐ PROGRAM SERVICE CENTER

☐ OIO, BALTIMORE

☐ OEO, BALTIMORE

☐ DISTRICT OFFICE RECONSIDERATION

☐ CENTRAL PROCESSING SITE (SVB)

NOTE: Take or mail the signed original to your local Social Security office, the Veterans Affairs Regional Office in Manila or any U.S. Foreign Service post and keep a copy for your records.

Form SSA-561-U2 (7-2003), EF (3-2006) Destroy Prior Editions

Claims Fold

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CV 08
2349

NOTICE OF ASSIGNMENT OF CASE

TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL

Pursuant to General Order 44, the Assignment Plan of the United States District Court for the Northern District of California, this case has been randomly assigned to Magistrate Judge

EDWARD M. CHEN

Pursuant to Title 28 U.S.C. § 636(c), with written consent of all parties, a magistrate judge may conduct all proceedings in the case. Attached is a form to complete if you consent to proceed before the assigned magistrate judge and a form to complete if you decline to proceed before the assigned magistrate judge. Electronic versions of both forms are also available at the Court's Internet site: http://www.cand.uscourts.gov. Click on Forms-Civil. A party is free to withhold consent without adverse consequences. If a party declines to consent, the case will be randomly reassigned to a district judge and a case management conference will be scheduled on the district judge's calendar as close as possible to the date presently scheduled before the magistrate judge.

You must file your consent or declination by the deadline for filing the initial case management statement.

The plaintiff or removing party shall serve a copy of this notice and all attachments upon all other parties to this action pursuant to Federal Rules of Civil Procedure 4 and 5.

FOR THE COURT
RICHARD W. WIEKING, CLERK

By: Deputy Clerk

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

*CV 08
2349*

| | No. C |
|---|---|
| Plaintiff(s) *Michael Anthony Fagand* | **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| v. | |
| ~~Peter Spencer~~ as *O.S. of America Disability Supervisor* | |
| Defendant(s). *Fagand professors to U.S.A Lis Chen, as acety for insure to be present.* | |

## CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: *May 09, 2008*

*mmmichael Anthony Fagand*
Signature

Counsel for _____
(Plaintiff, Defendant or indicate "pro se")

CV 08
2349

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

No. C

Plaintiff(s)

v.

Defendant(s).

DECLINATION TO PROCEED BEFORE
A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A
UNITED STATES DISTRICT JUDGE

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United

States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to

a United States District Judge.

Dated: May 2008

Signature

Counsel for
(Plaintiff, Defendant, or indicate "pro se")

```
QRY -                                                    OVERPAYMENT                         QROP
TRANSFER TO: _____                              PSY: C01    UNIT: EEW
                                          BN: 550431761  MICHA  LOGWOOD

RECURRING PAYMENT AMOUNT:   $    944.00           PAY EFF DATE:   01/01/08
TOTAL RECOVERABLE OVERPAYMENT:   $   1158.00   CURRENT BALANCE:   $    446.00
UNRESOLVED OVERPAYMENT:                    UNRESOLVED UNDERPAYMENT:
SEQUENCE NUMBER:   09                      OVERPAYMENT AMOUNT:   $    617.72
OVERPAYMENT REASON:   MORE THAN ONE REASON
OVERPAYMENT PERIOD:   10/07  THRU  11/07


          TYPE OF RECOVERY                RECOVERY DATE     RECOVERY AMOUNT
RECOVERY WAIVED                            01/14/08      $     617.72


BILLING SUSPENSION DECISION:
SUSPENSION DECISION DATE:                     DECISION AMOUNT:

LAST REMITTANCE DATE:                     LAST REMITTANCE AMOUNT:
LAST WITHHOLDING DATE:       02/01/08  LAST WITHHOLDING AMOUNT:  $     10.00
NEXT WITHHOLDING DATE:       03/01/08  NEXT WITHHOLDING AMOUNT:  $     10.00
PENALTY:  N        ADDT'L OVERPAYMENT EVENTS:  Y        SCREEN 3 OF 4
```

TRANSFER TO:          ID: DI                              PSY: C01      UNIT: EEW
                                        BN: 550431761   MICHA   LOGWOOD

RECURRING PAYMENT AMOUNT:   $    944.00              PAY EFF DATE:    01/01/08
TOTAL RECOVERABLE OVERPAYMENT:   $   1158.00    CURRENT BALANCE:   $     446.00
UNRESOLVED OVERPAYMENT:                     UNRESOLVED UNDERPAYMENT:
SEQUENCE NUMBER:   11                         OVERPAYMENT AMOUNT:   $     940.00
OVERPAYMENT REASON:   OTHER REASON
OVERPAYMENT PERIOD:   09/07   THRU   09/07

          TYPE OF RECOVERY                  RECOVERY DATE      RECOVERY AMOUNT
UNCOLLECTIBLE                                 02/14/08       $      940.00


BILLING SUSPENSION DECISION:
SUSPENSION DECISION DATE:                        DECISION AMOUNT:

LAST REMITTANCE DATE:                     LAST REMITTANCE AMOUNT:
LAST WITHHOLDING DATE:      02/01/08   LAST WITHHOLDING AMOUNT:   $      10.00
NEXT WITHHOLDING DATE:      03/01/08   NEXT WITHHOLDING AMOUNT:   $      10.00
PENALTY:   N        ADDT'L OVERPAYMENT EVENTS:   Y         SCREEN 1 OF 4

Case 3:08-cv-02349-PJH    Document 14-2    Filed 06/09/2008    Page 8 of 45
T16 OVERPAYMENT                               QROP
                                    PSY: C01      UNIT: EEW
                        BN: 550431761   MICHA   LOGWOOD

RECURRING PAYMENT AMOUNT:   $   944.00          PAY EFF DATE:   01/01/08
TOTAL RECOVERABLE OVERPAYMENT:  $   1158.00   CURRENT BALANCE:   $    446.00
UNRESOLVED OVERPAYMENT:                   UNRESOLVED UNDERPAYMENT:
SEQUENCE NUMBER:   11                     OVERPAYMENT AMOUNT:   $    940.00
OVERPAYMENT REASON:   OTHER REASON
OVERPAYMENT PERIOD:   09/07   THRU   09/07

        TYPE OF RECOVERY                RECOVERY DATE     RECOVERY AMOUNT
UNCOLLECTIBLE                              02/14/08      $    940.00


BILLING SUSPENSION DECISION:
SUSPENSION DECISION DATE:                  DECISION AMOUNT:

LAST REMITTANCE DATE:                 LAST REMITTANCE AMOUNT:
LAST WITHHOLDING DATE:      02/01/08   LAST WITHHOLDING AMOUNT:   $     10.00
NEXT WITHHOLDING DATE:      03/01/08   NEXT WITHHOLDING AMOUNT:   $     10.00
PENALTY:   N        ADDT'L OVERPAYMENT EVENTS:   Y        SCREEN 1 OF 4

QRY
TRANSFER TO: ____    ID: DI

T16 OVERPAYMENT                                    QROP

TRANSFER TO: ____    ID: DI                PSY: C01    UNIT: EEW
                    BN: 550431761  MICHA  LOGWOOD


RECURRING PAYMENT AMOUNT:  $   944.00          PAY EFF DATE:  01/01/08
TOTAL RECOVERABLE OVERPAYMENT:  $  1158.00   CURRENT BALANCE:  $   446.00
UNRESOLVED OVERPAYMENT:              UNRESOLVED UNDERPAYMENT:
SEQUENCE NUMBER:  10                 OVERPAYMENT AMOUNT:  $     0.00
OVERPAYMENT REASON:  OVERPAYMENT DECREASED TO ZERO
OVERPAYMENT PERIOD:  00/00  THRU  00/00


            TYPE OF RECOVERY              RECOVERY DATE    RECOVERY AMOUNT


BILLING SUSPENSION DECISION:
SUSPENSION DECISION DATE:                    DECISION AMOUNT:

LAST REMITTANCE DATE:              LAST REMITTANCE AMOUNT:
LAST WITHHOLDING DATE:    02/01/08  LAST WITHHOLDING AMOUNT:  $    10.00
NEXT WITHHOLDING DATE:    03/01/08  NEXT WITHHOLDING AMOUNT:  $    10.00
PENALTY:  N          ADDT'L OVERPAYMENT EVENTS:  Y      SCREEN 2 OF 4

TRANSFER TO: ____    ID: DI              PSY: C01    UNIT: EEW
                              BN: 550431761  MICHA  LOGWOOD

RECURRING PAYMENT AMOUNT:  $   944.00          PAY EFF DATE:  01/01/08
TOTAL RECOVERABLE OVERPAYMENT:  $  1158.00    CURRENT BALANCE:  $   446.00
UNRESOLVED OVERPAYMENT:              UNRESOLVED UNDERPAYMENT:
SEQUENCE NUMBER:  09                 OVERPAYMENT AMOUNT:  $   617.72
OVERPAYMENT REASON:  MORE THAN ONE REASON
OVERPAYMENT PERIOD:  10/07  THRU  11/07

          TYPE OF RECOVERY              RECOVERY DATE    RECOVERY AMOUNT
RECOVERY WAIVED                          01/14/08        $   617.72


BILLING SUSPENSION DECISION:
SUSPENSION DECISION DATE:                   DECISION AMOUNT:

LAST REMITTANCE DATE:               LAST REMITTANCE AMOUNT:
LAST WITHHOLDING DATE:    02/01/08  LAST WITHHOLDING AMOUNT:  $     10.00
NEXT WITHHOLDING DATE:    03/01/08  NEXT WITHHOLDING AMOUNT:  $     10.00
PENALTY:  N          ADDT'L OVERPAYMENT EVENTS:  Y        SCREEN 3 OF 4

SOCIAL SECURITY ADMINISTRATION

Date: February 5, 2008
Claim Number: 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A
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DI

MICHAEL A LOGWOOD
GENERAL DELIVERY
SAN FRANCISCO CA 94142-9999

You asked us for information from your record. The information that you
requested is shown below. If you want anyone else to have this information, you
may send them this letter.

Other Important Information

NOV 28, 2007 REPLACEMENT CHECK WAS IN LIEU OF DECEMBER 2007 MONTHLY BENEFITS,
BUT CLAIMANT SAID HE DID NOT RECEIVE, SO NON RECEIPT OF 11/28/07 REPLACEMENT
CHECK WAS DONE TODAY 2/5/08

If You Have Any Questions

If you have any questions, you may call us at 1-800-772-1213, or call your
local Social Security office at 415-554-8136. We can answer most questions
over the phone. You can also write or visit any Social Security office. The
office that serves your area is located at:

SOCIAL SECURITY
90 7TH ST,ANNEX 1ST FL
SAN FRANCISCO, CA 94103

If you do call or visit an office, please have this letter with you. It will
help us answer your questions.

SOCIAL SECURITY ADMINISTRATION
90 - 7th STREET
1st FLOOR ANNEX MANAGER
SAN FRANCISCO, CA 94103

SSN: 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DI                     NAME: MICHAEL ANTHONY LOGWOOD

Payment dates and amounts are as follows:

| Month | Payment | Month | Payment | Month | Payment |
|-------|---------|-------|---------|-------|---------|
| 01/01/07 | $930.00 | 05/01/07 | $0.00 | 09/01/07 | $0.00 |
| 02/01/07 | $930.00 | 06/01/07 | $930.00 | 10/01/07 | $0.00 |
| 03/01/07 | $940.00 | 07/01/07 | $930.00 | 11/01/07 | $930.00 |
| 04/01/07 | $930.00 | 08/01/07 | $930.00 | 12/01/07 | $0.00 |

# Appointment Information

NH: _____    NH's SSN: ___ __ _____
Birthdate: _____    Proof Code: ____    Sex (M/F): ____    Death: ____ _____
Unit: _____                              FO: _____    Prior FO: _____

Claim Type(s): _____    Lead Established: _____

CL:  MICHAEL LOGWOOD _____    CL's SSN:  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
Birthdate: ____ _____    Proof Code: ____    Sex (M/F): ____    Onset: _____
Address: _____ _____
_____

City: _____    State: ____    Zip: _____
Country: _____
Postal Zone: _____ _____    Foreign Phone: _____ _____
Phone: _____ Info: _____    Phone: _____ Info: _____

Caller (If Different): _____ _____ _____
Relationship to Claimant: _____ _____ _____ _____
Recontact By Caller (Y/N): ____    Date: _____    _____
Preferred Language: English _____ ____

CY Earnings: _____    PY Earnings: _____ _____    Informal Denial: _____

Proofs Requeste    Age: ____    Mar/Div: ____    Death: ____    Military: ____
                   Medical Evidence:
                   W-2/Earnings for    _____  _____  _____    SSI Inc/Resr: ____

Appointment Date/Time:  02/25/2008 10:00:00 AM _____    Appt Type: In-Office _____
Appt Source: Other _____ _____    Assigned Interviewer: WHITE, ERSKINE _____ ____ _____
VIP Status:  Pending Appt _____

## Remarks

claims he did not receive may 2007 check





SOCIAL SECURITY ADMINISTRATION                                    TOE 710

Form Approved
OMB No. 0960-0622

## REQUEST FOR RECONSIDERATION

*(Do not write in this space)*

| NAME OF CLAIMANT | NAME OF WAGE EARNER OR SELF-EMPLOYED PERSON *(If different from claimant.)* |
|---|---|

| SOCIAL SECURITY CLAIM NUMBER | SUPPLEMENTAL SECURITY INCOME (SSI) OR SPECIAL VETERANS BENEFITS (SVB) CLAIM NUMBER |
|---|---|

| SPOUSE'S NAME *(Complete ONLY in SSI cases)* | SPOUSE'S SOCIAL SECURITY NUMBER *(Complete ONLY in SSI cases)* |
|---|---|

CLAIM FOR *(Specify type, e.g., retirement, disability, hospital insurance, SSI, SVB, etc.)*

I do not agree with the determination made on the above claim and request reconsideration. My reasons are:

SUPPLEMENTAL SECURITY INCOME OR SPECIAL VETERANS BENEFITS RECONSIDERATION ONLY
(See the three ways to appeal in the How To Appeal Your Supplemental Security Income (SSI) Or Special Veterans Benefit (SVB) Decision) instructions.)
"I want to appeal your decision about my claim for Supplemental Security Income (SSI) or Special Veterans Benefits (SVB). I've read about the three ways to appeal. I've checked the box below."

