Michael Anthony Jogwood
Name and Address
General Delivery U.S. Post Office
San Francisco, California
94142

FILED
08 JUL -8 PM 2:41
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Michael Anthony Jogwood
**Plaintiff / Petitioner**

*VS.*

appeals supervisor 7th. Street office supervisor
Peter Spencer & Ms. Chai
**Defendant / Respondent**

**Case No.** 3-08-2349 PJH

Judge Hamilton

**Document Name:**

Opposition enforcement of judgement specific Authorization to housing & Income.

MC-031

| PLAINTIFF/PETITIONER: Michael Allen Jagwood | CASE NUMBER: |
| --- | --- |
| DEFENDANT/RESPONDENT: Peter Spencer [illegible] | 3-08 2349 |

July 8th 2008

## DECLARATION

*(This form must be attached to another form or court paper before it can be filed in court.)*

The Appellant, files, a separate opposition by and Declaration of Michael Allen Jagwood. Appellant. motion herein named (motion to (Adjudicate a recapture of Income [illegible] to modify same procedure [illegible] Judge Hamilton on Federal [illegible] The Appellant [illegible] 127 pages [illegible] day after the 1st of July, when a 3 week early [illegible] judgement was due, a Yesterday [illegible] The Appellant requested the date scheduled, A Month off the 7th of August. Being the length of time [illegible] Method of Mr. Spencer & Mr. Chair, in California [illegible] to revoke no opposition [illegible] Income. [illegible]

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

[illegible]

(TYPE OR PRINT NAME) (SIGNATURE OF DECLARANT)

☐ Attorney for ☐ Plaintiff ☐ Petitioner ☐ Defendant
☐ Respondent ☐ Other *(Specify)*: [illegible]

[illegible]

## ATTACHED DECLARATION

[illegible]