Michael Anthony Jagwood
Name and Address
General Delivery, U.S. Post Office
San Francisco

FILED
08 JUL 11 PM 2:10
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

PJH

Michael Anthony Jagwood
**Plaintiff / Petitioner**

*VS.*

Pelosi Spencer, Nos Orce
**Defendant / Respondent**

**Case No.** 08-2349

**Document Name:**

Notice 3rd) opposition By Appelant, notice of evidence Conclusion to enforce judgment on Income Granted Insured & Authorized Granted.


July 10th, 2008

Dear Judge Hamilton

regarding: 3rd oppositional (additional facts & evidence as submitted Disability correspondence, related, to the original filing.

Note: secretarial Calendar & copy.
Note (Additional cummulative evidence assertive to, & relative to the considera tion, of The District Ct. were the Venue. 18 filed, with service verifying: Judge Hamilton, is Judge assigned to answer, by Appelant, to statement of "unpaid disability Income requires judgement, enforcement is specified
Note: Exhibits of Improper, Conduct is the Motion exhibiting "credential rapportee. thusly. specifically, The Appelant Stated, He were high school educated, on his opening filing These letters particular to the Venue concerning, an early consideration of 4 days this date were the Month of July 7th were claimed by a Month as August 7th The date.

(2) As the relevant facts, would unfold further.
She already lodged, her interest
to dismiss.
Yet, concluded on occupational decision
(the declaration of her certification is
on the 1 "District Ct.
An employee of Disability (made a
decision for "An Appeal."
The commissioner likewise is supposed
to be, the Venue. mgr. has.
Yet, this office supercede.
claimed, to occupationally She mentions
The Venue. [illegible]. She would like you to
Ms. Choi. The office [illegible].
come in. You can see
to [illegible] Dec. "He has a High
this method. School Diploma. He enlers, from Valley
School Diploma He enlers, Private
Apple School. A [illegible]
School. Yet, She goes on to say.
You reading is dismissed because She
can't read it. In Sanitary, the policy only
is to read the written Students
for long members "[illegible], [illegible], when
or employed [illegible] [illegible]
an employee goes over to appeal [illegible] [illegible]

(3) employed decision. This education is

you can see.

private. Yet these a real, private

misconstituted decisions.

policy [illegible] school you couldn't

[illegible] all by school resources for tutoring

[illegible] all our requirements for

without the necessary [illegible] to assist

employment and a diploma. The same. Simply

the requirement of The [illegible] came be

to [illegible] agree [illegible] a diploma only [illegible] work

paid, with a State & County employee.

To agree a [illegible]

would not be appropriate. He stated, [illegible]

She does [illegible] in the first place, by regularly

[illegible]

a [illegible] "Fraud"

is unappealed. She determines to be personally

because [illegible] commissions [illegible].

appeal is to a [illegible] [illegible] [illegible] [illegible]

[illegible] [illegible] [illegible] is [illegible] "The [illegible]

these determination [illegible] [illegible] actually paid

[illegible]. The graduates [illegible] [illegible] [illegible]

Floors and would

the [illegible] of [illegible] the [illegible] of 200 a

[illegible] [illegible] [illegible] the [illegible] [illegible]

[illegible] The [illegible] [illegible] [illegible] [illegible] a [illegible]

[illegible] [illegible] [illegible] Los Angeles [illegible] [illegible] [illegible] [illegible]

[illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible]

Because The [illegible] [illegible] [illegible]
J. [illegible] [illegible] He could not accept
[illegible] [illegible] [illegible] He is being [illegible] [illegible].
a [illegible] [illegible]
A year [illegible] [illegible] [illegible] for [illegible] [illegible]
[illegible] [illegible] was [illegible] [illegible] [illegible] a bill.
[illegible] (2100 [illegible] (a [illegible] [illegible] [illegible] [illegible]
[illegible] She writes [illegible] the [illegible] (would [illegible] contended
[illegible] a [illegible] [illegible]. a more
[illegible] [illegible] [illegible] [illegible] one on [illegible]
[illegible] [illegible] you should to show you really
[illegible] [illegible] 2nd [illegible] [illegible] [illegible]
[illegible] [illegible] check is the one in to see
[illegible] ([illegible] you [illegible]
the last one.
[illegible] [illegible] 5 [illegible]
I [illegible] [illegible] evidence is
[illegible] [illegible] & [illegible] Mrs. [illegible]
[illegible] [illegible] [illegible] [illegible] a vice
[illegible] [illegible] [illegible] [illegible] [illegible]
[illegible] [illegible] [illegible] [illegible] [illegible] reason
[illegible] [illegible] [illegible] [illegible] [illegible]
[illegible] (suspect) the [illegible] [illegible] [illegible]
[illegible] [illegible] [illegible] [illegible] [illegible] I [illegible]
[illegible] [illegible] [illegible] [illegible] [illegible] [illegible]
[illegible] 1850 [illegible] [illegible] [illegible] [illegible] [illegible]

