JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
JENNIFER S WANG (CSBN 233155)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6967
Facsimile: (415) 436-6748
Email: jennifer.s.wang@usdoj.gov

Attorneys for Federal Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL A. LOGWOOD,<br><br>Plaintiff,<br><br>v.<br><br>PETER SPENCER,<br><br>Defendant | Case No. 08-2349 PJH<br><br>DECLARATION OF MARIA T. STELLA IN SUPPORT OF MOTION TO DISMISS |

I, MARIA T. STELLA, declare and state as follows:

1. I am over 18 years of age, am a resident of the State of California, and make this declaration in support of defendant's motion to dismiss. I am competent to testify to the matters set forth herein.

2. I am the District Manager of the Social Security Administration's (SSA) Mission District Office (Office) in San Francisco, California. I report to the Area Director who is organizationally located one level below the Regional Commissioner for Region IX, which includes California, Peter Spencer. As District Manager, I supervise all official operations and procedures for the Office, and am responsible for the administration of all aspects of Social Security Programs, including claims filed for Disability Insurance Benefits (DIB) and Supplemental Security Income (SSI) under Titles II and Title XVI, respectively of the Act. SSI is a disability benefits program for adults and children who have limited income and resources.

3. The Office has had frequent and on-going contact with plaintiff, Michael A. Logwood, a recipient of SSI benefits. I oversee Tiffany Chai, Operation Supervisor for Title XVI, and the other Claims Representatives who had contact with Mr. Logwood. Ms. Chai is the first line manager for the Title XVI program and has held this position since 2004. All Claims Representatives for Title XVI report to Ms. Chai, and Ms. Chai reports directly to me.

4. Ms. Chai and I have discussed Mr. Logwood's visits to the Office. In addition, I have reviewed the computerized databases used for record-keeping for Title II and Title XVI matters, and the SSA computerized interview tracking system, Visitor Intake Program (VIP) which logs each visit by an individual, records the duration of the visit, and records notes on the purpose of the visit. The SSA computerized databases include magnetic files of claimants that contain account data, benefit data, transaction data, and administrative action data. I also have access to Modernize Supplement Security Income Claims System (MSSICS), which documents the determinations by SSA at the initial, reconsideration, Office of Hearing and Appeals (OHA), and Appeals Council levels of administrative review. This database also

documents the administrative requests for reconsideration and appeals filed by a claimant. I also have access to the Supplemental Security Record (SSR) where copies of the decisions from the reconsideration, OHA and Appeals Council levels of review are kept, the Online Retrieval System which contains electronic copies of all notices sent to a beneficiary including notices of administrative decisions, and access to Mr. Logwood's claims file.

5. Since January 2006, Mr. Logwood has requested administrative review multiple times. In paragraph 13 of my May 13, 2008 declaration in support of defendant's motion to dismiss, I described all of Mr. Logwood's requests for administrative review found on the databases referred to in paragraph 4 as of May 13, 2008. Since my May 13, 2008 declaration, an additional request for administrative review filed by Mr. Logwood has been inputted to the MSSICS database. That request was submitted to the Office around March 26, 2008.

6. Plaintiff filed a request for reconsideration around March 26, 2008 with the Office. A true and correct copy of the March 26, 2008 request for reconsideration is attached as Exhibit A. When a request for reconsideration is submitted to the Office, the receipt of the request for reconsideration is logged into a binder. Next, the request for reconsideration is assigned to a claims representative for processing. Once the request for reconsideration is assigned, the claims representative inputs the request for reconsideration into the SSA MSSICS database. The information then becomes accessible through the MSSICS database that compiles information on appeals at every level of the administrative process. Mr. Logwood's March 26, 2008 request for reconsideration was not processed and inputted into the SSA MSSICS database by the claims representative assigned to the request until July 8, 2008. On July 9, 2008, the reconsideration was dismissed because the request was illegible and the reason for the reconsideration was indeterminable. A true and correct copy of the July 9, 2008 letter

to plaintiff is attached as Exhibit B. Mr. Logwood has not responded to this July 9, 2008 letter.

