# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**1. Federal Defendant's Reply in Support of Motion to Dismiss**

**2. Supplemental Declaration of Maria T. Stella in Support of Motion to Dismiss**

<u>Michael Anthony Logwood v. Peter Spencer</u>
Case No. CV 08-2349 PJH

to be served this date upon the party in this action by placing a true copy thereof in a sealed envelope, and served as follows:

**X**    **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

___    **CERTIFIED MAIL** (# ) by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

___    **ELECTRONIC MAIL**

___    **FEDERAL EXPRESS**

___    **PERSONAL SERVICE (BY MESSENGER)**

___    **FACSIMILE (FAX)**  Telephone No.: See Below

to the party(ies) addressed as follows:

Michael Anthony Logwood
101 Hyde Street  - General Delivery
San Francisco, CA  94102
[PRO SE]

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on July 16, 2008 at San Francisco, California.

_____/s/_____
JENNIFER S WANG
Assistant United States Attorney