☐ Case Review     ☐ Informal Conference     ☐ Formal Conference

### EITHER THE CLAIMANT OR REPRESENTATIVE SHOULD SIGN - ENTER ADDRESSES FOR BOTH

I declare under penalty of perjury that I have examined all the information on this form, and on any accompanying statements or forms, and it is true and correct to the best of my knowledge.

| CLAIMANT SIGNATURE | SIGNATURE OR NAME OF CLAIMANT'S REPRESENTATIVE ☐ NON-ATTORNEY   ☐ ATTORNEY |
|---|---|
| MAILING ADDRESS | MAILING ADDRESS |

| CITY | STATE | ZIP CODE | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| TELEPHONE NUMBER *(Include area code)* | | DATE | TELEPHONE NUMBER *(Include area code)* | | DATE |

### TO BE COMPLETED BY SOCIAL SECURITY ADMINISTRATION

See list of initial determinations

| 1. HAS INITIAL DETERMINATION BEEN MADE?   ☐ YES  ☐ NO | 2. CLAIMANT INSISTS ON FILING   ☐ YES  ☐ NO |
|---|---|

3. IS THIS REQUEST FILED TIMELY?   ☐ YES  ☐ NO
*(If "NO", attach claimant's explanation for delay and attach only pertinent letter, material, or information in social security office.)*

| RETIREMENT AND SURVIVORS RECONSIDERATIONS ONLY (CHECK ONE) REFER TO (GN 03102.125) | SOCIAL SECURITY OFFICE ADDRESS |
|---|---|

☐ NO FURTHER DEVELOPMENT REQUIRED   (GN 03102.300)

☐ REQUIRED DEVELOPMENT ATTACHED

☐ REQUIRED DEVELOPMENT PENDING, WILL FORWARD OR ADVISE STATUS WITHIN 30 DAYS

ROUTING INSTRUCTIONS (CHECK ONE)

☐ DISABILITY DETERMINATION SERVICES *(ROUTE WITH DISABILITY FOLDER)*
☐ ODO, BALTIMORE

☐ PROGRAM SERVICE CENTER
☐ OIO, BALTIMORE
☐ OEO, BALTIMORE

☐ DISTRICT OFFICE RECONSIDERATION
☐ CENTRAL PROCESSING SITE (SVB)

**NOTE:** Take or mail the **signed original** to your local Social Security office, the Veterans Affairs Regional Office in Manila or any U.S. Foreign Service post and keep a copy for your records.

Form SSA-561-U2 (7-2003)  EF (3-2006) Destroy Prior Editions

**Claims Folder**

Form Approved
OMB No. 0960-0622

SOCIAL SECURITY ADMINISTRATION                                          TOE 710

## REQUEST FOR RECONSIDERATION

*(Do not write in this space)*

| NAME OF CLAIMANT | NAME OF WAGE EARNER OR SELF-EMPLOYED PERSON *(If different from claimant.)* |
|---|---|
| *Michael A. Zegrood* | *none* |

| SOCIAL SECURITY CLAIM NUMBER | SUPPLEMENTAL SECURITY INCOME (SSI) OR SPECIAL VETERANS BENEFITS (SVB) CLAIM NUMBER |
|---|---|
| | |

| SPOUSE'S NAME *(Complete ONLY in SSI cases)* | SPOUSE'S SOCIAL SECURITY NUMBER *(=505) Complete ONLY in SSI cases* |
|---|---|

CLAIM FOR *(Specify type, e.g., retirement, disability, hospital insurance, SSI, SVB, etc.)*

I do not agree with the determination made on the above claim and request reconsideration. My reasons are:

SUPPLEMENTAL SECURITY INCOME OR SPECIAL VETERANS BENEFITS RECONSIDERATION ONLY
*(See the three ways to appeal in the How To Appeal Your Supplemental Security Income (SSI) Or Special Veterans Benefit (SVB) Decision instructions.)*

"I want to appeal your decision about my claim for Supplemental Security Income (SSI) or Special Veterans Benefits (SVB). I've read about the three ways to appeal. I've checked the box below."

☐ Case Review    ☐ Informal Conference    ☐ Formal Conference

## EITHER THE CLAIMANT OR REPRESENTATIVE SHOULD SIGN - ENTER ADDRESSES FOR BOTH

I declare under penalty of perjury that I have examined all the information on this form, and on any accompanying statements or forms, and it is true and correct to the best of my knowledge.

| CLAIMANT SIGNATURE | SIGNATURE OR NAME OF CLAIMANT'S REPRESENTATIVE |
|---|---|
| | ☐ NON-ATTORNEY    ☐ ATTORNEY |

| MAILING ADDRESS | MAILING ADDRESS |
|---|---|

| CITY | STATE | ZIP CODE | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|

| TELEPHONE NUMBER *(Include area code)* | TELEPHONE NUMBER *(Include area code)* | DATE |
|---|---|---|

## TO BE COMPLETED BY SOCIAL SECURITY ADMINISTRATION

See list of initial determinations

1. HAS INITIAL DETERMINATION BEEN MADE?    ☐ YES    ☐ NO

2. CLAIMANT INSISTS ON FILING    ☐ YES    ☐ NO

3. IS THIS REQUEST FILED TIMELY?    ☐ YES    ☐ NO
*(If "NO", attach claimant's explanation for delay and attach only pertinent letter, material, or information in social security office.)*

RETIREMENT AND SURVIVORS RECONSIDERATIONS ONLY (CHECK ONE) REFER TO (GN 03102.125)

☐ NO FURTHER DEVELOPMENT REQUIRED - (GN 03102.300)

☐ REQUIRED DEVELOPMENT ATTACHED

☐ REQUIRED DEVELOPMENT PENDING, WILL FORWARD OR ADVISE STATUS WITHIN 30 DAYS

SOCIAL SECURITY OFFICE ADDRESS

ROUTING INSTRUCTIONS *(CHECK ONE)*

☐ DISABILITY DETERMINATION SERVICES *(ROUTE WITH DISABILITY FOLDER)*

☐ ODO, BALTIMORE

☐ PROGRAM SERVICE CENTER

☐ OIO, BALTIMORE

☐ OEO, BALTIMORE

☐ DISTRICT OFFICE RECONSIDERATION

☐ CENTRAL PROCESSING SITE (SVB)

NOTE: Take or mail the **signed original** to your local Social Security office, the Veterans Affairs Regional Office in Manila or any U.S. Foreign Service post and keep a copy for your records.

Form SSA-561-U2 (7-2003) EF (3-2006) Destroy Prior Editions

**Claims Folder**

Plaintiff (list names): _Michael Anthony Forwood_

Case Number: **824929**

**(4) You must ask the Defendant (in person, in <u>writing</u>, or by phone) to pay you before you sue. Have you done this?** ☒ Yes ☐ No  _In writing I have asked & Appeal_
If no, explain why not: _allow a person no Timeshares. Disdell, may not_
_cho yes an impropper amount Asserted os to anda Chase_

**(5) Why are you filing your claim at this courthouse?** _reco, or Chryse court_
This courthouse covers the area _(check the one that applies):_ _of you for a not tespendeable, effecte_
a. ☒ (1) Where the Defendant lives or does business.    (4) Where a contract (written or spoken) was made,
    (2) Where the Plaintiff's property was damaged.    signed, performed, or broken by the Defendant *or*
    (3) Where the Plaintiff was injured.    where the Defendant lived or did business when
                                       the Defendant made the contract.

b. ☐ Where the buyer or lessee signed the contract, lives now, or lived when the contract was made, if this claim is about an offer or contract for personal, family, or household goods, services, or loans. *(Code Civ. Proc., § 395(b).)*

c. ☐ Where the buyer signed the contract, lives now, or lived when the contract was made, if this claim is about a retail installment contract (like a credit card). *(Civil Code, § 1812.10.)*

d. ☐ Where the buyer signed the contract, lives now, or lived when the contract was made, or where the vehicle is permanently garaged, if this claim is about a vehicle finance sale. *(Civil Code, § 2984.4.)*

e. ☐ Other *(specify):* _____

**(6) List the zip code of the place checked in (5) above** *(if you know):* _94103_

**(7) Is your claim about an attorney-client fee dispute?** ☐ Yes ☒ No
*If yes, and if you have had arbitration, fill out Form SC-101, attach it to this form, and check here:* ☐

**(8) Are you suing a public entity?** ☐ Yes ☒ No
*If yes, you must file a written claim with the entity first.* ☐ A claim was filed on *(date):* _____
*If the public entity denies your claim or does not answer within the time allowed by law, you can file this form.*

**(9) Have you filed more than 12 other small claims within the last 12 months in California?**
☐ Yes ☒ No    *If yes, the filing fee for this case will be higher.*

**(10) I understand that by filing a claim in small claims court, I have no right to appeal this claim.**

**(11) I have not filed, and understand that I cannot file, more than two small claims cases for more than $2,500 in California during this calendar year.**

I declare, under penalty of perjury under California State law, that the information above and on any attachments to this form is true and correct.

Date: _April 20th_  _Michael Anthony Forwood_    ▶ _Michael Anthony Forwood_
        *Plaintiff types or prints name here*    *Plaintiff signs here*

Date: _____    ▶
        *Second Plaintiff types or prints name here*    *Second Plaintiff signs here*



**Requests for Accommodations**
Assistive listening systems, computer-assisted, real-time captioning, or sign language interpreter services are available if you ask at least 5 days before the trial. Contact the clerk's office for Form MC-410, *Request for Accommodations by Persons With Disabilities and Response. (Civil Code, § 54.8.)*

## Information for the Defendant (the person being sued)

**"Small claims court"** is a special court where claims for $5,000 or less are decided. A "natural person" (not a business or public entity) may claim up to $7,500, including a sole proprietor. The process is quick and cheap. The rules are simple and informal.

You are the Defendant—the person being sued. The person who is suing you is the Plaintiff.

### Do I need a lawyer?

You may talk to a lawyer before or after the case. But you *may not* have a lawyer represent you in court (unless this is an appeal from a small claims case).

### How do I get ready for court?

You don't have to file any papers before your trial, unless you think this is the wrong court for your case. But bring to your trial any witnesses, receipts, and evidence that supports your case. And read "Get Ready for Court" at: *www.courtinfo.ca.gov/selfhelp/smallclaims/getready.htm*

### What if I need an accommodation?

If you have a disability or are hearing impaired, fill out Form MC-410, *Request for Accommodations*. Give the form to your court clerk or the ADA/Access Coordinator.

### What if I don't speak English well?

Bring an adult who is not a witness to interpret for you, or ask the court clerk for an interpreter at least five days before your court date. A court-provided interpreter may not be available or there may be a fee for using a court interpreter unless you qualify for a fee waiver. You may ask the court for a list of interpreters and also the *Application for Waiver of Court Fees and Costs* (form FW-001).

### Where can I get the court forms I need?

Go to any courthouse or your county law library, or print forms at: *www.courtinfo.ca.gov/forms*

### What happens at the trial?

The judge will listen to both sides. The judge may make a decision at your trial or mail the decision to you later.

### What if I lose the case?

If you lose, you can appeal. You'll have to pay a fee. (Plaintiffs cannot appeal their own claims.)

- If you were at the trial, file Form SC-140, *Notice of Appeal*. You must file within 30 days after the judge's decision.
- If you were *not* at the trial, fill out and file Form SC-135, *Notice of Motion to Vacate Judgment and Declaration*, to ask the judge to cancel the judgment (decision). If the judge does not give you a new trial, you have 10 days to appeal the decision. File Form SC-140.

For more information on appeals, see: *www.courtinfo.ca.gov/selfhelp/smallclaims/appeal.htm*

### Do I have options?

Yes. If you are being sued, you can:

- **Settle your case before the trial.** If you and the Plaintiff agree on how to settle the case, both of you must notify the court. Ask the Small Claims Advisor for help.
- **Prove this is the wrong court.** Send a letter to the court *before* your trial, explaining why you think this is the wrong court. Ask the court to dismiss the claim. You must serve (give) a copy of your letter (by mail or in person) to all parties. (Your letter to the court must say you have done this.)
- **Go to the trial and try to win your case.** Bring witnesses, receipts, and any evidence you need to prove your case. To make sure the witnesses go to the trial, fill out Form SC-107, and the clerk will subpoena (order) them to go.
- **Sue the person who is suing you.** File Form SC-120, *Defendant's Claim*. There are strict filing deadlines you must follow.
- **Agree with the Plaintiff's claim and pay the money.** Or, if you can't pay the money now, go to your trial and say you want to make payments.
- **Let the case "default."** If you don't settle and do not go to the trial (default), the judge may give the Plaintiff what he or she is asking for plus court costs. If this happens, the Plaintiff can legally take your money, wages, and property to pay the judgment.

### What if I need more time?

You can change the trial date if:

- You cannot go to court on the scheduled date (you will have to pay a fee to postpone the trial) *or*
- You did not get served (receive this order to go to court) at least 15 days before the trial (or 20 days if you live outside the county) *or*
- You need more time to get an interpreter. One postponement is allowed, and you will not have to pay a fee to delay the trial.

Ask the Small Claims Clerk about the rules and fees for postponing a trial. Or fill out Form SC-110 (or write a letter) and mail it to the court *and* to all other people listed on your court papers before the deadline. Enclose a check for your court fees, unless a fee waiver was granted.

**? Need help?**

Your county's Small Claims Advisor can help for free.

> 415-292-2124
> M-F, 8:30AM-Noon, 1:30PM-4:30PM

Or go to "County-Specific Court Information" at: *www.courtinfo.ca.gov/selfhelp/smallclaims*

# SC-100    Información para el demandado (la persona demandada)

La **"Corte de reclamos menores"** es una corte especial donde se deciden casos por $5,000 ó menos. Una "persona natural" (que no sea un negocio ni una entidad pública) puede reclamar hasta $7,500. El proceso es rápido y barato. Las reglas son sencillas e informales.

Usted es el Demandado — la persona que se está demandando. La persona que lo está demandando es el Demandante.

### ¿Necesito un abogado?
Puede hablar con un abogado antes o después del caso. Pero *no puede* tener a un abogado que lo represente ante la corte (a menos que se trate de una apelación de un caso de reclamos menores).

### ¿Cómo me preparo para ir a la corte?
No tiene que presentar ningunos papeles antes del juicio, a menos que piense que ésta es la corte equivocada para su caso. Pero lleve al juicio cualquier testigos, recibos, y cualquier pruebas que apoyan su caso. Y lea "Prepárese para la corte" en: *www.courtinfo.ca.gov/selfhelp/espanol/ reclamosmenores/prepararse.htm*

### ¿Qué hago si necesito una adaptación?
Si tiene una discapacidad o tiene impedimentos de audición, llene el formulario MC-410, *Request for Accomodations*. Entregue el formulario al secretario de la corte o al Coordinador de Acceso/ADA de su corte.

### ¿Qué pasa si no hablo inglés bien?
 raiga a un adulto que no sea testigo para que le sirva de intérprete. O pida al secretario de la corte que le asigne uno. Si quiere que la corte le asigne un intérprete, lo tiene que pedir como mínimo menos cinco días antes de la fecha en que tenga que ir a la corte. Es posible que no haya disponible un intérprete proporcionado por la corte o que tenga que pagar una cuota por emplear un intérprete de la corte, a menos que tenga una exención de cuotas. Puede pedir a la corte una lista de intérpretes y la Solicitud de exención de cuotas y costos de la corte (formulario FW-001).

### ¿Dónde puedo obtener los formularios de la corte que necesito?
Vaya a cualquier edificio de la corte, la biblioteca legal de su condado o imprima los formularios en: *www.courtinfo.ca.gov/forms*

### ¿Qué pasa en el juicio?
El juez escuchará a ambas partes. El juez puede tomar su decisión durante la audiencia o enviársela por correo después.

### ¿Qué pasa si pierdo el caso?
Si pierde, puede apelar. Tendrá que pagar una cuota. (El Demandante no puede apelar su propio reclamo.)

- Si estuvo presente en el juicio, llene el formulario SC-140, *Aviso de apelación*. Tiene que presentarlo dentro de 30 días después de la decisión del juez.
- Si *no* estuvo en el juicio, llene y presente el formulario SC-135, *Aviso de petición para anular el fallo y Declaración* para pedirle al juez que anule el fallo (decisión). Si la corte le otorga un nuevo juicio, tiene 10 días para apelar la decisión. Presente el formulario SC-140.