(4) [illegible] employed at the [illegible]
[illegible] at [illegible] [illegible] [illegible]
accounts for [illegible] 2 [illegible]
[illegible] to [illegible] the
or [illegible] [illegible]
[illegible] [illegible]
[illegible] [illegible] to [illegible]
[illegible] [illegible]

[illegible] [illegible] [illegible] [illegible]
[illegible] [illegible] the [illegible] as a
to [illegible] [illegible] would have
employed person [illegible] [illegible]
a [illegible] [illegible] [illegible]
or [illegible] [illegible] [illegible]
[illegible] people [illegible] [illegible]
[illegible] [illegible] [illegible]

[illegible] construction the rules of
[illegible] [illegible]
[illegible] the Appellant [illegible] as a [illegible]
[illegible] [illegible] procedure. The Appellant
[illegible] [illegible] submits. [illegible] claim
employment [illegible] [illegible] [illegible]
[illegible] [illegible] the [illegible] [illegible]
as to, the more [illegible] [illegible]
[illegible] [illegible] to [illegible]
[illegible] [illegible] some evidence
[illegible] [illegible] the accurate [illegible]
[illegible] [illegible] foreseeability
[illegible]

[Page contents illegible handwriting]

(6) [illegible]

Has been able to assist & compose
(7) an arrear of the Appeal release,
a judge could really review that
lack of Balances & records of
evidence: [illegible] there [illegible] only records
to on Cent.
a file is to ask the judge to
or/ The clerk is out
see "Writs True".
Calley writs True as January & [illegible]
of 2006 and 2007 [illegible] [illegible] [illegible]
[illegible] a new [illegible] the [illegible] Chinley
lead, [illegible] The lage, [illegible] [illegible]
[illegible] The week of [illegible] as [illegible]
[illegible] [illegible] an [illegible]
He [illegible] [illegible] [illegible] ago in [illegible]
clerk [illegible] [illegible] [illegible] [illegible] [illegible]
[illegible] The [illegible]

[illegible]
Appellee [illegible] is [illegible] [illegible] [illegible]
[illegible] [illegible]. A [illegible] [illegible] by
[illegible] [illegible] a [illegible] [illegible]
[illegible] to [illegible] of the [illegible] [illegible]
[illegible] [illegible] judge [illegible] [illegible] [illegible]
[illegible] [illegible] [illegible] [illegible] [illegible]
[illegible] [illegible] [illegible] [illegible] [illegible]
[illegible] [illegible] [illegible] [illegible]
[illegible] [illegible] [illegible] [illegible] [illegible]

[illegible]

(8) [illegible]

[illegible]

[illegible]
(9) [illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible] some people [illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]

(10) [illegible]

Social Security Administration
**Supplemental Security Income**
Notice of Reconsideration

SOCIAL SECURITY
1098 VALENCIA ST
SAN FRANCISCO, CA 94110
Claim Number: 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
July 09, 2008
KFC

MICHAEL A. LOGWOOD
GENERAL DELIVERY
SAN FRANCISCO, CA 94142-9999

Dear MICHAEL LOGWOOD

Reconsideration
Filed: March 26, 2008

Your request for reconsideration is dismissed because your written document is not readable. We are unable to determine the reason of your appeal.

If you have any questions, you should call, write or visit any Social Security Office. If you visit an office, please bring this letter with you. It will help us answer your questions.

*Maria Stella*
Maria Stella
District Manager

Social Security Administration
**Supplemental Security Income**

SOCIAL SECURITY
1098 VALENCIA ST
SAN FRANCISCO, CA 94110
Claim Number: 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
July 09, 2008
cha

MICHAEL A. LOGWOOD
GENERAL DELIVERY
SAN FRANCISCO, CA 94142-9999

Dear MICHAEL LOGWOOD

This is a revised notice of the one that was sent to you dated July 9, 2008.

After a review of our records, we found that it was May 14, 2008 rather than May 13, 2008 that you came in to our office located at 1098 Valencia Street to review the photocopies of SSI checks for the following months: January 2005, February 2005, January 2006, February 2006, March 2006, January 2007, and February 2007. You acknowledged on May 14, 2008 that the signatures on the photocopies of checks for the months as stated above were your signatures.

On May 14, 2008, you requested to see the photocopy of the December 1, 2004 SSI check. We have the photocopy of the December 1, 2004 SSI check in our office.

We have set up an appointment for you to come in to review it. Please come in on July 18, 2008 at 10:00 a.m. When you come in, please ask for Ms. Chai.

If you have any questions, you should call, write or visit any Social Security office. If you visit an office, please bring this letter. It will help us answer your questions.

*Maria Stella*
Maria Stella
District Manager