7. On April 23, 2008, Mr. Logwood came into the Office and alleged that SSA had not properly paid his SSI benefits. According to Mr. Logwood, he did not receive SSI benefit checks for January 2005, January 2006, February 2006, March 2006, January 2007, and February 2007. On May 14, 2008, Mr. Logwood came into the Office and reviewed copies of checks for all the months indicated listed above and acknowledged that he had endorsed each of the checks. A letter was sent to Mr. Logwood on July 9, 2008, confirming in writing, the outcome of that meeting. The letter stated that Mr. Logwood reviewed all the checks listed above and determined that he had signed all the checks. A true and correct copy of this July 9, 2008 letter is attached as Exhibit C. Mr. Logwood has not responded to this letter.

8. Currently, Mr. Logwood has no administrative case pending before the OHA or the Appeals Council. The OHA is the office in SSA which handles all appeals at the ALJ level of administrative review, and the Appeals Council is the last level of administrative review within SSA.

I declare under penalty of perjury (28 U.S.C. §1746) that the foregoing statement is true and correct to the best of my knowledge and belief. Executed this 16th day of July 2008, in San Francisco, California.

MARIA T. STELLA
/s/ *Maria T. Stella*

# Exhibit A

Form Approved
OMB No. 0960-0622

SOCIAL SECURITY ADMINISTRATION TOE 710

## REQUEST FOR RECONSIDERATION

(Do not write in this space)

| NAME OF CLAIMANT | NAME OF WAGE EARNER OR SELF-EMPLOYED PERSON (If different from claimant.) |
|---|---|
| Michael A. Jagwood | Michael A. Jagwood |
| SOCIAL SECURITY CLAIM NUMBER | SUPPLEMENTAL SECURITY INCOME (SSI) OR SPECIAL VETERANS BENEFITS (SVB) CLAIM NUMBER |
| [redacted] | |
| SPOUSE'S NAME (Complete ONLY in SSI cases) | SPOUSE'S SOCIAL SECURITY NUMBER (Complete ONLY in SSI cases) |
| | |

CLAIM FOR (Specify type, e.g., retirement, disability, hospital insurance, SSI, SVB, etc.) Disability - back payment Status - & Back payment [illegible]

I do not agree with the determination made on the above claim and request reconsideration. My reasons are: It appears the 7th Street worker Ms. White said although I kept April & May of 2007 "you couldn't have them - Jan & [illegible] February of 2006 may be due after a year [illegible] Street in Oakland, but she has to apply [illegible]

SUPPLEMENTAL SECURITY INCOME OR SPECIAL VETERANS BENEFITS RECONSIDERATION ONLY

(See the three ways to appeal in the How To Appeal Your Supplemental Security Income (SSI) Or Special Veterans Benefit (SVB) Decision) instructions.)

"I want to appeal your decision about my claim for Supplemental Security Income (SSI) or Special Veterans Benefits (SVB). I've read about the three ways to appeal. I've checked the box below."

☐ Case Review ☒ Informal Conference ☐ Formal Conference

EITHER THE CLAIMANT OR REPRESENTATIVE SHOULD SIGN - ENTER ADDRESSES FOR BOTH

I declare under penalty of perjury that I have examined all the information on this form, and on any accompanying statements or forms, and it is true and correct to the best of my knowledge.

| CLAIMANT SIGNATURE | SIGNATURE OR NAME OF CLAIMANT'S REPRESENTATIVE ☒ NON-ATTORNEY ☐ ATTORNEY |
|---|---|
| Michael Anthony Jagwood | (None) Has no Representative |
| MAILING ADDRESS: 101 Hyde Street General Delivery | MAILING ADDRESS |
| CITY: San Francisco / STATE: California / ZIP CODE: 94142 | CITY / STATE / ZIP CODE: None |
| TELEPHONE NUMBER (Include area code) / DATE | TELEPHONE NUMBER (Include area code) / DATE: March 26th 2008 |