Para obtener más información sobre las apelaciones, vea: *www.courtinfo.ca.gov/selfhelp/espanol/reclamosmenores/ apelar.htm*

### ¿Tengo otras opciones?
Sí. Si lo están demandando, puede:

- **Resolver su caso antes del juicio.** Si usted y el Demandante se ponen de acuerdo en resolver el caso, ambos tienen que notificar a la corte. Pídale al Asesor de Reclamos Menores que lo ayude.
- **Probar que la corte equivocada.** Envíe una carta a la corte *antes* del juicio explicando por qué cree que es la corte equivocada. Pídale a la corte que despida el reclamo. Tiene que entregar (dar) una copia de su carta (por correo o en persona) a todas las partes. (Su carta a la corte tiene que decir que hizo la entrega.)
- **Ir al juicio y tratar de ganar el caso.** Lleve testigos, recibos y cualquier prueba que necesite para probar su caso. Para asegurarse que los testigos vayan al juicio, llene el formulario SC-107, y el secretario emitirá una orden de comparecencia ordenándoles que se presenten.
- **Demandar a la persona que lo demandó.** Presente el formulario SC-120, *Reclamo del demandado*. Hay fechas límite estrictas que debe seguir.
- **Aceptar el reclamo del Demandante y pagar el dinero.** Si no puede pagar en ese momento, vaya al juicio y diga que quiere hacer los pagos.
- **No ir al juicio y aceptar el fallo por falta de comparecencia.** Si no llega a un acuerdo con el Demandante y no va al juicio (fallo por falta de comparecencia), el juez le puede otorgar al Demandante lo que está reclamando más los costos de la corte. En ese caso, el Demandante legalmente puede tomar su dinero, su sueldo o sus bienes para cobrar el fallo.

### ¿Qué hago si necesito más tiempo?
Puede cambiar la fecha del juicio si:

- No puede ir a la corte en la fecha programada (tendrá que pagar una cuota para aplazar el juicio) o
- No le entregaron los documentos legalmente (no recibió la orden para ir a la corte) por lo menos 15 días antes del juicio (ó 20 días si vive fuera del condado) o
- Necesita más tiempo para conseguir intérprete. (Se permite un solo aplazamiento sin tener que pagar cuota para aplazar el juicio).

Pregúntele al secretario de reclamos menores sobre las reglas y las cuotas para aplazar un juicio. O llene el formulario SC-110 (o escriba una carta) y envíelo antes del plazo a la corte *y* a todas las otras personas que figuran en sus papeles de la corte. Adjunte un cheque para pagar los costos de la corte, a menos que le hayan dado una exención.

 **¿Necesita ayuda?** El Asesor de Reclamos Menores de su condado le puede ayudar sin cargo.

> 415-292-2124
> M–F, 8:30AM–Noon, 1:30PM–4:30PM

O vea "Información por condado" en: *www.courtinfo.ca.gov/selfhelp/espanol/reclamosmenores*

TO: Mr. Spencer
Regional Commissioner,
Richmond, California.

Dear Sir,

I wrote my mother
a letter today,
concerning, to send the
paid 90 $ for a Bus
Ticket to Los Angeles.
I have waited 27 weeks—
14 days for a September
clock, that is coming
back on the mail
from 2007.
Today is February 14th
on duty, after Chinese
New Years. It is Valentines
Day, today. Geromo
yesterday, went
to screen the, a cheve
on a translation on the

SOCIAL SECURITY ADMINISTRATION

Date: February 25, 2008
Claim Number: 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A
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DI

MICHAEL A LOGWOOD
GENERAL DELIVERY
SAN FRANCISCO CA 94142 94142-9999

You asked us for information from your record. The information that you
requested is shown below. If you want anyone else to have this information, you
may send them this letter.

Other Important Information

ONE 1/14/08 A DECISION WAS MADE TO WAVE 617.72 OF A OVERPAYMENTWHICH WAS
1158.00. THE BALANCE IS OF 446.00 IS DUE PER YOUR AGREEMENT TO PAY 10.00 PER
MO. AND WILL NOT BE WAVIED.

If You Have Any Questions

If you have any questions, you may call us at 1-800-772-1213, or call your
local Social Security office at 415-554-8136. We can answer most questions
over the phone. You can also write or visit any Social Security office. The
office that serves your area is located at:

SOCIAL SECURITY
90 7TH ST,ANNEX 1ST FL
SAN FRANCISCO, CA 94103

If you do call or visit an office, please have this letter with you. It will
help us answer your questions.

MAILBOX 4U
1238 MARKET STREET
SAN FRAN. CA 94102
415-621-1991
OPEN 9AM TO 6:30PM
02-25-08 NO H:0000

COPY        *0.90
TOTAL *0.90
CASH  *0.90
AM11-23 0029

MAILBOX 4U
1238 MARKET STREET
SAN FRAN. CA 94102
415-621-1991
OPEN 9AM TO 6:30PM
02-25-08 NO H:0000

COPY       *0.00
TOTAL *0.00
CASH  *0.00
AM11-24 0030

R



Leonard Anthony Legrand
101 Hyde Street
General Delivery
San Francisco, California
94142

To: Mr. Spencer
Regional Commissioner
151 Clay Street
State Hearing Office
Oakland, California
94612



SOCIAL SECURITY ADMINISTRATION

...CIAL SECURITY ADMINISTRATION

Date: April 28, 2008
Claim Number: 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A
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DI

MICHAEL A LOGWOOD
GENERAL DELIVERY
SAN FRANCISCO CA 94142-9999

SOCIAL SECURITY ADMIN
1098 VALENCIA STREET
SAN FRANCISCO CA 94110

You asked us for information from your record. The information that you
requested is shown below. If you want anyone else to have this information, you
may send them this letter.

Information About Supplemental Security Income Payments

Beginning May 2008, the current
Supplemental Security Income payment is...............$ 954.00

This payment amount may change from month to month if income or
living situation changes.

Supplemental Security Income Payments are paid the month they are due. (For
example, Supplemental Security Income Payments for March are paid in March.)

Type of Supplemental Security Income Payment Information

You are entitled to monthly payments as a disabled individual.

5/23/08

  Obama 44.
What are the odds? 

Home US
World
Companies
Markets
Markets data
Lex
Comment & analysis
Technology
Business life
Business education
Arts & Weekend
In depth
FT Reports
Site services

**FIND RELATED ARTICLES**

▶ Company



GET THE
FINANCIAL TIMES
SIGN UP NOW

## Bankers' survey highlights liquidity shortage
By Peter Thal Larsen in London
Monday May 5 2008 18:45

A shortage of liquidity in the banking system and its effect on the broader economy are the most pressing risks facing the world's banks, a survey of senior bankers and regulators found.

The survey, conducted by the Centre for the Study of Financial Innovation, the financial markets think-tank, underscores the continuing concern about the strains on the banking system as a result of the credit squeeze.

The 376 bankers, regulators and commentators around the world polled by the CSFI for its annual "**Banking Banana Skins**" survey agreed that the lack of liquidity was the main risk facing banks, while the likelihood of increased defaults by consumers and companies as a result of the economic slowdown ranked second.

▶ **Read More - Page 2**

---

**QUOTED** IN THE FT

"Inflation is becoming a bigger issue and that is bad for bonds."
**Safety dash into bonds brought to abrupt end**
Monday Apr 28 2008

"No one is piling into bonds anymore as the world is no longer melting down, and the economic data over the last six weeks has not fallen apart,"
**Safety dash into bonds brought to abrupt end**
Monday Apr 28 2008

"Inflation is looking sticky. Expectations of central bank easing have been scaled back,"
**Safety dash into bonds brought to abrupt end**
Monday Apr 28 2008

---

TOP STORIE

Fannie loss
Oil hits $122
UBS leads E
Oil breaches
Property sto
Fannie Mae
Fannie loss
Market volat
Services dat
Banks and o

---

FT Home

Advertising with the FT  ◆  Press enquiries  ◆  Student offers  ◆  FT Conferences  ◆  FT Research Centre  ◆  Corporate Su
Partner sites: Chinese FT.com  ◆  Expansion
© Copyright The Financial Times Ltd 2007. "FT" and "Financial Times" are trademarks of the Financial Times. Privac

  **Obama 44.**
**What are the odds?** 

**Home US**
**World**
**Companies**
**Markets**
**Markets data**
**Lex**
**Comment & analysis**
**Technology**
**Business life**
**Business education**
**Arts & Weekend**
**In depth**
**FT Reports**
**Site services**

**FIND RELATED
ARTICLES**

▶ **Company**



**Get FT on
＋ net**

**4 WEEKS RISK FREE**

**GET THE
FINANCIAL TIMES**
SIGN UP NOW

## Bankers' survey highlights liquidity shortage

By Peter Thal Larsen in London
Monday May 5 2008 18:45
*continued from* **previous page**

The survey, which was conducted before the collapse of **Bear Stearns** (NYSE:**BSC**) prompted a further intervention in the markets by the **US Federal Reserve**, illustrates how the banking industry has been caught unawares by the crisis. In previous editions of the **Banana Skins** survey, liquidity did not feature as a risk at all.

When they were last surveyed two years ago, bankers listed excessive regulation as their main concern. This year, regulation has dropped to eighth, behind more pressing concerns such as derivatives and inadequate risk management techniques.

However, David Lascelles, senior fellow of the CSFI and author of the report, said bankers remained concerned about a knee-jerk reaction to the crisis by regulators.

"The level of concern about excessive regulation has remained unchanged but merely been overtaken by other concerns," he said.

The responses also illustrate how the crisis has shocked bankers out of their complacency about the ability of financial institutions to weather a storm in the markets.

Only a quarter of bankers said their institutions were well prepared to handle the risks they identified, down from two-thirds two years ago. This is reflected in a rising awareness of the limitations of banks' risk management skills, which have been cruelly exposed by the crisis.

"There is quite a strong view coming through in the survey that even the banks themselves rate their risk management skills lower than in previous years," said John Hitchins, UK banking leader at PwC, which sponsored the survey.

This year's survey saw a sharp jump from respondents worried about rogue traders, sparked by the experience of **Société Générale**, which suffered a €4.9bn ($7.6bn) loss after **Jeróme Kerviel**, a junior trader, circumvented the bank's controls to build up a large position in equity derivatives.

Previously prominent risks such as commodities, emerging markets and corporate governance all receded.

The **Bank of England** suggested last week that the worst of the credit crisis was over. But concern has switched to the impact that a slowing economy is likely to have on banks' balance sheets.

<< **Page 1**

**TOP** STORIE

View of the c
Fannie loss
Oil hits $122
UBS leads E
Oil breaches
Property sto
Fannie Mae
Fannie loss
Market volat
Services dat

**QUOTED** IN THE FT

Going forwards, they will insist on only lending sensibly, relative to the security offered, and prudently, relative to the credit risk of the borrower. Any deal that doesn't fit comfortably within those two parameters will be refused. Any loan set up in the conditions prevailing previously that needs to be refinanced will face trouble and even if it can be arranged, will be at higher rates of interest and the loan offered may be insufficient to repay the outstanding one.

On Wednesday 23rd April, Jim Pickard, George Parker and Sharlene Goff wrote an article in the Financial Times headlined "Lenders give little solace on mortgages". To quote from the article "Lenders yesterday told Alistair Darling that they could not throw an immediate lifeline to beleaguered mortgage holders by passing on cuts in base rates - and warned that repossessions could rise in the coming months." They also told him that the new Bank of England £50 billion facility for lenders to swap mortgage- backed securities for gilts would not reverse the newfound aversion to risk by banks, which has led to a tightening in lending criteria at the expense of low income borrowers and buy-to-let investors.

The housing market in the UK is sending frightening signals and the realisation has at last sunk into people's heads that for some time now, it has been cheaper to rent than to buy – a major value-destructive sentiment reversal. Owners of buy-to-let properties are in for a rough time, yields will rise, triggered by greater demand for rented properties - the good news. But the decline in property values will sweep aside that benefit.

It's all quite simple really – on the back of an envelope roughly calculate how much it costs to own a property. Take into account rates of interest for the whole value of the property, buildings insurance, repairs and, if let, void periods. Assuming the interest rate is 6%, a reasonable estimate of what it costs to own a property is about 10% per annum. This week the news was that yields have increased slightly from 4.8% to 5% - yields so low that they are only bearable in a raging property bull market.

To rent rather than buy today is a very good choice and will probably remain a good choice until the yields rise above 10% per annum. Somewhere around that point, it will become cheaper to buy than to rent – a level when value returns to the market. It will be interesting to see later how interested people are in buying then. Sadly, only when property is too dear, does everybody want to buy it. So when yields are over 10% and property is good value again, only a few buyers will boldly step up – decide now to be one of them!

Commercial property in the UK has suffered badly as those unfortunate investors in commercial property funds have discovered. According to the Financial Times, capital values in the UK fell 1.3% in March, having fallen 2% in January and 1.5% in February. This was coupled with the bleak news that the City expects rental growth this year to be at minus 16% per annum.

Unsurprisingly, investor discontent is stirring and threats of legal action are being mooted by investors who claim they were never properly advised on how dangerous property funds could be because of their innate illiquidity. We can at least claim that this newsletter, in good time, rammed home that point many times.

As always, sentiment moves around and of late there has been an expectation that the commercial property market may be bottoming out. Below, you will see the chart of the Real Estate sector of the UK stock market from 2003. To date it has given up more than 50% of the considerable gains. This year it has been consolidating in the trading range below one of our favoured indicators, the 30-week moving average.

This period of consolidation and the proximity of the 30- week moving average should lead to an important signal. The top of the range is 3883, strength above that would be an aggressive signal to buy UK commercial real estate. The bottom of the range is 3329, a clear break below that level would suggest an eventual test of the 2003 low. When charts develop price action such as this, the signals that ensue will invariably have enormous consequence and they are generally very reliable.



Case 3:09-cv-02349-PJH    Document 14-2    Filed 06/09/2008    Page 27 of 45



We constantly hunt for new opportunities. The Chinese stock market is one of them, as are India, Russia, Taiwan, Japan and some other Asian stock markets, including Vietnam. Price Waterhouse Coopers say that China will become the biggest economy in the world by 2025. Since October last year, the Chinese stock market has lost almost half of its value.

The authorities yesterday reversed the tax decision made in May last year by reducing the tax on stock purchases from 0.3% to 0.1%. So far, and immediately after the announcement, the Chinese stock market reacted very, very positively, it could, we think, very soon deliver an early opportunity to buy. We will be actively looking out for that.



*By John Robson & Andrew Selsby at Full Circle Asset Management, as published in the threesixty Newsletter*

**FREE! For all our latest advice on making profitable investments, claim your 3-week FREE trial of the MoneyWeek website and**



## SC-1

**Notice to th**

- You are the
  form. The pe
- You and the
  do not go to
- If you lose, t
  taken to pay
- Bring witnes
- Read this for
  you and to pr

CSM-08-824929

Michael Anthony
Logwood

VS.
Peter Spencer

Michael
Logwood
# 824929
April 15
April

PARK-LI, Clerk
toria Gonzalez
Deputy Clerk

*reet address:*
California, County of
ICISCO

**Aviso al Demandado:**

- Usted es el Demandado si su nombre figura en ② de la página 2
  de este formulario. La persona que lo demanda es el Demandante, la que
  figura en ① de la página 2.

- Usted y el Demandante tienen que presentarse en la corte en la fecha del
  juicio indicada a continuación. Si no se presenta, puede perder el caso.