## TO BE COMPLETED BY SOCIAL SECURITY ADMINISTRATION

See list of initial determinations

1. HAS INITIAL DETERMINATION BEEN MADE? ☐ YES ☐ NO
2. CLAIMANT INSISTS ON FILING ☒ YES ☐ NO
3. IS THIS REQUEST FILED TIMELY? ☒ YES ☐ NO
   *(If "NO", attach claimant's explanation for delay and attach only pertinent letter, material, or information in social security office.)*

RETIREMENT AND SURVIVORS RECONSIDERATIONS ONLY (CHECK ONE) REFER TO (GN 03102.125)

☐ NO FURTHER DEVELOPMENT REQUIRED (GN 03102.300)
☐ REQUIRED DEVELOPMENT ATTACHED
☐ REQUIRED DEVELOPMENT PENDING, WILL FORWARD OR ADVISE STATUS WITHIN 30 DAYS

SOCIAL SECURITY OFFICE ADDRESS

ROUTING INSTRUCTIONS (CHECK ONE)

☐ DISABILITY DETERMINATION SERVICES *(ROUTE WITH DISABILITY FOLDER)*
☐ ODO, BALTIMORE
☐ PROGRAM SERVICE CENTER
☐ OIO, BALTIMORE
☐ OEO, BALTIMORE
☐ DISTRICT OFFICE RECONSIDERATION
☐ CENTRAL PROCESSING SITE (SVB)

**NOTE:** Take or mail the **signed original** to your local Social Security office, the Veterans Affairs Regional Office in Manila or any U.S. Foreign Service post and keep a copy for your records.

# Exhibit B

Social Security Administration
**Supplemental Security Income**
Notice of Reconsideration

SOCIAL SECURITY
1098 VALENCIA ST
SAN FRANCISCO, CA 94110
Claim Number: [redacted]
July 09, 2008
KFC

MICHAEL A. LOGWOOD
GENERAL DELIVERY
SAN FRANCISCO, CA 94142-9999

Dear MICHAEL LOGWOOD

Reconsideration
Filed: March 26, 2008

Your request for reconsideration is dismissed because your written document is not readable. We are unable to determine the reason of your appeal.

If you have any questions, you should call, write or visit any Social Security Office. If you visit an office, please bring this letter with you. It will help us answer your questions.

*Maria Stella*
Maria Stella
District Manager

# Exhibit C

Social Security Administration
**Supplemental Security Income**

SOCIAL SECURITY
1098 VALENCIA ST
SAN FRANCISCO, CA 94110
Claim Number: [redacted]
July 09, 2008
cha

MICHAEL A. LOGWOOD
GENERAL DELIVERY
SAN FRANCISCO, CA 94142-9999

Dear MICHAEL LOGWOOD

This is a revised notice of the one that was sent to you dated July 9, 2008.

After a review of our records, we found that it was May 14, 2008 rather than May 13, 2008 that you came in to our office located at 1098 Valencia Street to review the photocopies of SSI checks for the following months: January 2005, February 2005, January 2006, February 2006, March 2006, January 2007, and February 2007. You acknowledged on May 14, 2008 that the signatures on the photocopies of checks for the months as stated above were your signatures.

On May 14, 2008, you requested to see the photocopy of the December 1, 2004 SSI check. We have the photocopy of the December 1, 2004 SSI check in our office.

We have set up an appointment for you to come in to review it. Please come in on July 18, 2008 at 10:00 a.m. When you come in, please ask for Ms. Chai.

If you have any questions, you should call, write or visit any Social Security office. If you visit an office, please bring this letter. It will help us answer your questions.

*Maria Stella*
Maria Stella
District Manager