- Si pierde el caso la corte podría ordenar que le quiten de su sueldo, dinero u
  otros bienes para pagar este reclamo.

- Lleve testigos, recibos y cualquier otra prueba que necesite para probar su caso.

- Lea este formulario y todas las páginas adjuntas para entender la demanda en su contra y para proteger sus derechos.

SMALL CLAIMS DIVISION
400 MCALLISTER ST., Rm 103
SAN FRANCISCO, CA 94102

*Clerk fills in case number and case name:*
**Case Number:** 824929

**Case Name:** *Michael Anthony Logwood*
*vs.*
*Peter Spencer*

## Order to Go to Court

**The people in ① and ② must go to court:** *(Clerk fills out section below.)*

| Trial Date | → Date MAY 0 9 2008 | Time 1:30 Pm | Department 506 | Name and address of court if different from above |
|---|---|---|---|---|
| | 2. | | | |
| | 3. | | | |

Date: APR 0 7 2008    Clerk, by _____ Victoria Gonzalez _____, Deputy

## Instructions for the person suing:

- You are the Plaintiff. The person you are suing is the Defendant.
- *Before* you fill out this form, read Form SC-150, *Information for the Plaintiff (Small Claims)*, to know your rights.
  Get SC-150 at any courthouse or county law library, or go to: *www.courtinfo.ca.gov/forms*
- Fill out pages 2 and 3 of this form. Then make copies of **all** pages of this form. (Make 1 copy for each party named in
  this case and an extra copy for yourself.) Take or mail the original and these copies to the court clerk's office and pay
  the filing fee. The clerk will write the date of your trial in the box above.
- You must have someone at least 18—not you or anyone else listed in this case—give each Defendant a court-stamped
  copy of all 5 pages of this form and any pages this form tells you to attach. There are special rules for "serving," or
  delivering, this form to public entities, associations, and some businesses. See Forms SC-104, SC-104B,
  and SC-104C.
- **Go to court on your trial date listed above.** Bring witnesses, receipts, and any evidence you need to prove your case.

Judicial Council of California, www.courtinfo.ca.gov
Revised January 1, 2008, Mandatory Form
Code of Civil Procedure, §§ 116.110 et seq.,
116.220(c), 116.340(g)

**Plaintiff's Claim and ORDER
to Go to Small Claims Court
(Small Claims)**

**SC-100, Page 1 of 5**
➔



NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

# BUSINESS REPLY MAIL
FIRST-CLASS MAIL    PERMIT NO. 18452    WASHINGTON DC

POSTAGE WILL BE PAID BY SOCIAL SECURITY ADMINISTRATION

SOCIAL SECURITY ADMINISTRATION
~~SUITE 301~~
~~SAN FRANCISCO CA  94103-9888~~

*[handwritten:]*
Michael C. Fogarrd
21 Hope Street
Renoration Dwelling
San Francisco California 94742

To 8 Mr Spencer

1515 Clay Street
State Hearing Office
San Francisco, California

~~SOCIAL SECURITY ADMINISTRATION~~
~~12TH FLOOR ANNEX~~
~~120 MONTGOMERY ST~~
~~SAN FRANCISCO CA  94104-4128~~

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

| CAN: | |
|---|---|
| SOC: | 4176 |
| DRAFT NR: | |

## IMMEDIATE PAYMENT RECEIPT AND NOTICE
### (Immediate Payment)

I certify that I, **MICHAEL LOGWOOD**

Social Security Number, **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**

have requested and received an emergency advance payment of : **$930.00**

I understand that this payment is an advance against Supplemental Security Income benefits due and will be recovered from them providing I am determined to be eligible. I also understand that if I am determined to be ineligible, this payment may be an overpayment, and, if so, I may have to repay it.

_____    Date: **11/08/2007**
(Signature of Claimant or Payee for Claimant)

A witness is required only if this statement has been signed by mark (x) above. If signed by mark (x), a Social Security Administration employee may serve as witness and sign below, giving their title.

_____    Date: **11/08/2007**
(Signature of Witness)

(Facsimile of SSA-8102)

Original & Copy – Cashier
Copy - Claimant
Copy - File

**SOCIAL SECURITY ADMINISTRATION**
OFFICE OF FINANCE
P.O. BOX 47
BALTIMORE, MARYLAND 21235

NOVEMBER 08, 2007                 50-937
                                   213
VOID AFTER 60 DAYS

**PAY**
**TO THE**
**ORDER OF** MICHAEL A LOGWOOD

$  ***930.00

****930 DOLLARS AND NO CENTS    USA _____ DOLLARS

MEMO:
4009113 4176

CASHIER:MARINA   SAPOZHNIKOVA

NON NEGOTIABLE

6950  115596
6950115596

NOVEMBER 08, 2007

MICHAEL A LOGWOOD                        ***930.00

****930 DOLLARS AND NO CENTS

4009113 4176

CASHIER:MARINA   SAPOZHNIKOVA

Authorizing Official: _____
               Title:
               Date:  **11/08/2007**

Concurring Official: _____
               Title:
               Date:  **11/08/2007**

(Facsimile of SSA-8101)

Original & Copy – Cashier
Copy - File

Form Approved
OMB No. 0960-0522

SOCIAL SECURITY ADMINISTRATION                                    TOE 710

## REQUEST FOR RECONSIDERATION

*(Do not write in this space)*

| NAME OF CLAIMANT | NAME OF WAGE EARNER OR SELF-EMPLOYED PERSON *(If different from claimant.)* |
|---|---|
| Michael A. Fernald | note |

| SOCIAL SECURITY CLAIM NUMBER | SUPPLEMENTAL SECURITY INCOME (SSI) OR SPECIAL VETERANS BENEFITS (SVB) CLAIM NUMBER |
|---|---|
| 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 | Rec 2032615159 HESSALE EIRPS |

| SPOUSE'S NAME *(Complete ONLY in SSI cases)* | SPOUSE'S SOCIAL SECURITY NUMBER *(Complete ONLY in SSI cases)* |
|---|---|
| None | None |

CLAIM FOR *(Specify type, e.g., retirement, disability, hospital insurance, SSI, SVB, etc.)*
Back Charges (window) 4 Fwd Crossfire said to keep me to jail a AP Central

I do not agree with the determination made on the above claim and request reconsideration. My reasons are:
a U.S. Norm storm was stating the observer, they signed could loan in-house check allowed the Federal agent alledgedlS a services. The officer in Angeles absconbing I say there was 10 Ortez who covered by Depar Firm. The lawyer was misled was achered

SUPPLEMENTAL SECURITY INCOME OR SPECIAL VETERANS BENEFITS RECONSIDERATION ONLY

(See the three ways to appeal in the How To Appeal Your Supplemental Security Income (SSI) Or Special Veterans Benefit (SVB) Decision) instructions.)
"I want to appeal your decision about my claim for Supplemental Security Income (SSI) or Special Veterans Benefits (SVB). I've read about the three ways to appeal. I've checked the box below."

[ ] Case Review    [ ] Informal Conference    [ ] Formal Conference

## EITHER THE CLAIMANT OR REPRESENTATIVE SHOULD SIGN - ENTER ADDRESSES FOR BOTH

I declare under penalty of perjury that I have examined all the information on this form, and on any accompanying statements or forms, and it is true and correct to the best of my knowledge.

| CLAIMANT SIGNATURE | SIGNATURE OR NAME OF CLAIMANT'S REPRESENTATIVE |
|---|---|
| | [ ] NON-ATTORNEY    [ ] ATTOI |

| MAILING ADDRESS | MAILING ADDRESS |
|---|---|

| CITY | STATE | ZIP CODE | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|

| TELEPHONE NUMBER *(Include area code)* | DATE | TELEPHONE NUMBER *(Include area code)* | DATE |
|---|---|---|---|

## TO BE COMPLETED BY SOCIAL SECURITY ADMINISTRATION

See list of initial determinations

| 1. HAS INITIAL DETERMINATION BEEN MADE? | [ ] YES  [ ] NO | 2. CLAIMANT INSISTS ON FILING | [X] YES  [ ] NO |
|---|---|---|---|

IS THIS REQUEST FILED TIMELY?
*(If "NO", attach claimant's explanation for delay and attach only pertinent letter, material, or information in social security office.)*    [ ] YES  [ ] NO

RETIREMENT AND SURVIVORS RECONSIDERATIONS ONLY (CHECK ONE) REFER TO (GN 03102.125)

[ ] NO FURTHER DEVELOPMENT REQUIRED    (GN 03102.300)

SOCIAL SECURITY OFFICE ADDRESS

[ ] REQUIRED DEVELOPMENT ATTACHED

[ ] REQUIRED DEVELOPMENT PENDING, WILL FORWARD OR ADVISE STATUS WITHIN 30 DAYS

| ROUTING INSTRUCTIONS *(CHECK ONE)* | [ ] DISABILITY DETERMINATION SERVICES *(ROUTE WITH DISABILITY FOLDER)* | [ ] PROGRAM SERVICE CENTER | [ ] DISTRICT OFFICE RECONSIDERATION |
|---|---|---|---|
| | [ ] ODO, BALTIMORE | [ ] OIO, BALTIMORE | [ ] CENTRAL PROCESSING SITE (SVB) |
| | | [ ] OEO, BALTIMORE | |

NOTE: Take or mail the **signed original** to your local Social Security office, the Veterans Affairs Regional Office in Manila or any U.S. Foreign Service post and keep a copy for your records.

Form SSA-561-U2 (7-2003) EF (3-2006) Destroy Prior Editions

Claims Folder

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MICHAEL A. LOGWOOD,

Plaintiff (s),

v.

PETER SPENCER,
Defendant(s).

No. **C 08-02349 EMC**

**ORDER SETTING INITIAL CASE**
**MANAGEMENT CONFERENCE**
**AND ADR DEADLINES**

IT IS HEREBY ORDERED that this action is assigned to the Honorable Edward M. Chen.
When serving the complaint or notice of removal, the plaintiff or removing defendant must serve on all
other parties a copy of this order , the Notice of Assignment of Case to a United States
Magistrate Judge for Trial, and all other documents specified in Civil Local Rule 4-2. Counsel must
comply with the case schedule listed below unless the Court otherwise orders.

IT IS FURTHER ORDERED that this action is assigned to the Alternative Dispute Resolution
(ADR) Multi-Option Program governed by ADR Local Rule 3. Counsel and clients shall familiarize
themselves with that rule and with the material entitled "Dispute Resolution Procedures in the Northern
District of California" on the Court ADR Internet site at www.adr.cand.uscourts.gov. A limited
number of printed copies are available from the Clerk's Office for parties in cases not subject to the
court's Electronic Case Filing program (ECF).

## CASE SCHEDULE -ADR MULTI-OPTION PROGRAM

| Date | Event | Governing Rule |
|------|-------|----------------|
| 5/7/2008 | Notice of removal filed | |
| 7/23/2008 | *Last day to: | FRCivP 26(f) & ADR L.R.3-5 |
| | • meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | |
| | • file Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference | Civil L.R. 16-8 |
| 8/6/2008 | *Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per attached Standing Order re Contents of Joint Case Management Statement (also available at http://www.cand.uscourts.gov) | FRCivP 26(a) (1) Civil L.R . 16-9 |
| 8/13/2008 | INITIAL CASE MANAGEMENT CONFERENCE (CMC) in Courtroom C,15th Floor,SF at 1:30 PM | Civil L.R. 16-10 |

\* If the Initial Case Management Conference is continued, the other deadlines are continued
accordingly.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**STANDING ORDER FOR CIVIL PRACTICE IN CASES
ASSIGNED FOR ALL PURPOSES TO
MAGISTRATE JUDGE EDWARD M. CHEN**
(8/9/07)

The parties shall follow the General Orders of the Court for the Northern District of
California, the Local Rules, and the Federal Rules of Civil Procedure, except as expressly
modified herein. Failure to comply with any of the rules and orders may be deemed sufficient
grounds for monetary sanctions, dismissal, entry of default judgment, or other appropriate
sanctions. The rules and orders are supplemented and modified as follows:

### A.    STANDING ORDER RE MOTIONS AND CONFERENCES

1.    Criminal Law and Motion is heard on Wednesdays at 9:30 a.m. Civil Law and
Motion is heard on Wednesdays at 10:30 a.m. Counsel need not reserve a hearing date in
advance for civil motions. However, noticed dates may be reset as the Court's calendar requires.

2.    Case Management Conferences are heard on Wednesdays at 1:30 p.m. Pretrial
Conferences are heard on Wednesdays at 3:00 p.m.

3.    In cases that are randomly assigned to Judge Chen for all purposes, the parties are
requested to file their written consent to the assignment of a U.S. Magistrate Judge for all
purposes, or their written declination of consent, as soon as possible.

4.    All scheduling questions should be addressed to Judge Chen's courtroom deputy,
Betty Fong, at (415) 522-2034.

5.    Law and motion matters may be submitted without argument upon stipulation of
the parties and notification of the Court no later than two (2) court days before the hearing.

6.    **In all "E-Filing" cases, when filing papers that require the Court to take any
action (e.g. motions, meet and confer letters, administrative requests), the parties shall, in
addition to filing papers electronically, lodge with chambers a printed copy of the papers
on three-hole punch paper (including all exhibits) by the close of the next court day
following the day the papers are filed electronically. These printed copies shall be marked
"EMC Chambers Copy" and shall be submitted to the Clerk's Office in an envelope clearly
marked with the case number, "Magistrate Judge Edward M. Chen," and "E-Filing
Chambers Copy." Parties shall not file a paper copy of any document with the Clerk's**

**Office that has already been filed electronically. A proposed order in an E-Filing case must be emailed to emcpo@cand.uscourts.gov as a WordPerfect attachment on the same day that it is E-Filed.** With permission, Chambers' copes of documents may be submitted on CD-ROM with hypertext links to exhibits.

7.      The Court can no longer supply a court reporter. If you wish to have this hearing recorded by a court reporter rather than by electronic means, please arrange this privately.

## B.      STANDING ORDER RE DISCOVERY DISPUTES

This Standing Order applies to all disclosures and discovery motions assigned to Judge Chen and is intended to supplement the Civil Local Rules of this District regarding motion practice (Civil L. R. 7-1 et seq.) and the resolution of disclosure or discovery disputes (Civil L. R. 37-1 et seq.).

8.      Discovery motions may be addressed to the Court in three ways. A motion may be noticed on not less than thirty-five (35) days notice pursuant to Civil L. R. 7-2. Alternatively, any party may seek an order shortening time under Civil L. R. 6-3 if the circumstances justify that relief. In emergencies during discovery events (such as depositions), the Court is available pursuant to Civil L. R. 37-1(b). In the event a discovery dispute arises, counsel for the party seeking discovery shall in good faith confer **in person** with counsel for the party failing to make the discovery in an effort to resolve the dispute without court action, as required by Fed. R. Civ. P. 37 and Civil L. R. 37-1(a). The meeting must be **in person**, except where good cause is shown why a telephone meeting is adequate. A declaration setting forth these meet and confer efforts, and the final positions of each party, shall be included in the moving papers. The Court will not consider discovery motions unless the moving party has complied with Fed. R. Civ. P. 37 and Civil L. R. 37-1(a).

9.      Motions for sanctions shall be filed by separate motion in accordance with the Fed. R. Civ. P. 37 and Civil L. R. 37-3. The parties shall comply with their meet and confer obligations pursuant to Civil L. R. 37-1(a). Parties who refuse to meet and confer will be subject to sanctions pursuant to Civil L. R. 37-3.

10.     Any party filing an Emergency or Ex Parte Application **must** contact Judge Chen's courtroom deputy clerk, Betty Fong, at 415/522-2034.

## PRODUCTION OF DOCUMENTS

11.    In responding to requests for documents and materials under Fed. R. Civ. P. 34, all parties shall affirmatively state in a written response served on all other parties the full extent to which they will produce materials and shall, promptly after the production, confirm in writing that they have produced all such materials so described that are locatable after a diligent search of all locations at which such materials might plausibly exist. It shall not be sufficient to object and/or to state that "responsive" materials will be or have been produced.

12.    In searching for responsive materials in connection with a request under Fed. R. Civ. P. 34, parties must search computerized files, emails, voicemails, work files, desk files, calendars and diaries, and any other locations and sources if materials of the type to be produced might plausibly be expected to be found there.

13.    Privilege logs shall be promptly provided and must be sufficiently detailed and informative to justify the privilege. *See* Fed. R. Civ. P. 26(b)(5). No generalized claims of privilege or work product protection shall be permitted. With respect to each communication for which a claim of privilege or work product is made, the asserting party must at the time of its assertion identify: (a) all persons making and receiving the privileged or protected communication; (b) the steps taken to ensure the confidentiality of the communication, including affirmation that no unauthorized persons have received the communication; (c) the date of the communication; and (d) the subject matter of the communication. Failure to furnish this information at the time of the assertion may be deemed a waiver of the privilege or protection.

14.    To the maximum extent feasible, all party files and records should be retained and produced in their original form and sequence, including file folders, and the originals should remain available for inspection by any counsel on reasonable notice.

15.    As soon as a party has notice of this order, the party shall take such reasonable steps as are necessary to preserve evidence related to the issues presented by the action, including, without limitation, interdiction of any document destruction programs and any ongoing erasures of emails, voicemails, and other electronically recorded material to the extent necessary to preserve information relevant to the issues presented by the action.

16.    Except for good cause, no item will be received in evidence if the proponent failed to produce it in the face of a reasonable and proper discovery request covering the item, regardless of whether a motion to overrule any objection thereto was made.

## DEPOSITIONS

17.    Absent extraordinary circumstances, counsel shall consult in advance with opposing counsel and unrepresented proposed deponents to schedule depositions at mutually convenient times and places. Where an agreement cannot be reached as to any party deponent or

**STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA**

**CONTENTS OF JOINT CASE MANAGEMENT STATEMENT**

Commencing March 1, 2007, all judges of the Northern District of California will require the identical information in Joint Case Management Statements filed pursuant to Civil Local Rule 16-9. The parties must include the following information in their statement which, except in unusually complex cases, should not exceed ten pages:

1.    Jurisdiction and Service: The basis for the court's subject matter jurisdiction over plaintiff's claims and defendant's counterclaims, whether any issues exist regarding personal jurisdiction or venue, whether any parties remain to be served, and, if any parties remain to be served, a proposed deadline for service.

2.    Facts: A brief chronology of the facts and a statement of the principal factual issues in dispute.

3.    Legal Issues: A brief statement, without extended legal argument, of the disputed points of law, including reference to specific statutes and decisions.

4.    Motions: All prior and pending motions, their current status, and any anticipated motions.

5.    Amendment of Pleadings: The extent to which parties, claims, or defenses are expected to be added or dismissed and a proposed deadline for amending the pleadings.

6.    Evidence Preservation: Steps taken to preserve evidence relevant to the issues reasonably evident in this action, including interdiction of any document-destruction program and any ongoing erasures of e-mails, voice mails, and other electronically-recorded material.

7.    Disclosures: Whether there has been full and timely compliance with the initial disclosure requirements of Fed. R. Civ. P. 26 and a description of the disclosures made.

8.    Discovery: Discovery taken to date, if any, the scope of anticipated discovery, any proposed limitations or modifications of the discovery rules, and a proposed discovery plan pursuant to Fed. R. Civ. P. 26(f).

9.    Class Actions: If a class action, a proposal for how and when the class will be certified.

10.    Related Cases: Any related cases or proceedings pending before another judge of this court, or before another court or administrative body.

11.    Relief: All relief sought through complaint or counterclaim, including the amount of any

1

damages sought and a description of the bases on which damages are calculated. In addition, any party from whom damages are sought must describe the bases on which it contends damages should be calculated if liability is established.

12.    Settlement and ADR: Prospects for settlement, ADR efforts to date, and a specific ADR plan for the case, including compliance with ADR L.R. 3-5 and a description of key discovery or motions necessary to position the parties to negotiate a resolution.

13.    Consent to Magistrate Judge For All Purposes: Whether all parties will consent to have a magistrate judge conduct all further proceedings including trial and entry of judgment.

14.    Other References: Whether the case is suitable for reference to binding arbitration, a special master, or the Judicial Panel on Multidistrict Litigation.

15.    Narrowing of Issues: Issues that can be narrowed by agreement or by motion, suggestions to expedite the presentation of evidence at trial (e.g., through summaries or stipulated facts), and any request to bifurcate issues, claims, or defenses.

16.    Expedited Schedule: Whether this is the type of case that can be handled on an expedited basis with streamlined procedures.

17.    Scheduling: Proposed dates for designation of experts, discovery cutoff, hearing of dispositive motions, pretrial conference and trial.

18.    Trial: Whether the case will be tried to a jury or to the court and the expected length of the trial.

19.    Disclosure of Non-party Interested Entities or Persons: Whether each party has filed the "Certification of Interested Entities or Persons" required by Civil Local Rule 3-16. **In addition,** each party must restate in the case management statement the contents of its certification by identifying any persons, firms, partnerships, corporations (including parent corporations) or other entities known by the party to have either: (i) a financial interest in the subject matter in controversy or in a party to the proceeding; or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding.

20.    Such other matters as may facilitate the just, speedy and inexpensive disposition of this matter.

2

# WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO
# OFFICE HOURS:  9:00 A.M. TO 4:00 P.M.
## 415.522.2000
**www.cand.uscourts.gov**

**In Addition to the Local Rules, the Following Guidelines Have Been Provided to Ensure That the Filing Process Is Accomplished with Ease and Accuracy.  For Additional Information or Assistance, Please Call the above Number During Office Hours.**

1.    Documents are to be filed in the Clerk's Office at the location of the chambers of the judge to whom the action has been assigned.  We do not accept filings for cases assigned to judges or magistrate judges in the Oakland or San Jose division, per Civil L.R. 3-2(b).

2.    This office will retain the original plus one copy of most documents submitted.  We will conform as many copies as you bring for your use. Related cases require an extra copy for **each** related action designated.

3.    The copy retained goes directly to the assigned Judge.  Courtesy copies, or instructions for couriers to deliver a copy directly to chambers are inappropriate, unless you have been instructed to do so by court order.

4.    In order to facilitate the file stamping process, each original document should be submitted on top of its copies.  In other words, group like documents together--as opposed to a set of originals and separate sets of copies.

5.    The case number must indicate whether it is a civil or criminal matter by the inclusion of **C** or **CR** at the beginning of the number.  Miscellaneous and foreign judgment matters should also be indicated with initials **MISC** or **FJ** at the end of the case number.

6.    The case number must include the initials of the judge and/or magistrate judge followed by the letters designating the case Arbitration **(ARB)**, Early Neutral Evaluation **(ENE)** or Mediation **(MED)**--if assigned to one of those programs.

7.    The document caption should include the appropriate judge or magistrate judge involved in a particular matter or before whom an appearance is being made.  This is especially important when submitting Settlement Conference Statements.

8.    Documents are to be stapled or acco-fastened at the top.  Backings, bindings and covers are not required.  Two holes punched at the top of the original document will facilitate processing.

9.    Appropriately sized, stamped, self-addressed return envelopes are to be included with proposed orders or when filing documents by mail.

## SAN FRANCISCO

| Article III Judges | Judges Initials | Magistrate Judges | Judges Initals |
|---|---|---|---|
| Alsup, William H. | WHA | Chen, Edward M. | EMC |
| Breyer, Charles R. | CRB | James, Maria-Elena | MEJ |
| Chesney, Maxine M. | MMC | Laporte, Elizabeth D. | EDL |
| Conti, Samuel | SC | Larson, James | JL |
| Hamilton, Phyllis J. | PJH | Spero, Joseph C. | JCS |
| Henderson, Thelton E. | TEH | Zimmerman, Bernard | BZ |
| Illston, Susan | SI | | |
| Jenkins, Martin J. | MJJ | | |
| Patel, Marilyn Hall | MHP | | |
| Schwarzer, William W | WWS | | |
| Walker, Vaughn R | VRW | | |
| White, Jeffrey S. | JSW | | |

## SAN JOSE

| Article III Judges | Judges Initials | Magistrate Judges | Judges Initials |
|---|---|---|---|
| Fogel, Jeremy | JF | Lloyd, Howard R. | HRL |
| Ware, James | JW | Seeborg, Richard | RS |
| Whyte, Ronald M. | RMW | Trumbull, Patricia V. | PVT |

## OAKLAND

| Article III Judges | Judges Initials | Magistrate Judges | Judges Initials |
|---|---|---|---|
| Armstrong, Saundra B. | SBA | Brazil, Wayne D. | WDB |
| Jensen, D. Lowell | DLJ | | |
| Wilken, Claudia | CW | | |

| San Francisco | 16th Floor | building closed between 6PM and 6AM | more info 415-522-2000 |
| San Jose | 2nd Floor | building closed between 5PM and 7:30AM | more info 408-535-5364 |
| Oakland | 1st Floor | building closed between 5:00 PM and 7:00 AM | more info 510-637-3530 |

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### DROP BOX FILING PROCEDURES

1.      The drop box, located outside the Clerk's Office (see above chart), is available for the filing of documents before 9:00 a.m. and after 4:00 p.m. weekdays. Please note that access to the federal building is limited to 'normal business hours' (as noted in the chart above).

2.      The drop box may not be used for the filing of any briefs in support of, or in opposition to, any matter scheduled for a hearing within 7 calendar days. All such documents must be filed in the Clerk's Office during regular office hours by the date due.

3.      Using the electronic file stamping machine located next to the drop box, stamp each original document "Received" on the **back side of the last page**. Clerk's Office employees empty the box once each court day when the Clerk's Office opens to the public. The "Filed" date, which will be placed on original documents by Intake personnel, will be the same as the "Received" date, unless the "Received" date is a weekend or Court holiday. In those instances, the "Filed" date will be the first court day following the weekend or holiday. Documents placed in the drop box without a "Received" stamp will be filed as of the day the box is next emptied.

4.      After stamping each original and enclosing one copy for the court,* the documents must be placed in an orange court mailing pouch or red Expando folder provided for your convenience. *To facilitate processing of your documents, each original document should be submitted on top of its copies.* Prior to placing the pouch or folder in the drop box, please insert in the pouch or folder window a fully completed **Drop Box Filing Information Card.** You may use more than one pouch or folder per filing, *but a separate Information Card must be enclosed for each one.*
(*Please note that the Clerk's Office will retain two copies of all new complaints relating to patents, trademarks and copyrights.)

5.      If you wish us to mail you one or more conformed copies that you have provided, you must enclose an appropriately sized, self-addressed, stamped envelope with adequate return postage. Alternatively, if you would like to pick up conformed copies, please mark your return envelope "**FOR MESSENGER PICK UP BY:  (NAME, FIRM)** ." Your copies will be available for pick-up **after 2:00 p.m.** on the day the drop box is emptied.

6.      A filing fee, if required, may be paid by check or money order, payable to "Clerk, U.S. District Court" in an exact amount. *Please do not enclose cash.*

7.      Documents deposited in the drop box must be in compliance with all local and federal rules, as appropriate. Documents filed "Under Seal" must be submitted in compliance with Civil L.R. 79-5.

# U.S. District Court Northern California

## ECF Registration Information Handout

The case you are participating in has been designated for this court's Electronic Case Filing (ECF) Program, pursuant to Civil Local Rule 5-4 and General Order 45. This means that you **must** (check off the boxes ☑ when done):

☐ **1) Serve** this ECF Registration Information Handout on **all** parties in the case along with the complaint, or for removals, the removal notice. DO NOT serve the efiler application form, just this handout.

Each attorney representing a party must also:

☐ **2) Register** to become an efiler by filling out the efiler application form. Follow ALL the instructions on the form carefully. If you are already registered in this district, do not register again, your registration is valid for life on all ECF cases in this district.

☐ **3) Email** (do not efile) the complaint and, for removals, the removal notice and all attachments, in PDF format within ten business days, following the instructions below. You do not need to wait for your registration to be completed to email the court.

☐ **4)** Access dockets and documents using **PACER** (Public Access to Court Electronic Records). If your firm already has a PACER account, please use that - it is not necessary to have an individual account. PACER registration is free. If you need to establish or check on an account, visit: **http://pacer.psc.uscourts.gov** or call **(800) 676-6856**.

BY SIGNING AND SUBMITTING TO THE COURT A REQUEST FOR AN ECF USER ID AND PASSWORD, YOU CONSENT TO ENTRY OF YOUR E-MAIL ADDRESS INTO THE COURT'S ELECTRONIC SERVICE REGISTRY FOR ELECTRONIC SERVICE ON YOU OF ALL E-FILED PAPERS, PURSUANT TO RULES 77 and 5(b)(2)(D) (eff. 12.1.01) OF THE FEDERAL RULES OF CIVIL PROCEDURE.

**All subsequent papers submitted by attorneys in this case shall be filed electronically. Unrepresented litigants must file and serve in paper form, unless prior leave to file electronically is obtained from the assigned judge.**

ECF registration forms, interactive tutorials and complete instructions for efiling may be found on the ECF website: **http://ecf.cand.uscourts.gov**

**Submitting Initiating Documents**
PDF versions of all the initiating documents originally submitted to the court · (Complaint or Notice of Removal, exhibits, etc.) must be **emailed (not efiled)** to the **PDF email box for the presiding judge** (not the referring judge, if there is one) **within 10 (ten) business days** of the opening of your case. For a complete list of the email addresses, please go to: **http://ecf.cand.uscourts.gov** and click on **[Judges]**.

You must include the case number and judge's initials in the subject line of all relevant emails to the court. You do not need to wait for your registration to email these documents.

These documents must be emailed instead of e-filed to prevent duplicate entries in the ECF system. All other documents must be e-filed from then on. You do not need to efile or email the Civil Cover Sheet, Summons, or any documents issued by the court at case opening; note that you do need to efile the Summons Returned.

**Converting Documents to PDF**
Conversion of a word processing document to a PDF file is required before any documents may be submitted to the Court's electronic filing system. Instructions for creating PDF files can be found at the ECF web site: **http://ecf.cand.uscourts.gov**, and click on **[FAQ]**.

**Email Guidelines:** When sending an email to the court, the subject line of the email **must** contain the **case number, judge's initials** and the **type of document(s)** you are sending, and/or the topic of the email.

**Examples:** The examples below assume your case number is 03-09999 before the Honorable Charles R. Breyer:

| Type of Document | Email Subject Line Text |
|---|---|
| Complaint Only | 03-09999 CRB Complaint |
| Complaint and Notice of Related Case | 03-09999 CRB Complaint, Related Case |
| Complaint and Motion for Temporary Restraining Order | 03-09999 CRB Complaint, TRO |

Social Security Administration
**Supplemental Security Income**
Important Information

Date:  January 21, 2008
Claim Number:  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 DI

000010298 01 AT   0 334     0114,M02,044
781 08S1047J77082                              

MICHAEL ANTHONY
LOGWOOD
2030 MISSION ST
SAN FRANCISCO CA 94110-1218
||.l...l..l...ll...ll.llll....ll.l.l...ll..ll.l...ll.ll....ll..l

Type of Payment:
Individual--Disabled

We are writing to tell you about changes in your Supplemental Security
Income (SSI) record.  The rest of this letter will tell you more about this
change.

**Your Payments Will Be As Follows:**

|  From  |  Through  |  Amount Due Each Month  |
|--------|-----------|-------------------------|
| February 1, 2008 | Continuing | $954.00 |

This includes $317.00
from the State of
California.

**Information About Your SSI Payments**

This action does not change your current payment amount.

**Our Decision On Your Waiver Request**

We previously notified you about a $617.72 overpayment and you requested
that we not require repayment of this amount.  We considered the information
you gave us and have determined that you will not have to pay this money
back.

See Next Page

SSA-L8166

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
01/21/2008

## If You Have Any Questions

For general information about SSI, visit our website at www.socialsecurity.gov
on the Internet.  You will find the law and regulations about SSI eligibility
and SSI payment amounts at www.socialsecurity.gov/SSIrules/.

For general questions about SSI or specific questions about your case, you
may call us toll-free at 1-800-772-1213, or call your local Social Security office
at 415-556-4043.  Our lines are busiest early in the week and early in the
month, so if your business can wait, it's best to call at other times.  We can
answer most questions over the phone.  You can also write or visit any Social
Security office.  The office that serves your area is located at:

> SOCIAL SECURITY
> 1098 VALENCIA ST
> SAN FRANCISCO CA 94110

If you do call or visit an office, please have this letter with you.  It will help
us answer your questions.  Also, if you plan to visit an office, you may call
ahead to make an appointment.  This will help us serve you more quickly
when you arrive at the office.

Peter D. Spencer
Regional Commissioner

SSA-L8166

SOCIAL SECURITY ADMINISTRATION

Date: January 28, 2008
Claim Number: 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A
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DI


MICHAEL A LOGWOOD
2030 MISSION ST
SAN FRANCISCO CA 94110-1218


You asked us for information from your record. The information that you
requested is shown below. If you want anyone else to have this information, you
may send them this letter.

Information About Supplemental Security Income Payments

Beginning January 2008, the current
Supplemental Security Income payment is...............$ 944.00

This is after we have withheld 10.00 to recover an overpayment.

This payment amount may change from month to month if income or
living situation changes.

Supplemental Security Income Payments are paid the month they are due. (For
example, Supplemental Security Income Payments for March are paid in March.)

Type of Supplemental Security Income Payment Information

You are entitled to monthly payments as a disabled individual.

If You Have Any Questions

If you have any questions, you may call us at 1-800-772-1213, or call your local Social Security office at 415-556-4043. We can answer most questions over the phone. You can also write or visit any Social Security office. The office that serves your area is located at:

SOCIAL SECURITY
1098 VALENCIA ST
SAN FRANCISCO, CA 94110

If you do call or visit an office, please have this letter with you. It will help us answer your questions.

OFFICE MANAGER

# Social Security Administration

Mission Social Security Office

Date:                January 28, 2008
Claim Number:            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DI

Name:        MICHAEL ANTHONY LOGWOOD

MICHAEL ANTHONY LOGWOOD
2030 MISSION ST
SAN FRANCISCO, CA 94110-1218

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

**Other Important Information**

For the period 01/01/07 to 12/01/07 you received a total of $7450.00 in Supplemental Security Income benefits.

**If You Have Any Questions**

If you have any questions, you may call us at 1-800-772-1213, or call your local Social Security office at 415-556-4043. We can answer most questions over the phone. You can also write or visit any Social Security office. Your closest office is located at:

            SOCIAL SECURITY ADMINISTRATION
            1098 VALENCIA ST
            SAN FRANCISCO, CA 94110

If you do call or visit an office, please have this letter with you. It will help us answer your questions.

                    M. Stella
                    Office Manager

# Social Security Administration

Mission Social Security Office

Date:                     January 28, 2008
Claim Number:          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DI

Name:         MICHAEL ANTHONY LOGWOOD

MICHAEL ANTHONY LOGWOOD
2030 MISSION ST
SAN FRANCISCO, CA 94110-1218

You asked us for information from your record. The information that you requested is shown below. If you
want anyone else to have this information, you may send them this letter.

## Other Important Information

For the period 01/01/05 to 12/01/05 you received a total of $10408.00 in Supplemental Security Income
benefits.

## If You Have Any Questions

If you have any questions, you may call us at 1-800-772-1213, or call your local Social Security office at
415-556-4043. We can answer most questions over the phone. You can also write or visit any Social
Security office. Your closest office is located at:

> SOCIAL SECURITY ADMINISTRATION
> 1098 VALENCIA ST
> SAN FRANCISCO, CA 94110

If you do call or visit an office, please have this letter with you. It will help us answer your questions.

M. Stella
Office Manager

SOCIAL SECURITY ADMINISTRATION

TOE 710

Form Approved
OMB No. 0960-0622

# REQUEST FOR RECONSIDERATION

*(Do not write in this space)*

| NAME OF CLAIMANT | NAME OF WAGE EARNER OR SELF-EMPLOYED PERSON *(If different from claimant.)* |
|---|---|
| Michael Anthony [illegible] | [illegible] |
| **SOCIAL SECURITY CLAIM NUMBER** | **SUPPLEMENTAL SECURITY INCOME (SSI) OR SPECIAL VETERANS BENEFITS (SVB) CLAIM NUMBER** |
| 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 | |
| **SPOUSE'S NAME** *(Complete ONLY in SSI cases)* | **SPOUSE'S SOCIAL SECURITY NUMBER** *(Complete ONLY in SSI cases)* |
| (None) | |

CLAIM FOR *(Specify type, e.g., retirement, disability, hospital insurance, SSI, SVB, etc.)*
Disability – payments [illegible]

I do not agree with the determination made on the above claim and request reconsideration. My reasons are: [illegible]

SUPPLEMENTAL SECURITY INCOME OR SPECIAL VETERANS BENEFITS RECONSIDERATION ONLY

(See the three ways to appeal in the How To Appeal Your Supplemental Security Income (SSI) Or Special Veterans Benefit (SVB) Decision) instructions.)

**"I want to appeal your decision about my claim for Supplemental Security Income (SSI) or Special Veterans Benefits (SVB). I've read about the three ways to appeal. I've checked the box below."**

[illegible]

☐ Case Review ☐ Informal Conference ☐ Formal Conference

EITHER THE CLAIMANT OR REPRESENTATIVE SHOULD SIGN - ENTER ADDRESSES FOR BOTH

I declare under penalty of perjury that I have examined all the information on this form, and on any accompanying statements or forms, and it is true and correct to the best of my knowledge.

| CLAIMANT SIGNATURE | | | SIGNATURE OR NAME OF CLAIMANT'S REPRESENTATIVE ☐ NON-ATTORNEY ☐ ATTORNEY | | |
|---|---|---|---|---|---|
| [illegible] | | | | | |
| MAILING ADDRESS [illegible] | | | MAILING ADDRESS [illegible] | | |
| CITY [illegible] | STATE [illegible] | ZIP CODE | CITY [illegible] | STATE | ZIP CODE |
| TELEPHONE NUMBER *(Include area code)* [illegible] | | DATE [illegible] | TELEPHONE NUMBER *(Include area code)* [illegible] | | DATE [illegible] |

**TO BE COMPLETED BY SOCIAL SECURITY ADMINISTRATION**

See list of initial determinations

1. HAS INITIAL DETERMINATION BEEN MADE? ☐ YES ☐ NO
2. CLAIMANT INSISTS ON FILING ☐ YES ☐ NO
3. IS THIS REQUEST FILED TIMELY? ☐ YES ☐ NO
*(If "NO", attach claimant's explanation for delay and attach only pertinent letter, material, or information in social security office.)*

[illegible]

RETIREMENT AND SURVIVORS RECONSIDERATIONS ONLY (CHECK ONE) REFER TO (GN 03102.125)

☐ NO FURTHER DEVELOPMENT REQUIRED (GN 03102.300)

☐ REQUIRED DEVELOPMENT ATTACHED

☐ REQUIRED DEVELOPMENT PENDING, WILL FORWARD OR ADVISE STATUS WITHIN 30 DAYS

SOCIAL SECURITY OFFICE ADDRESS [illegible]

ROUTING INSTRUCTIONS (CHECK ONE)

☐ DISABILITY DETERMINATION SERVICES *(ROUTE WITH DISABILITY FOLDER)*
☐ ODO, BALTIMORE
☐ PROGRAM SERVICE CENTER
☐ OIO, BALTIMORE
☐ OEO, BALTIMORE
☐ DISTRICT OFFICE RECONSIDERATION
☐ CENTRAL PROCESSING SITE (SVB)

[illegible]

**NOTE:** Take or mail the **signed original** to your local Social Security office, the Veterans Affairs Regional Office in Manila or any U.S. Foreign Service post and keep a copy for your records.

Form Approved
OMB No. 0960-0622

SOCIAL SECURITY ADMINISTRATION                                         TOE 710

## REQUEST FOR RECONSIDERATION

*(Do not write in this space)*

| NAME OF CLAIMANT | NAME OF WAGE EARNER OR SELF-EMPLOYED PERSON *(If different from claimant.)* |
|---|---|

SOCIAL SECURITY CLAIM NUMBER
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

SUPPLEMENTAL SECURITY INCOME (SSI) OR SPECIAL VETERANS BENEFITS (SVB) CLAIM NUMBER

SPOUSE'S NAME *(Complete ONLY in SSI cases)*

SPOUSE'S SOCIAL SECURITY NUMBER *(Complete ONLY in SSI cases)*

CLAIM FOR *(Specify type, e.g., retirement, disability, hospital insurance, SSI, SVB, etc.)*

I do not agree with the determination made on the above claim and request reconsideration. My reasons are:

SUPPLEMENTAL SECURITY INCOME OR SPECIAL VETERANS BENEFITS RECONSIDERATION ONLY

(See the three ways to appeal in the How To Appeal Your Supplemental Security Income (SSI) or Special Veterans Benefit (SVB) Decision instructions.)
"I want to appeal your decision about my claim for Supplemental Security Income (SSI) or Special Veterans Benefits (SVB). I've read about the three ways to appeal. I've checked the box below.

☐ Case Review    ☒ Informal Conference    ☐ Formal Conference

## EITHER THE CLAIMANT OR REPRESENTATIVE SHOULD SIGN - ENTER ADDRESSES FOR BOTH

I declare under penalty of perjury that I have examined all the information on this form, and on any accompanying statements or forms, and it is true and correct to the best of my knowledge.

| CLAIMANT SIGNATURE | SIGNATURE OR NAME OF CLAIMANT'S REPRESENTATIVE ☐ NON-ATTORNEY ☐ ATTORNEY |
|---|---|
| MAILING ADDRESS | MAILING ADDRESS |
| CITY          STATE          ZIP CODE | CITY          STATE          ZIP CODE |
| TELEPHONE NUMBER *(Include area code)*          DATE | TELEPHONE NUMBER *(Include area code)*          DATE |

## TO BE COMPLETED BY SOCIAL SECURITY ADMINISTRATION

See list of initial determinations

| 1. HAS INITIAL DETERMINATION BEEN MADE? ☐ YES ☐ NO | 2. CLAIMANT INSISTS ON FILING ☒ YES ☐ NO |
|---|---|

3. IS THIS REQUEST FILED TIMELY?
*(If "NO", attach claimant's explanation for delay and attach only pertinent letter, material, or information in social security office.)*    ☒ YES ☐ NO

RETIREMENT AND SURVIVORS RECONSIDERATIONS ONLY (CHECK ONE) REFER TO (GN 03102.125)

SOCIAL SECURITY OFFICE ADDRESS

☐ NO FURTHER DEVELOPMENT REQUIRED    (GN 03102.300)

☐ REQUIRED DEVELOPMENT ATTACHED

☐ REQUIRED DEVELOPMENT PENDING, WILL FORWARD OR ADVISE STATUS WITHIN 30 DAYS

| ROUTING INSTRUCTIONS (CHECK ONE) | ☐ DISABILITY DETERMINATION SERVICES *(ROUTE WITH DISABILITY FOLDER)* ☐ ODO, BALTIMORE | ☐ PROGRAM SERVICE CENTER ☐ OIO, BALTIMORE ☐ OEO, BALTIMORE | ☐ DISTRICT OFFICE RECONSIDERATION ☐ CENTRAL PROCESSING SITE (SVB) |
|---|---|---|---|

**NOTE:** Take or mail the **signed original** to your local Social Security office, the Veterans Affairs Regional Office in Manila or any U.S. Foreign Service post and keep a copy for your records.

Form **SSA-561-U2** (7-2003) EF (3-2006) Destroy Prior Editions                    **Claimant**

SOCIAL SECURITY ADMINISTRATION

Date: February 4, 2008
Claim Number: 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A
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DI

MICHAEL A LOGWOOD
GENERAL DELIVERY
SAN FRANCISCO CA 94142

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

Other Important Information

NEW ADDRESS OF GENERAL DELIVERY SAN FRANCISCO CA 94142 POSTED ON 02/04/2008

If You Have Any Questions

If you have any questions, you may call us at 1-800-772-1213, or call your local Social Security office at 415-554-8136. We can answer most questions over the phone. You can also write or visit any Social Security office. The office that serves your area is located at:

SOCIAL SECURITY
90 7TH ST,ANNEX 1ST FL
SAN FRANCISCO, CA 94103

If you do call or visit an office, please have this letter with you. It will help us answer your questions.

OFFICE MANAGER

SOCIAL SECURITY ADMINISTRATION
90 - 7th STREET
1st FLOOR ANNEX
SAN FRANCISCO, CA 94103

Social Security Administration
SOCIAL SECURITY
90 7TH ST 1ST FL
SAN FRANCISCO, CA 94103


Date: January 24, 2008


MICHAEL A. LOGWOOD
GENERAL DELIVERY
SAN FRANCISCO, CA 94142


This is a receipt for the check you returned today. You should keep this
receipt as proof that you returned this check. Your receipt number is
08024950007.

Person Making the Payment:  MICHAEL A. LOGWOOD
You Returned This
Check For                :  MICHAEL A. LOGWOOD
Account Number           :  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
Amount of Returned Check :  $930.00
Reason for Payment       :  To Return A Benefit Check
Type of Payment          :  Check Or Money Order
Date of Check/Money Order:  NOVEMBER 01, 2007
Check/Money Order Number :  402710024498

Thank you for returning the check.

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

SOCIAL SECURITY ADMINISTRATION
OFFICE OF ~~~~~~

Andrew C. Anthony (forward)
(c) Hope Senior ~~~
~~~~~~
San Francisco, California 94112

To
Ri[c]hard Dimmick, Jr.

BUSINESS REPLY MAIL
FIRST-CLASS MAIL    PERMIT NO. 18452    WASHINGTON DC

POSTAGE WILL BE PAID BY SOCIAL SECURITY ADMINISTRATION

SOCIAL SECURITY ADMINISTRATION
SOUTH SF FL ~
SAN ~~~~~~ 94103-9869

515 Clay Street
State Hearing Office
Richmond C
California



NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES









Also, Overall in essence
The Constitution & Management
of Foreseeably, allowing. The
Money of, the Appellant, to be
(carried over between states,
is not Allowable    is an issue
with the clients, Appellants
Finances                    (legally)
he specifies, He doesn't want anyone
playing, with his Money. If in the
Course of a work environment related
to the (gross approtextical consignation)
to include another, persons name than
his own. Whose to say. simply to
us illegal. You can't spend my money
on supplies, for the    PX. Because
The Cheese Deals & postal I have a go
[illegible handwriting, partially obscured]
In fact. The Appellant Planted
[illegible handwriting, smudged and obscured]

Enforcement of Judgement.

The Client, Appellant, whom was employed by Quick Stop was employed for 3 weeks. at Quick Stop in Union City.

Subsequently, The Honey Should be excessive good

SOCIAL SECURITY ADMINISTRATION

Date: May 14, 2008
Claim Number: 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A
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DI

MICHAEL A LOGWOOD
GENERAL DELIVERY
SAN FRANCISCO CA 94142-9999

You asked us for information from your record. The information that you
requested is shown below. If you want anyone else to have this information, you
may send them this letter.

Information About Supplemental Security Income Payments

Beginning May 2008, the current
Supplemental Security Income payment is...............$ 954.00

This payment amount may change from month to month if income or
living situation changes.

Supplemental Security Income Payments are paid the month they are due. (For
example, Supplemental Security Income Payments for March are paid in March.)

# SUPERIOR COURT OF CALIFORNIA
SMALL CLAIMS DIVISION
400 McAllister Street, Room 103
San Francisco, CA 94102
(415) 551-4000

**824929**

CASE NUMBER S.C. _____

*(To protect your rights, notify the court if you change your address.)*

SERVICE BY RETURN RECEIPT MAIL BY THE CLERK

1. The clerk will attempt to serve your claim by certified mail, return receipt requested, restricted delivery (to be signed by addressee only) for a fee of $10.00 for each party to be served. **THIS SERVICE IS NOT GUARANTEED AND VERY UNRELIABLE. THERE ARE NO REFUNDS IF THE PARTY IS NOT SERVED.** To determine when a party is served by return receipt mail, read number 2. below.

... ...ving your claim served. However, if you wish the clerk to attempt service by ... of the form and the instructions on the reverse of this form before completing

...NY CLAIM WHICH HAS BEEN SENT RETURN RECEIPT MAIL WHEN:

...han the addressee. (See the reverse of this form, the last two lines in number

...ail as unclaimed or refused by addressee or undeliverable as addressed

...ed receipt nor the certified letter.

...er party to be served. Read the reverse, numbers 1. through 4., to determine

...er than the clerk of the Small Claims Division.

...unless the owner of record of real property in California resides in another state ...e of process.

U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com

**O F F I C I A L   U S E**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

**824929**

Sent To _____
et, Apt. No.; PO Box No. _____
City, State, ZIP+4 _____

PS Form 3800, August 2006        See Reverse for Instructions

3. **NOTE: THE COURT WILL NOT NOTIFY YOU IF THE CLAIM HAS BEEN SERVED!!**
   You must call the Small Claims Office 551-4000, not less than 20 days after the mailing of your claim to learn if the defendant has been served. 3959

4. **TO THE CLERK OF THE SMALL CLAIMS DIVISION:**
   I have read numbers 1., 2., & 3. above and the instructions on the reverse of this form. I wish the clerk to attempt delivery of my claim as I have written below.

   April 07th 2008
   Dated _____        Signature of litigant _____

5. READ INSTRUCTIONS ON REVERSE BEFORE COMPLETING

   Name: Peter Spencer-Regional Commissioner        Name: _____
   Street: 1098 Valencia Street        Title: _____
   City & Zip: San Francisco, California        Company: _____
   99103        Street: _____
            City & Zip: _____

---

Clerk's Certificate of Mailing Claim by Certified Mail

Fee(s) paid: $_____  on receipt No. _____        Court Date **MAY 0 9 2008** @ 1:30 Pm

I certify that I am not a party of this action, and that I mailed a copy of the subject claim by certified mail, restricted return receipt requested, postage prepaid, in a sealed envelope, addressed to the party's as shown above in item #5 of Form SCF 26 at San Francisco on (date) APR 0 9 2008 _____.

**GORDON PARK-LI**
**Clerk, Superior Court of California**

by _____ **Victoria Gonzalez** _____, Deputy Clerk

SCF 26   07/02

DEPARTMENT OF THE TREASURY
FINANCIAL MANAGEMENT SERVICE
FINANCIAL PROCESSING DIVISION
PO BOX 515
PHILADELPHIA PA 19105-0515
UNITED STATES OF AMERICA

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

FORWARDING SERVICE REQUESTED

U.S. OFFICIAL MAIL
PENALTY FOR
PRIVATE USE $300

PITNEY BOWES

$ 00.41⁰
02 1A
0004203917          MAY 08  2008
MAILED FROM ZIP CODE 94110

2/1/07

S4110+2427 C005





CC USE ONLY

| | |
|---|---|
| REPORT(S) | 04/25/2008 |
| ATTACHMENT | |
| DISTRIBUTION | |

**CLAIMS DOCUMENT**

CHECK CLAIMS Hyattsville, MD. 20788

**AGENCY REF.** 08115000000CHA  MICLOGWO7811

```
4026 06039910      887.00      12/30/2004
MICHAEL A LOGWOOD               Agency
550431761          28040004    W
H500500034278552   887.00      NEW


MICHAEL A LOGWOOD
ATTN MS CHAI
SSA
1098 VALENCIA SAN FRANCISCO CA  94110
```

⬆  **PAYEE ADDRESS**  ⬆

# INSTRUCTIONS TO PAYEE

1. Complete and return the FMS 1133 immediately to ensure timely processing of your claim.
2. See Page 3 for specific instructions for completing both pages of FMS 1133 Claim Form (Pages 4 and 5).
3. Keep Page 3 for your records.

---

**STOP REASON:** K: PHOTOCOPY

☐ **PAYMENT RECERTIFIED**

**STATUS:** 14: SYSTEM HAS RECORD OF A PAYMENT: FURTHER INFORMATION TO FOLLOW:

| SYMBOL 4026 | SERIAL NO. 06039910 | | | | |
|---|---|---|---|---|---|
| CHECK DATE 12/30/2004 | CHECK AMOUNT 887.00 | | PAYEE NAME MICHAEL A LOGWOOD ATTN MS CHAI | | |
| PAYEE ID NO. 550431761 | | AGENCY W | AGENCY LOCATION CODE 28040004 | AMOUNT TO BE RECLAIMED 887.00 | DATE OF DEATH |

| LOCATOR NUMBER(S): | CC REMARKS |
|---|---|
| 1. H500500034278552         2. | |
| 3.                          4. | |
| 5. | |
| DECEDENT | |

```
DIVISION BENEFIT CERTIFICATION
DIRECTOR BENEFIT CERTIFICATION
3-A-2 EAST HIGH RISE
6401 SECURITY BLVD.
BALTIMORE, MD  21235
```

⬆  **AGENCY ADDRESS**  ⬆

AGENCY: SEE PAGE 2 FOR INSTRUCTIONS. KEEP PAGE 1 FOR YOUR RECORDS.

**DEPARTMENT OF THE TREASURY**
**FINANCIAL MANAGEMENT SERVICE**

EDITION OF 7-89 IS OBSOLETE

**PAGE 1**

*FMS* FORM 4-94 **3858**

H503800034328823





| CC USE ONLY | | CLAIMS DOCUMENT |
|---|---|---|
| REPORT(S) | 04/25/2008 | CHECK CLAIMS Hyattsville, MD. 20788 |
| ATTACHMENT | | AGENCY REF. 08115000000CHA MICLOGWO7811 |
| DISTRIBUTION | | |

```
4026 09150990        887.00       02/01/2005
MICHAEL A LOGWOOD                  Agency
550431761            28040004      W
H503800034328823     887.00        NEW


MICHAEL A LOGWOOD
ATTN MS CHAI
SSA
1098 VALENCIA SAN FRANCISCO CA  94110
```

↑    **PAYEE ADDRESS**    ↑

# INSTRUCTIONS TO PAYEE

1. Complete and return the FMS 1133 immediately to ensure timely processing of your claim.
2. See Page 3 for specific instructions for completing both pages of FMS 1133 Claim Form (Pages 4 and 5).
3. Keep Page 3 for your records.

STOP REASON: K: PHOTOCOPY                    ☐ PAYMENT RECERTIFIED

STATUS: 14: SYSTEM HAS RECORD OF A PAYMENT: FURTHER INFORMATION TO FOLLOW:

| SYMBOL 4026 | SERIAL NO. 09150990 | | | | | |
|---|---|---|---|---|---|---|
| CHECK DATE 02/01/2005 | CHECK AMOUNT 887.00 | | PAYEE NAME MICHAEL A LOGWOOD ATTN MS CHAI | | | |
| PAYEE ID NO. 550431761 | | AGENCY W | AGENCY LOCATION CODE 28040004 | | AMOUNT TO BE RECLAIMED 887.00 | DATE OF DEATH |
| LOCATOR NUMBER(S): 1. H503800034328823    2. | | | | CC REMARKS | | |
| 3.                              4. | | | | | | |
| 5. | | | | | | |
| DECEDENT | | | | | | |

AGENCY: SEE PAGE 2 FOR INSTRUCTIONS. KEEP PAGE 1 FOR YOUR RECORDS.

```
DIVISION BENEFIT CERTIFICATION
DIRECTOR BENEFIT CERTIFICATION
3-A-2 EAST HIGH RISE
6401 SECURITY BLVD.
BALTIMORE, MD  21235
```

↑    **AGENCY ADDRESS**    ↑

DEPARTMENT OF THE TREASURY
FINANCIAL MANAGEMENT SERVICE

EDITION OF 7-89 IS OBSOLETE

**FMS** FORM 4-94 **3858**

**PAGE 1**

213





| CC USE ONLY | | **CLAIMS DOCUMENT** |
| REPORT(S) | 04/25/2008 | CHECK CLAIMS Hyattsville, MD. 20788 |
| ATTACHMENT | | **AGENCY REF.** 08115000000CHA  MICLOGWO7811 |
| DISTRIBUTION | | |

4026 43071260    896.00    12/30/2005
MICHAEL A LOGWOOD            Agency
550431761        28040004   W
H600900031015923 896.00     NEW

MICHAEL A LOGWOOD
ATTN MS CHAI
SSA
1098 VALENCIA SAN FRANCISCO CA  94110

**↑ | PAYEE ADDRESS | ↑**

# INSTRUCTIONS TO PAYEE

1. Complete and return the FMS 1133 immediately to ensure timely processing of your claim.
2. See Page 3 for specific instructions for completing both pages of FMS 1133 Claim Form (Pages 4 and 5).
3. Keep Page 3 for your records.

**STOP REASON:** K: PHOTOCOPY                    ☐ PAYMENT RECERTIFIED

**STATUS:** 14: SYSTEM HAS RECORD OF A PAYMENT: FURTHER INFORMATION TO FOLLOW:

| SYMBOL 4026 | SERIAL NO. 43071260 | | | | | |
|---|---|---|---|---|---|---|
| CHECK DATE 12/30/2005 | CHECK AMOUNT 896.00 | | PAYEE NAME MICHAEL A LOGWOOD ATTN MS CHAI | | | |
| PAYEE ID NO. 550431761 | | AGENCY W | AGENCY LOCATION CODE 28040004 | | AMOUNT TO BE RECLAIMED 896.00 | DATE OF DEATH |
| LOCATOR NUMBER(S): 1. H600900031015923      2. | | | | CC REMARKS | | |
| 3.                              4. | | | | | | |
| 5. | | | | | | |
| DECEDENT | | | | | | |

AGENCY: SEE PAGE 2 FOR
INSTRUCTIONS. KEEP PAGE 1
FOR YOUR RECORDS.

DIVISION BENEFIT CERTIFICATION
DIRECTOR BENEFIT CERTIFICATION
3-A-2 EAST HIGH RISE
6401 SECURITY BLVD.
BALTIMORE, MD  21235

**DEPARTMENT OF THE TREASURY**
**FINANCIAL MANAGEMENT SERVICE**

**↑ | AGENCY ADDRESS | ↑**

EDITION OF 7-89 IS OBSOLETE

*FMS* FORM 4-94 **3858**

**PAGE 1**

217

**Other Events**
3:08-cv-02349-EMC Logwood v. Spencer
ADRMOP, E-Filing, ProSe

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available .*
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at https://ecf.cand.uscourts.gov for more information.

The following transaction was received from entered on 5/23/2008 2:27 PM and filed on 5/23/2008
**Case Name:**       Logwood v. Spencer
**Case Number:**     3:08-cv-2349
**Filer:**
**Document Number:** 11

**Docket Text:**
**CLERK'S NOTICE of Impending Reassignment to U.S. District Judge (bpf, COURT STAFF) (Filed on 5/23/2008)**

**3:08-cv-2349 Notice has been electronically mailed to:**

Jennifer S Wang    jennifer.s.wang@usdoj.gov, bonny.wong@usdoj.gov

**3:08-cv-2349 Notice has been delivered by other means to:**

Michael Anthony Logwood
General Delivery
101 Hyde Street
San Francisco  CA 94102

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**N:\NOTICE OF REASSIGNMENT (latest).pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=5/23/2008] [FileNumber=4411282-0]

[286e6ffa4bf10d7c1224f7f40dcecb838e5fa31ab079220a72ac258178932cafda0c0
0090760912c92708cac28e60646bf5500f7ec34551254ed1fc8c615223f]]

1
2
3
4
5
6
7                        UNITED STATES DISTRICT COURT
8                      NORTHERN DISTRICT OF CALIFORNIA
9
10   MICHAEL ANTHONY LOGWOOD,              Case No. C08-2349 EMC
11          Plaintiff,
12       v.
13   PETER SPENCER,
14          Defendant.
15   _____/
16
17
18
19            **NOTICE OF IMPENDING REASSIGNMENT TO**
20            **A UNITED STATES DISTRICT COURT JUDGE**
21       The Clerk of this Court will now randomly reassign this case to a United States District

22   Judge because either:

23       (x )    One or more of the parties has requested reassignment to a United States District
24
25   Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

26       (  )    One or more of the parties has sought a type of judicial action (e.g., a temporary

27   restraining order) that a United States Magistrate Judge may not take without the consent of all

28   parties, the necessary consents have not been secured, and time is of the essence.

United States District Court
For the Northern District of California

1    Any matters presently set before Magistrate Judge Chen, will be taken off calendar and

2    counsel and/or parties are to contact the courtroom deputy for the reassigned district judge for a new

3    date.

4

5    Dated: May 23, 2008                                  Richard W. Wieking, Clerk
                                                          United States District Court

6

7

8

9                                                         By: Betty Fong, Deputy Clerk

10

11

12 .

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

# Social Security Administration
# **Supplemental Security Income**
Important Information

90 7TH ST 1ST FL
SAN FRANCISCO CA 94103

Date:  April 18, 2008
Claim Number:  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 DI

000031194 01 AB    0.341      0411,M02,131
950 08S1047J77082                        

MICHAEL ANTHONY
LOGWOOD
GENERAL DELIVERY ·
SAN FRANCISCO CA 94142-9999
Ildudududullhhhhhhhhhhhhhhhhhhhhhhll



Type of Payment:
Individual--Disabled

We are writing to tell you about changes in your Supplemental Security
Income (SSI) record.  The rest of this letter will tell you more about this
change.

## **Your Payments Will Be As Follows:**

|         |         | Amount |
| From    | Through | Due Each Month |
| May 1, 2008 | Continuing | $954.00 |

This includes $317.00
from the State of
California.

## **Information About Your SSI Payments**

This action does not change your current payment amount.

## **Our Decision On Your Waiver Request**

We previously notified you about a $140.00 overpayment and you requested
that we not require repayment of this amount.  We considered the information
you gave us and have determined that you will not have to pay this money
back.

See Next Page

SSA-L8166

\*\*\*    REC 2008114   183419 H88B0FE0 DNPJ   CIPQYAB    PQAB    (F-DNP )    \*\*\*

SOCIAL SECURITY ADMINISTRATION

                                        Date: April 23, 2008
                                        Claim Number: 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DI


            MICHAEL A LOGWOOD
            GENERAL DELIVERY
            SAN FRANCISCO CA 94142-9999



You asked us for information from your record. The information that you
requested is shown below. If you want anyone else to have this information, you
may send them this letter.

Information About Supplemental Security Income Payments

  Beginning May 2008, the current
  Supplemental Security Income payment is...............$ 954.00

  This payment amount may change from month to month if income or
  living situation changes.

  Supplemental Security Income Payments are paid the month they are due. (For
  example, Supplemental Security Income Payments for March are paid in March.)

Other Important Information

  YOU ARE GETTING THE FULL SSI PAYMENT AMOUNT OF $954.00. THE $10.00 RECOVERY
  STOPPED AS OF APRIL 10, 2008.

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
04/17/2008

**Page 4 of 4**

If you do call or visit an office, please have this letter with you.  It will help
us answer your questions.  Also, if you plan to visit an office, you may call
ahead to make an appointment.  This will help us serve you more quickly
when you arrive at the office.

1. September
2. October,
3. December

Peter D. Spencer
Regional Commissioner



# Social Security Administration

Mission Social Security Office

Date: April 23, 2008
Claim Number: 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DI

Name: MICHAEL ANTHONY LOGWOOD

MICHAEL ANTHONY LOGWOOD
GENERAL DELIVERY
SAN FRANCISCO, CA 94142-9999

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

**Other Important Information**

For the period 01/01/06 to 12/01/06 you received a total of $10386.00 in Supplemental Security Income benefits.

**If You Have Any Questions**

If you have any questions, you may call us at 1-800-772-1213, or call your local Social Security office at 415-554-1444. We can answer most questions over the phone. You can also write or visit any Social Security office. Your closest office is located at:

SOCIAL SECURITY ADMINISTRATION
90 7TH ST, ANNEX 1ST FL
SAN FRANCISCO, CA 94103

If you do call or visit an office, please have this letter with you. It will help us answer your questions.

M. Stella
Office Manager

SOCIAL SECURITY ADMIN
1098 VALENCIA STREET
SAN FRANCISCO CA 94110

# Social Security Administration
## Supplemental Security Income
Important Information

90 7TH ST 1ST FL
SAN FRANCISCO CA 94103



Date: April 17, 2008
Claim Number: 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 DI

000005202 01 AT   0.334    0410,M02,022
950 08S1047J77082

MICHAEL ANTHONY
LOGWOOD
GENERAL DELIVERY
SAN FRANCISCO CA 94142-9999
Ilidudulualldudadalldudalulddudabdaldudlilial

Type of Payment:
Individual--Disabled

We are writing to tell you about changes in your Supplemental Security Income (SSI) record.  The rest of this letter will tell you more about this change.

### Your Payments Will Be As Follows:

| From | Through | Amount Due Each Month |
|------|---------|----------------------|
| May 1, 2008 | Continuing | $954.00 |

This includes $317.00 from the State of California.

### Information About Your SSI Payments

- We are sending you a check for $130.00.  This is money due you for April 2006 through May 2006.

- You should receive the check no later than April 20, 2008.  Your regular monthly check of $954.00 will then be issued about the first day of the month.

See Next Page

SSA-L8166

Please Stamp here, *Please deliver mail without proper postage.*

General Delivery
U.S. Post Office San Francisco, California 94142

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE CENTER

CITY     Fresno

STATE    California

ZIP CODE    93888-0099

Form 1040A (2007)                                                                                                  Page 2

| **Tax, credits, and payments** | 22 | Enter the amount from line 21 (adjusted gross income). | | 22 | $ 9450 | 00 |
|---|---|---|---|---|---|---|
| | 23a | Check if: ☐ You were born before January 2, 1943, ☐ Blind / ☐ Spouse was born before January 2, 1943, ☐ Blind **Total boxes checked ▶** 23a | | | | |
| | b | If you are married filing separately and your spouse itemizes deductions, see page 30 and check here ▶ 23b ☐ | | | | |
| **Standard Deduction for—** ● People who checked any box on line 23a or 23b or who can be claimed as a dependent, see page 30. ● All others: Single or Married filing separately, $5,350 Married filing jointly or Qualifying widow(er), $10,700 Head of household, $7,850 | 24 | Enter your **standard deduction** (see left margin). | | 24 | $ 5360 | 00 |
| | 25 | Subtract line 24 from line 22. If line 24 is more than line 22, enter -0-. | | 25 | $ 2090 | 00 |
| | 26 | If line 22 is $117,300 or less, multiply $3,400 by the total number of exemptions claimed on line 6d. If line 22 is over $117,300, see the worksheet on page 32. | | 26 | $ 3400 = 3400 | 00 |
| | 27 | Subtract line 26 from line 25. If line 26 is more than line 25, enter -0-. This is your **taxable income**. ▶ | | 27 | $ 690 | 00 |
| | 28 | Tax, including any alternative minimum tax (see page 30). | | 28 | 〜 0 | 00 |
| | 29 | Credit for child and dependent care expenses. Attach Schedule 2. | 29 | None | | |
| | 30 | Credit for the elderly or the disabled. Attach Schedule 3. | 30 | None | | |
| | 31 | Education credits. Attach Form 8863. | 31 | None | | |
| | 32 | Child tax credit (see page 35). Attach Form 8901 if required. | 32 | None | | |
| | 33 | Retirement savings contributions credit. Attach Form 8880. | 33 | None | | |
| | 34 | Add lines 29 through 33. These are your **total credits**. | | 34 | $ 0 | 00 |
| | 35 | Subtract line 34 from line 28. If line 34 is more than line 28, enter -0-. | | 35 | $ 0 | 00 |
| | 36 | Advance earned income credit payments from Form(s) W-2, box 9. | | 36 | $ 0 | 00 |
| | 37 | Add lines 35 and 36. This is your **total tax**. ▶ | | 37 | $ 0 | 00 |
| | 38 | Federal income tax withheld from Forms W-2 and 1099. | 38 | $ 9450 | 00 | |
| **If you have a qualifying child, attach Schedule EIC.** | 39 | 2007 estimated tax payments and amount applied from 2006 return. | 39 | $ 0 | 00 | |
| | 40a | **Earned income credit (EIC).** | 40a | $ ▨ | 00 | |
| | b | Nontaxable combat pay election. 40b | | None | | |
| | 41 | Additional child tax credit. Attach Form 8812. | 41 | None | | |
| | 42 | Add lines 38, 39, 40a, and 41. These are your **total payments**. ▶ | | 42 | $ ▨ | 00 |
| **Refund** (None) Direct deposit? See page 52 and fill in 44b, 44c, and 44d or Form 8888. | 43 | If line 42 is more than line 37, subtract line 37 from line 42. This is the amount you **overpaid**. | | 43 | $ 0 | 00 |
| | 44a | Amount of line 43 you want **refunded to you**. If Form 8888 is attached, check here ▶ ☐ | | 44a | 600  00 2006 taxes | 00 |
| | ▶ b | Routing number | ▶ c Type: ☐ Checking ☐ Savings | | (None) | |
| | ▶ d | Account number | | (None) | $ 2007 tax Rebate 600 | |
| | 45 | Amount of line 43 you want **applied to your 2008 estimated tax**. | 45 | $ 0 | 00 | |
| **Amount you owe** | 46 | **Amount you owe**. Subtract line 42 from line 37. For details on how to pay, see page 53. ▶ | | 46 | 0 | 00 |
| | 47 | Estimated tax penalty (see page 53). | 47 | $ 0 | | |

| **Third party designee** | Do you want to allow another person to discuss this return with the IRS (see page 54)? ☐ **Yes. Complete the following.** ☒ **No** | | |
|---|---|---|---|
| | Designee's name (None) | Phone no. ▶ ( ) None | Personal identification number (PIN) (None) |

**Sign here**
Joint return? See page 15.
Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and accurately list all amounts and sources of income I received during the tax year. Declaration of preparer (other than the taxpayer) is based on all information of which the preparer has any knowledge.

| Your signature | Date | Your occupation | Daytime phone number |
|---|---|---|---|
| Michael Anthony ▨ | April 2008 | Screenwriter self-employed | (None) ▨ |
| Spouse's signature. If a joint return, **both** must sign. (None) | Date | Spouse's occupation | |

| **Paid preparer's use only** | Preparer's signature | | Date | Check if self-employed ☐ | Preparer's SSN or PTIN |
|---|---|---|---|---|---|
| | Firm's name (or yours if self-employed), address, and ZIP code ▶ | | | EIN | |
| | | | | Phone no. ( ) | |

Form **1040A** (2007)

"Stimulus Payment"

| Form **1040A** | Department of the Treasury—Internal Revenue Service<br>**U.S. Individual Income Tax Return** | **2007** | IRS Use Only—Do not write or staple in this space. |
|---|---|---|---|

OMB No. 1545-0074

**Label** (See page 15.)

Your first name and initial: Michael A.    Last name: Logwood

If a joint return, spouse's first name and initial: (none)    Last name: (none)

**Use the IRS label. Otherwise, please print or type.**

Home address (number and street). If you have a P.O. box, see page 15. 2032 Hyde St San Francisco Apt. no. #38
101 Hyde Street General Delivery (current mail)

City, town or post office, state, and ZIP code. If you have a foreign address, see page 15. San Francisco, California 94142

Your social security number: 550:43:1761

Spouse's social security number: (none)

▲ You must enter your SSN(s) above. ▲

Checking a box below will not change your tax or refund.

**Presidential Election Campaign** ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see page 15) ▶ ☐ You ☐ Spouse

**Filing status** Check only one box.

1 ☒ Single
2 ☐ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4 ☐ Head of household (with qualifying person). (See page 16.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 ☐ Qualifying widow(er) with dependent child (see page 17)

**Exemptions**

6a ☒ **Yourself.** If someone can claim you as a dependent, **do not check box 6a.**

b ☐ **Spouse** (None.)

c **Dependents:**

| (1) First name    Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see page 18) |
|---|---|---|---|
| None | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

If more than six dependents, see page 18.

Boxes checked on 6a and 6b: **1**

No. of children on 6c who:
• lived with you
• did not live with you due to divorce or separation (see page 19)

Dependents on 6c not entered above

Add numbers on lines above ▶ **1**

**d** Total number of exemptions claimed.

**Income**

**Attach Form(s) W-2 here. Also attach Form(s) 1099-R if tax was withheld.**

If you did not get a W-2, see page 21.

Enclose, but do not attach, any payment.

| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2. same as SSI. | 7 | $1450 |
| 8a | Taxable interest. Attach Schedule 1 if required. (may) | 8a | $0 |
| b | Tax-exempt interest. **Do not** include on line 8a. | 8b | 600 — Rebate |
| 9a | Ordinary dividends. Attach Schedule 1 if required. | 9a | $0 |
| b | Qualified dividends (see page 22). | 9b | None |
| 10 | Capital gain distributions (see page 22). None | 10 | |
| 11a | IRA distributions. 11a None | 11b Taxable amount (see page 22). | 11b | |
| 12a | Pensions and annuities. 12a None | 12b Taxable amount (see page 23). | 12b | $1450 |
| 13 | Unemployment compensation and Alaska Permanent Fund dividends. | 13 | None |
| 14a | Social security benefits. 14a 1450 | 14b Taxable amount (see page 25). | 14b | 1450 |
| 15 | Add lines 7 through 14b (far right column). This is your **total income.** ▶ | 15 | $1450 |

**Adjusted gross income**

| 16 | Educator expenses (see page 25). | 16 | None |
| 17 | IRA deduction (see page 27). | 17 | None |
| 18 | Student loan interest deduction (see page 29). | 18 | None |
| 19 | Tuition and fees deduction. Attach Form 8917. | 19 | None |
| 20 | Add lines 16 through 19. These are your **total adjustments.** | 20 | None. |
| 21 | Subtract line 20 from line 15. This is your **adjusted gross income.** ▶ | 21 | $1450 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 74.    Cat. No. 11327A    Form **1040A** (2007)

SSN: 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DI                NAME: MICHAEL ANTHONY LOGWOOD

Payment dates and amounts are as follows:

| Month | Payment | Month | Payment | Month | Payment |
|-------|---------|-------|---------|-------|---------|
| 01/01/05 | $887.00 | 05/01/05 | $896.00 | 09/01/05 | $896.00 |
| 02/01/05 | $887.00 | 06/01/05 | $0.00 | 10/01/05 | $1,158.00 |
| 03/01/05 | $887.00 | 07/01/05 | $896.00 | 11/01/05 | $1,158.00 |
| 04/01/05 | $896.00 | 08/01/05 | $896.00 | 12/01/05 | $951.00 |

SSN: 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DI          NAME: MICHAEL ANTHONY LOGWOOD

Payment dates and amounts are as follows:

| Month | Payment | Month | Payment | Month | Payment |
|---|---|---|---|---|---|
| 01/01/07 | $930.00 | 05/01/07 | $0.00 | 09/01/07 | $0.00 |
| 02/01/07 | $930.00 | 06/01/07 | $930.00 | 10/01/07 | $0.00 |
| 03/01/07 | $940.00 | 07/01/07 | $930.00 | 11/01/07 | $930.00 |
| 04/01/07 | $930.00 | 08/01/07 | $930.00 | 12/01/07 | $0.00 |

*owed*

*owed*

*owed*

*owed*

*owed*

*Basis of case*

*repay - adjusted record*
*shown as paper*
*to January - February*
*Based on 3 May*
*September*
*October*
*December - showing "0"*

Money Mart
2300 Mission Stree
San Francisco, CA 9411000

```
===================================
8 @ US Single
                                    -4.00
-----------------------------------
Collect from customer:              -4.00
Cash from customer:                  4.00
-----------------------------------
```

Thank you for choosing
Money Mart
for all your
check cashing needs,
Payday Loans
and bill payments

06/06/2008 13:55:15  47      Teller: MVR/03

Michael Anthony Stewart
General Delivery
U.S. Post Office
San Francisco, California
94142

United States

No.: 08-2349 PJH

reference to:

U.S. District Court
San Francisco Division
Office of The Clerk
of The District Ct.
District Court, United States
450 Golden Gate Avenue

regarding:
filing Original San Francisco, California
Judge.

Courtroom 3
17th floor

415-522-2

Date 9800
Italy 30th