1

Michael Anthony Jaguar
**Name and Address**

2   General Delivery, U.S. Post Office

3   San Francisco, California 94142

4

5   **UNITED STATES DISTRICT COURT**

6   **NORTHERN DISTRICT OF CALIFORNIA**

7

8                                          Case No. _____ 08-2349

9   Michael Anthony Jaguar                        JPH

10  **Plaintiff / Petitioner**                 **Document Name:**

11      VS.                                   5th opposition.
                                              Motion for Continuation
12                                            newevidence, Motion to
13  Peter Spencer, U.S. Chief secretary       Grant Execute & Deliver
14  **Defendant / Respondent**                Income. By District
                                              Court Judge.
15

16

17

18

19

20

21

22

23

24

25

26

27

28

motion for opposition fifth opposition

1

the data presented that the account of confluent means of practice
of the d,a, to maintain their account itis unclear, is improperlty
brought with false facts and does not show a clear understanding for to
whom the date of thesix month period or answere were stated for letter v
ereof what sate.
clearly the perceprtion and profession of the d,a. firm namely working t
to represent mr, spencer is and has made a faulty clAIM
THAT IS IT HAS BEEN STATED HE RPESENTED NO EVIDENCE.
NOTED THE CLIENT PRESENTED A WRIT TYPEWRITTEN IT WERE TO HAVE SEVERAL F/
FACTS MAINTAINING HIS EXPENSESROIENTED AROUND THE CONTIGOUS MATTER OF
RELATING TO WHOM THE MATTER RELATED TO PARTICULAR COUSES.
HE STATED A METHOD OF BALANCES A CJECK RETENTION WERE NOT SUPPLIED TO
PRESENT THAT THE COUNTERCLAIM OF PRESENT IDENTIFYIONG CHECKS BY BALTIMOF
WERE SPECIFICALLY SUPPLIED
HE STATED THAT THE METHOD OF CALIFORNIA RETENTIONM OF PAYMENT WERE BASEI
ON THE EMPLOY OF MISS CHAI TO ALLEDGE KNOWINGLY AGAINST A PROSPECT OF TF
TRUE ORIGIN OF VAGRANCY WER A DEFINEABLE ALLEGATION OF EXECUTORY RETAINE
STATEMENT MADE PUBLICLY IN A RESTAURANT MAINTAING THE FACT OF THE ABILI1
TY IN THE AREA WERE DETERMINED ON A BASIS
OF ADJUDICAL SUBSTANTIVENESS TO DETERMINE WHEREFORE HOW AND WHEREBY WERE
BASED ON THE EDUCATIONAL IMPORTATION OF FACT PERTAING DIRECTLY TO HIS IN
INCOME.
HE MAINTAINED THAT HE WERE TO SUPPLY TUITION TO A PRIVATE SCHOOL IN SCIF
NTOLOGY AND WAS, DIRECT ABOUT PAYING THE TUITION HIMSELF WITH HIS OWN F1
FINANCES.
THE ACCOUNT OF THE D.A. SPECIFIES A METHOD WHERE IT EMPLOYS A WRONG OVEF
THE COUNTER CHECK ALLOCATIONN CASE OF A NOTHER CHECK WRITING FORWARDING
BALANCE CASE WHOM WERE PRESENT AT THE POST OFFICE IC NOW HEEREBY ENTEREI
THUS THE ACTUAL BASIS OF A DEPOSIT RELATED TO THE WORK OR THE LEGAL
MAINTAINENCE METHOD WERE RELEVANT TO THIER OWN CATEGORICAL INTERPRETATIC
IS IMPROPER BECAUSE THIER METHOD OF BALANCES IS NOT BASED ON THE SAME WF
ITING COMPANY BY METHOD OF SAVING ACHIEVEMENT MAY HAVE BEEN RELEVANT IDS
ALLEDGED
WHERE AS CITED CERTAIN CHECK COMPANIES MAY HAVE BEEN UTILIAED FOR THIER
CHECK WRITING FOR CONVENIENCE YEY LATER OTHER SERVICES WER EMPLOYED,
CLEARLY THE DISABILITY CHECK HAS A DIFFERENT NAME COMPLANT THE TREASURY,
AND THUSLY ALSO THE PERSONAL CHECK WRITING METHOD OF AN ACTUALLY EVIDEN(
CED SCHECK SEE THE LADYS SIGNATURE FROM THE TWENTY FIRST STREET OFFICE /
AT VALENCIA
IS SIMPLY IN FACT SUBSTANTIVE EVIDENCE OF A CHECK THAT WAS WRITTEN BY AF
NOTHER COMPANY IS EVIDENCE HE
RECIEVED A CHECK FOR NINE HUNDRED AND THIRTHY DOLLARS ONCE,
THEROF WHERE REMEDIES ARWE CITEWD THE ACCOUNT SPECIFIES EXHAUSTION IS A
HURDLE NOLESS, THE APPELANT KNOWS AND HAS AS EVIDENCED FIVE REAL ALREADY
FILED ON THE ACTUAL DISABILITY FIRM FILING WIHTH NO REPLY THERE IS A LE1
TEER OF MISS STELLA
CLEARLY ILLEGAL RESEARCH MAINTAINING A SECIOND DRS OPINION TO BR PRESEN1
AT AN APPOINTMENT FOR A DMV HEARING ON THE THIRTHEITH IS INSUFFICIENT
BECAUESE THE APPELANT HAS WRITEEN WHERE A DMV CAN RECIEVE ONLY A DATE IN
WRITING FISRT IT MUST BE IN WIRING
THE ACCOUNT IS A SECOND DRS BILL A CLEAN BILL OF HEALTH TO SUBSTANTIATE
AN APPOINTMENT ON RECORD TO BRING TH DRS BILL HAS RECIEVED NO LETTER AF1
WRITING HIS ATTORNEY FOR DMV HEARINGS, THIS FORM IS HEINIOUS ASIT SAYS 1
IF YOU DO  NOT FILL IT OUT WE MNAY BE NOT ABLE TO DETERMINE WHAT WE ARE
TRYING TO ESTABLISH

NEGLIBLE CLAIM IS RIGHTEOUS AND TRU

'HE DISABILITY OFFICE CAN ONLY HAVE A VENUE WHICH IS THE DISTRICT
.TSELF THIS LAW FIRM FAILS BECAUSE IT DOES NOT STATE ANY GROUNDS F
EVEN A BASIIS FOR CITING THE JOB OF THE COORDINATOR AS HAVING A C
;PONDING CLAIN OF AN EMPLOYMENT RELATED ACCOUNT THEBIVVERS VIOLATI
ID THE EFFECT OF AN CONTINUAKL METHOD OF RENETION OF THE SAME STAN
NOT SOETHING TO MISNOTE HAS A QUALIFYABLE APLLICABLE STANDARD FOR
.NG
'IDENCE, THE FORM STATES THE VENUE FOR AN APPEAL IS A MAGISTRATE O
.CT COURT.
ITENTION OF THWE DA.
' IS TO BRING YOUR APPEAL FORM AT THE END OF THEIR ASSERTION YOU S
BRING YOUR CASE AGAINST THE UNITWED STATES OF AMERICA WHER THE Y
;UN THEIT CASE MISTATING LEGAL MEANS AND PROCEDUERE MAINTAINING YO
.E NO FINANCIAL CLAIMS OR MEDICAL CLAIMS IN FACT THEIR REAL CRITER
.S HE WAS UNCLEA HAD NO EVIDENCE DIDNT EXHAUST HIS REMEDIES ANSD T
IRDINATOR CANT TALK ABOUT HIS VIOLATION SHOUKLD BE STRICKEN
' THIS D.A. OFFICE APPLIED INPOROPER PROCEDURE IN THE REAL RELATE
IT OF INCOME NOTEABLY ACCLORDING TO RESOLVE THEBASIS IN DISTRICT C
'HAT THE APPEAL WERE NOT REALLY FILED THEN STATED SHE DISMISSED IT
.TED THEIR SIXMONTH BASIS IF IT WERE A BASIS FOR SDETERMINING HOW
THE OFFICE WORK OU THIER OWN INERTRANSFER RELATED PROPBLEMS. WHER
.OUNT SIPLY SPECIFIES IY IS UNCLEAR THERESE NO EVIDENCE EXCEPT FOR
CTION THE APPELANT AMINTAINS HIS VENE IS ONLY YHE DISTRICT CIOURT
.TY AGAINST THE COMMMSISIONER IS THE ONLY PERSON IT AMAY BE EXECUT
REPLY WERTE GIVEN IS MATERAL TO THE BASIS OF ORIGINIS REALLY AND
.SIS FOR CONTINIUNG THE MOTION FOR A REAL ANSWERE TO
HAS AN EXACT VENEU PRECEDING THE ANSWERE WHICH IS THE JUDGES CONF
: EARLY SPEEDY REPLY IS WITHIN THE CONSTITUTION TO VERY MUCH NEED
: THE ACCOUNT FOR THE COORDINATOR WHOM MAY NOT FEND FOR HIS NEED T
HIGHLY PAID IS A CONSIDERATION A,D
THE COMMISIONER THE MOST HIGHLY PAID THE VENUE OF DISTRCT COURT I
' WHERE EVIDENCE IDS HEARD FOR A MANAGFEMENT CONFERENCE TO AND IS
AMT FOR DELIVERY BE EXECUTED ASSIGNED CONTINUED AND ALLOWED FOR P
ING OF THE FOUR CHECK BY HIS THIRD CASE FILING OF OPPSTION FOURTH
TH ANFD THTHAT TO ADDRES THE INCOME TO DMV WOULD BE FRIVOLOUS IF
TATEMENT SIMPLY SAID WHAT WE COULD DO IF WE COULD BOT COLLECT THE
TION WAS OBVOUSLY DISHEVELING SO UNECSSARY AS STATED AS A TRUE RE
NATION BY THE EMPLOYMENT.
RK REQIRES A CONFERENCE AND CONSULTAION OF LEGAL REESTABLISHMENT
K AND ORDER TO PAY BY WHOM AGAINST LEGAL MOETHODS OF THE OTHER FI
S BETTER LEGAL QUALIFICATION BASED ON HIS EXPERIENCE AS AN APPLIC
PREVIOSAS A LA LIBRARY FACT AND A N EMPLOYMENT RUNNING A WHOLE L
FIR THE FEDERAL LAW OF THE PENITENTIARY IS NOT CORRECT HIS PRACI
ECURE LEGAL REFERENCES ONLY FOR THE MENS IN HIS OCUPATION WERE DI
AGAINST THE AUTHOITIES THEMSWELVES NAMELY THE LAW LIBRARY CLERK I
ORTY AND JOB IS EVIDENCED THAT WERE PAID A SALARY RATE CANNOT TOL
MISS CHIMLEY DOULBLE COVER SSI JOB IN THE OTHER STATE AND HAS PR
ED FACTUAL EVIDENCE HIS KENO WRITER JOB IS THE REASON THE LOWERE
THREE HUNDRWED DOLLARS IN THE STATE IS
ALY ALGNABLE DIRECTLY TO THE JUDGE AS HE RECIEVES HIS INCOME CONT
S ON THE BASIS OF A STATEMENT OF INCOME IS RELEVANT TO MISS STEAL
DENCE AND DEID PRIOVIDE A BASIS AS TO THE TWO LMALIGNING FACTORS
FNT IN A OUALTEVARLE ASSERTION THIER INPUDENT AND SLOW UNDERTASKI

Department of the Treasury
**Internal Revenue Service**
Fresno, CA  93888-0025

**Notice Date:** June 16, 2008
**Notice Number:** CP 1378

Taxpayer Identification Number:
**Primary:** XXX-XX-1761

For assistance, you may call:
1-866-234-2942

Michael A. Logwood
101 Hyde St
San Francisco, CA 94102-3605

# Understanding Your Economic Stimulus Payment

## Please keep a copy of this notice for your records.

Dear Taxpayer:

**Your Economic Stimulus Payment**

You are entitled to an economic stimulus payment of $300.00 as provided by the Economic Stimulus Act of 2008. You can expect your payment by 6/20/08. If you do not receive it within six weeks of this notice, please contact us at the number shown above. You will not be required to report the amount of your stimulus payment as taxable income on your 2008 federal income tax return. If you receive any federal benefits or federally financed benefits, those benefits generally will not be affected by any stimulus payment you receive.

**What You Need To Do**

You do not need to do anything. If you received a refund on your 2007 federal income tax return and had it directly deposited into a bank account, we will directly deposit your stimulus payment into the same bank account. If not, your stimulus payment check will be mailed to you. If your tax refund was directly deposited into a refund anticipation loan account, your stimulus payment check will be mailed to you.

**How We Calculated Your Payment**

Your payment is based on information you submitted on your 2007 federal income tax return such as your filing status, the number of qualifying children, and your net income tax liability. The next page shows a detailed explanation of how we calculated your stimulus payment.

**Note:** You will not be required to report the amount of your stimulus payment as taxable income on your 2008 federal income tax return.

*For general information, tax forms, and publications or to view "Where is My Stimulus Payment",*
*visit **www.irs.gov***



STATE OF CALIFORNIA
**DMV**
DEPARTMENT OF MOTOR VEHICLES

*Public Service Agency*

# DRIVER MEDICAL EVALUATION
(Medical information is CONFIDENTIAL under Section 1808.5 CVC)

PHYSICIAN *RETURN FORM TO:*
**DEPARTMENT OF MOTOR VEHICLES**
LICENSING OPERATIONS DIVISION
Driver Safety Branch
1377 Fell Street, 2nd Floor
San Francisco, CA    94117-2296

Telephone: (415) 557-1170    FAX:
(415) 557-7375

**ISTRUCTIONS TO THE DRIVER:** Please take this form to the doctor most familiar with your health story and current medical condition. **Before** giving this form to your doctor, complete name/address, omplete and sign the **HEALTH HISTORY** and the **MEDICAL INFORMATION AUTHORIZATION** ections on this page.

**ISTRUCTIONS TO THE DOCTOR:** Please complete the section, **DOCTOR'S MEDICAL EVALUATION,** n pages 2 through 5. The Department of Motor Vehicles' records indicate your patient may have a ondition that could affect the safe operation of a motor vehicle. In this case, the department is oncerned about the following condition:

RETURN BY:

| AME (LAST, FIRST, MIDDLE) | DRIVER LICENSE NO. | BIRTH DATE | FIELD FILE |
|---|---|---|---|
| Logwood, Michael Anthony | N9443480 | | |

| REET ADDRESS | CITY | ZIP | PATIENT'S DAYTIME OR HOME PHONE NO. |
|---|---|---|---|
| 101 Hyde St. General Delivery, San Francisco, Ca 94102 | | | (    )    - |

## ATIENT MUST COMPLETE HEALTH HISTORY BELOW. *(Please explain any "YES" answers)*

| ES | NO | | YES | NO | |
|---|---|---|---|---|---|
| ☐ | ☐ | Head, neck, spinal injury, disorders or illnesses | ☐ | ☐ | Kidney disease, stones, blood in urine, or dialysis |
| ☐ | ☐ | Seizure, convulsions, or epilepsy | ☐ | ☐ | Muscular disease |
| ☐ | ☐ | Dizziness, fainting, or frequent headaches | ☐ | ☐ | Any permanent impairment |
| ☐ | ☐ | Eye problem (except corrective lenses) | ☐ | ☐ | Nervous or psychiatric disorder |
| ☐ | ☐ | Cardiovascular (heart or blood vessel) disease | ☐ | ☐ | Regular or frequent alcohol use |
| ☐ | ☐ | Heart attack, stroke, or paralysis | ☐ | ☐ | Problems with the use of alcohol or drugs |
| ☐ | ☐ | Lung disease (include tuberculosis, asthma) or emphysema | ☐ | ☐ | Suffering from any other disease |
| ☐ | ☐ | Nervous stomach, ulcer, or digestive problems | ☐ | ☐ | Any major illness, injury, or operations in last 5 years |
| ☐ | ☐ | Diabetes or high blood sugar | ☐ | ☐ | Currently taking medications |

**XPLANATION:** *(Include onset date, diagnosis, medication, doctor's name and address and any current condition or limitation. Attach additional sheet, if eeded.)*

certify under the penalty of perjury, under the laws of the State of California, that I have provided true and complete information oncerning my health.

| TE | DRIVER'S SIGNATURE |
|---|---|

## RIVER'S ADVISORY STATEMENT

edical information is required under the authority of Divisions 6 and 7 of the California Vehicle Code. Failure to provide the information is ause for refusal to issue a license or to withdraw the driving privilege.

ll records of the Department of Motor Vehicles, relating to the physical or mental condition of any person, are confidential and not open to ublic inspection (California Vehicle Code Section 1808.5). Information used in determining driving qualifications is available to you and/or your -presentative with your signed authorization.

*he department has sole responsibility for any decision regarding your driving qualifications and licensure. The department will also consider on-medical factors in reaching a decision.*

## EDICAL INFORMATION AUTHORIZATION (Valid for three years)
)CTOR, HOSPITAL, OR MEDICAL FACILITY *(NAME AND ADDRESS)*

| TE | MEDICAL RECORD/PATIENT FILE NUMBER |
|---|---|

hereby authorize my doctor or hospital to answer any questions from the Department of Motor Vehicles, or its employees, relating to my ysical or mental condition, and/or drug and/or alcohol use, and to release any related information or records to the Department of Motor ehicles or its employees. Any expense involved is to be charged to me and not to the Department of Motor Vehicles.

hereby authorize the Department of Motor Vehicles to receive any information relating to my physical or mental condition, and/or drug and/or cohol use or abuse, and to use the same in determining whether I have the ability to operate a motor vehicle safely.
OTE: You may wish to make a copy of the completed Driver Medical Evaluation for your records.

| GNED | DATE |
|---|---|

| TNESS | DATE |
|---|---|

S 2326 (Rev. 1/2008)

## DOCTOR'S MEDICAL EVALUATION

**INSTRUCTIONS TO THE DOCTOR:** The Department of Motor Vehicles' records indicate your patient may have a condition that could affect the safe operation of a motor vehicle. (See Instructions to the Doctor, page 1 for the specific medical condition(s) that is a concern to the department.) With your assistance, the department hopes to resolve the matter with a minimum of inconvenience to all concerned.

The Health History and Medical Information Authorization sections on page 1 must be completed and signed by the patient before you complete this Driver Medical Evaluation form.

Your experience and knowledge of the patient's condition, results of medical examinations and treatment plans, will be of great value in assisting the department to determine a proper licensing decision. PLEASE ANSWER ALL QUESTIONS on this form that are applicable to your patient's condition(s). You may furnish a narrative report if you prefer, but please include all information pertinent to your patient. *The department has sole responsibility for any decision regarding the patient's driving qualifications and licensure. The department will also consider non-medical factors in reaching a decision.*

### VISION

| VISUAL ACUITY  (without bioptic telescope) | BOTH EYES | RIGHT EYE | LEFT EYE |
|---|---|---|---|
| Without Lenses | 20/_____ | 20/_____ | 20/_____ |
| With Present Lenses | 20/_____ | 20/_____ | 20/_____ |

Any eye injury or disease?  (list)

Is further eye examination suggested?
☐ Yes   ☐ No

### TREATMENT BY OTHER DOCTOR(S)

Is this patient being treated for any condition by another doctor?
☐ Yes   ☐ No

If yes, please indicate name of treating doctor(s).

Condition being treated:

### TREATMENT UNDER YOUR SUPERVISION

DIAGNOSIS *(IF THE DIAGNOSIS IS A DISORDER CHARACTERIZED BY, DEMENTIA, LAPSES OF CONSCIOUSNESS, OR DIABETES, COMPLETE PAGE 3, 4, or 5.)*

DO YOU NEED TO SEE YOUR PATIENT AT REGULAR INTERVALS?  IF YES, HOW OFTEN?
☐ Yes   ☐ No

PROGNOSIS

THE CONDITION
☐ Improving   ☐ Stable   ☐ Worsening or deteriorating   ☐ Subject to change *(IF MULTIPLE CONDITIONS, PLEASE DESCRIBE STATUS AND PROGNOSIS IN COMMENTS BELOW.)*

MANIFESTATIONS:  (SYMPTOMS)

(PRESENT)

(PAST) | MAY CONDITION IMPAIR VISION?  ☐ Yes   ☐ No

HOW LONG HAS THIS PERSON BEEN YOUR PATIENT? | DATE OF LAST EXAMINATION

IS YOUR PATIENT UNDER A CONTROLLED MEDICAL PROGRAM?  ☐ Yes   ☐ No | HOW LONG HAS CONTROL BEEN MAINTAINED?

IS THE PATIENT ADHERING TO THE MEDICAL REGIMEN?  IF NO, PLEASE EXPLAIN:  ☐ Yes   ☐ No | IS THE PATIENT KNOWLEDGEABLE ABOUT THE MEDICAL CONDITION?  ☐ Yes   ☐ No

LIST THE MEDICATIONS PRESCRIBED.  PLEASE INCLUDE DOSAGE AND FREQUENCY OF USE

WHEN WAS THE LAST MEDICATION CHANGE MADE?

WOULD THE SIDE EFFECTS FROM THE PRESCRIBED MEDICATIONS INTERFERE WITH THE SAFE OPERATION OF A MOTOR VEHICLE?
☐ Yes   ☐ No   If yes, please describe:

IN YOUR OPINION, DOES YOUR PATIENT'S MEDICAL CONDITION AFFECT SAFE DRIVING?
☐ Yes   ☐ No   ☐ Uncertain

HAVE YOU ADVISED AGAINST DRIVING?
☐ Yes   ☐ No

DOCTOR'S COMMENTS:

DS 2326 (Rev. 1/2008)

## EVELS OF FUNCTIONAL IMPAIRMENTS

unctional impairments that may affect safe driving ability. Please check where applicable.

| | MILD | MODERATE | SEVERE |
|---|---|---|---|
| isual neglect................................... | ☐ | ☐ | ☐ |
| ] Left side ☐ Right side | | | |
| oss of upper extremity motor control........ | ☐ | ☐ | ☐ |
| ] Left side ☐ Right side | | | |
| oss of lower extremity motor control........ | ☐ | ☐ | ☐ |
| ] Left side ☐ Right side | | | |

OULD ADAPTIVE DEVICES AID YOUR PATIENT IN COMPENSATING FOR HIS/HER DISABILITY?
] Yes ☐ No ☐ Uncertain

YES, PLEASE DESCRIBE

OULD YOU RECOMMEND A DRIVING TEST BE GIVEN BY DMV?
] Yes ☐ No ☐ Uncertain

## EMENTIA OR COGNITIVE IMPAIRMENTS

] Alzheimer's Disease
] Other Dementia *(Please describe the type of dementia below, e.g., multi-infarct, metabolic, post-traumatic.)*

STORY OF DISEASE, RESULTS OF TESTING, ETC.

sing the definitions given below, please rate the severity of the following forms of cognitive impairments in this patient.

**)EFINITIONS:**    **Mild:**    Judgment is relatively intact but work or social activities are significantly impaired. Ability to safely operate a motor vehicle may or may not be impaired.

!ased on
SM III-R)    **Moderate:**    Independent living is hazardous and some degree of supervision is necessary. The individual is unable to cope with the environment and driving would be dangerous.

   **Severe:**    Activities of daily living are so impaired that continual supervision is required. This person is incapable of driving a motor vehicle.

| | NONE | * MILD | * MODERATE | * SEVERE | UNCERTAIN |
|---|---|---|---|---|---|
| emory Loss............................... | ☐ | ☐ | ☐ | ☐ | ☐ |
| epression, secondary to dementia... | ☐ | ☐ | ☐ | ☐ | ☐ |
| iminished Judgment...................... | ☐ | ☐ | ☐ | ☐ | ☐ |
| npaired Attention......................... | ☐ | ☐ | ☐ | ☐ | ☐ |
| npaired Language Skills............... | ☐ | ☐ | ☐ | ☐ | ☐ |
| npaired Visual Spatial Skills........... | ☐ | ☐ | ☐ | ☐ | ☐ |
| npulsive Behavior......................... | ☐ | ☐ | ☐ | ☐ | ☐ |
| roblem Solving Deficits.................. | ☐ | ☐ | ☐ | ☐ | ☐ |
| oss of Awareness of Disability......... | ☐ | ☐ | ☐ | ☐ | ☐ |

| **VERALL DEGREE OF IMPAIRMENT** | ☐ | ☐ | ☐ | |

## APSE OF CONSCIOUSNESS DISORDER

EASE IDENTIFY THE LAPSE OF CONSCIOUSNESS DISORDER BEING REPORTED *(Type of seizure, nocturnal, isolated, syncope, ackouts, etc.)*

DATE(S) OF EPISODE(S) IN THE PAST THREE YEARS

ATE OF ONSET, IF KNOWN

DATE AND TIME OF LAST EPISODE

lease indicate the impairments identified below that are presently shown by your patient.

| | YES | NO | UNCERTAIN |
|---|---|---|---|
| poradic loss of conscious awareness........................................................ | ☐ | ☐ | ☐ |
| oss of consciousness .......................................................................... | ☐ | ☐ | ☐ |
| npaired motor function ........................................................................ | ☐ | ☐ | ☐ |

### FFECTS AFTER EPISODE

| | YES | NO | UNCERTAIN |
|---|---|---|---|
| onfusion.............................................................................................. | ☐ | ☐ | ☐ |
| iminished concentration....................................................................... | ☐ | ☐ | ☐ |
| iminished judgment.............................................................................. | ☐ | ☐ | ☐ |
| lemory loss........................................................................................ | ☐ | ☐ | ☐ |

| | YES | NO |
|---|---|---|
| medication is taken to control seizures, are the serum levels recorded? | ☐ | ☐ |
| re the serum levels medically acceptable? | ☐ | ☐ |

## IABETES

| EASE INDICATE THE TYPE OF DIABETES THIS PATIENT HAS | DATE OF DIAGNOSIS |
|---|---|
| ☐ Type 1    ☐ Type 2    ☐ Gestational | |

HAT METHOD OF TREATMENT IS REQUIRED?
☐ Controlled diet    ☐ Oral diabetes medication    ☐ Insulin injections    ☐ Insulin pump    ☐ Other:

S THIS PATIENT RECEIVED DIABETES EDUCATION FROM A HEALTH CARE PROFESSIONAL(S)?
☐ Yes    ☐ No

)ES THIS PATIENT COMPLY WITH THE PRESCRIBED TREATMENT PLAN?
☐ Yes    ☐ No

NO, PLEASE EXPLAIN

THE DIABETES CONTROLLED AT THIS TIME?
☐ Yes    ☐ No

| YES, HOW LONG HAS CONTROL BEEN MAINTAINED? | IF NO, PLEASE EXPLAIN |
|---|---|

| HAT ARE THIS PATIENT'S FASTING BLOOD GLUCOSE LEVELS? | AFTER HOW MANY HOURS OF FASTING? |
|---|---|

| THIN THE LAST THREE YEARS, HAS THIS PATIENT EXPERIENCED | REASON FOR EPISODES (e.g., non-compliance w/regimen, change in condition, insulin unavailable, illness, etc.) |
|---|---|
| ☐ Hypoglycemic episodes?    ☐ Hyperglycemic episodes? | |

lease indicate the complications manifested by the hypoglycemic or hyperglycemic episodes and rate the severity of each.

| | NONE | MILD | MODERATE | SEVERE | UNCERTAIN |
|---|---|---|---|---|---|
| bdominal pain.......................... | ☐ | ☐ | ☐ | ☐ | ☐ |
| ognitive deficits....................... | ☐ | ☐ | ☐ | ☐ | ☐ |
| onfusion................................ | ☐ | ☐ | ☐ | ☐ | ☐ |
| onfusion or disorientation......... | ☐ | ☐ | ☐ | ☐ | ☐ |
| coordination........................... | ☐ | ☐ | ☐ | ☐ | ☐ |
| ypoglycemic unawareness....... | ☐ | ☐ | ☐ | ☐ | ☐ |
| ack of stamina........................ | ☐ | ☐ | ☐ | ☐ | ☐ |
| oss of consciousness.............. | ☐ | ☐ | ☐ | ☐ | ☐ |
| tupor.................................... | ☐ | ☐ | ☐ | ☐ | ☐ |
| isual changes........................ | ☐ | ☐ | ☐ | ☐ | ☐ |
| etoacidosis........................... | ☐ | ☐ | ☐ | ☐ | ☐ |
| lowed reactions..................... | ☐ | ☐ | ☐ | ☐ | ☐ |
| eizures................................ | ☐ | ☐ | ☐ | ☐ | ☐ |
| /eakness or fatigue................. | ☐ | ☐ | ☐ | ☐ | ☐ |
| ther.................................... | | | | | |

3 2326 (Rev. 1/2008)

DES THIS PATIENT MANAGE HYPOGLYCEMIC OR HYPERGLYCEMIC EPISODES WITH OR WITHOUT HELP?
☐ With    ☐ Without

IS THIS PATIENT'S DIABETES CAUSED ANY OF THE FOLLOWING CHRONIC COMPLICATIONS?
☐ Visual changes    ☐ Kidney disease    ☐ Nervous system disease    ☐ Vascular disease

EASE DESCRIBE THE EXTENT OF THE COMPLICATIONS

| | |
|---|---|
| IS THIS PATIENT BEEN HOSPITALIZED WITHIN THE LAST THREE YEARS DUE TO DIABETES COMPLICATIONS? | WHAT COMPLICATIONS NECESSITATED HOSPITALIZATION? |
| ☐ Yes    ☐ No    If yes, please give dates: | |

IS AMPUTATION BEEN NECESSARY?
☐ Yes    ☐ No

YES, PLEASE EXPLAIN

## DDITIONAL COMMENTS BY DOCTOR

## OCTOR'S SIGNATURE

| OCTOR'S SIGNATURE | DOCTOR'S NAME (PRINTED) | DATE |
|---|---|---|
| ASSIFICATION OR SPECIALTY | MEDICAL LICENSE NUMBER | TELEPHONE NUMBER<br>(    )    - |

94286-0994
*Sacramento California* *Franchise Tax*
*P.O. Box 94286*

| YEAR | **Renter** | CALIFORNIA FORM |
|---|---|---|
| **2008** | **Assistance Claim** (for income received in 2007) | **9000R** |

**STEP 1**
**Name and address**
Place label here, type, or print

Your first name: MICHAEL   Initial   Last name: A WOOGWOOD
Spouse's/RDP's first name: NONE   Initial   Last name:
Address (including number and street, PO Box, or PMB no.): General Delivery U.S. Post Office   Apt no.
City, town, or post office: San Francisco   State: CA   ZIP Code: 94142

**STEP 2**
**Social security number (SSN)**

Your SSN: 550 43 1761   Spouse's/RDP's SSN:

**IMPORTANT:** Your SSN is required.

**STEP 3**
**Filing status**

1. Are you a United States citizen? Check "Yes" or "No" . . . . ● **1.** ☒ YES  ☐ NO
   If you checked "Yes," skip line 2 and go to line 3.
   If you checked "No," go to line 2.

2. Benefit Eligibility for Noncitizens . . . . . . . . . . . . . . . . . ● **2a.**   Alien Status Code
   If you are not a citizen of the United States, go to page 10. If you
   have a qualifying alien status for the United States, enter your
   alien status code from the chart on page 10 on line 2a. Then   ● **2b.**   Alien Registration Number
   enter your alien registration number on line 2b and your date
   of entry into the United States on line 2c. (MM/DD/YYYY)   ● **2c.** July 16th 2008
   Date of Entry

3. Check the appropriate box if you were **one** of the following on
   December 31, 2007:
   ◯ A. 62 years or older (See page 5, line 3A) . . . . . . . . . . ● A ☐
   ◯ B. Under 62 years and blind . . . . . . . . . . . . . . . . . . ● B ☐
   ⊗ C. Under 62 years and disabled (not blind) . . . . . . . . ● C ☒

   *If you cannot check one of the boxes, STOP HERE. You do not qualify to
   file for a Renter Assistance claim.*

4. Enter your date of birth (example: 0 5 / 2 1 / 1 9 4 5) . . . . . ● **4.** November 11th 1961
   You must enter your date of birth   MM  DD  Y Y Y Y   Date of Birth

   *See instructions on page 5 and page 6 to see if you must attach a proof
   document to your claim.*

**STEP 4**
**Rental information**

5. Enter the total number of months during 2007 that you
   lived in one or more qualified rented residence(s) in
   California. See instructions . . . . . . . . . . . . . . . . . . . . ● **5.** 10 mnths   months

6. If the address where you lived during 2007 is different than the address you
   entered in Step 1, or if the address in Step 1 is a post office box, enter your 2007
   residence address. (If more than one rented residence, attach a list.)
   Street Address: Krishna Hotel 2032 Mission Street   City: San Francisco
   State and ZIP Code: California 94110   RENTED FROM 3/2007 to 18/2007

7. Enter the name, address, and telephone number of your landlord or the person
   to whom you paid rent during 2007. (If more than one landlord, attach a list.)
   NAME: Mr. Patel
   ADDRESS: 2032 Mission Street General Delivery   APT. or UNIT NO.
   CITY: San Francisco, California   STATE and ZIP CODE: 94110
   TELEPHONE ( )   no phone # (cordless)

| | | | Monthly | | Yearly | |
|---|---|---|---|---|---|---|

**STEP 5**
**Yearly (Monthly) income of household members**

On line 8 through line 13 below, enter your household income for the 2007 calendar year. Include the income of your spouse/RDP and certain other household members. See instructions for other household members on page 7 and page 8.   **(Dollars)**

| | Monthly | | Yearly | |
|---|---|---|---|---|
| 8. Social Security and/or Railroad Retirement .......... 8. | 954 | 00 | 11,448 | 00 |
| 9. Interest, Dividends, and/or Gain or (Loss) .......... 9. | 0 | 00 | 0 | 00 |
| 10. Pensions, Annuities, and IRA distributions ....... 10. | 0 | 00 | 0 | 00 |
| 11. SSI/SSP, (Gold Check). See page 7 ....... same ) 11. | 954 | 00 | 11,448 | 00 |
| 12. Rental and Business Income or (Loss) ........ 12. See page 7. | 120 | 00 | 120 | 00 |
| 13. Other Income (including wages, spouse's/RDP's income) See page 7 ..................... 13. | 495 | 00 | 11,943 | 00 |
| 14. Subtotal. Add line 8 through line 13............. 14. | 1491 | 00 | 41,943 | 00 |
| 15. Adjustments to Yearly Income. See page 8 ....... 15. (If you do not have any adjustments to income, enter zero and go to line 16.) | | | 72 | 00 |
| 16. TOTAL YEARLY HOUSEHOLD INCOME IN 2007. Subtract line 15 from line 14. .......... • 16. If line 16 is more than $44,096, STOP. **You do not qualify.** | | | 12,??? | 00 |

Do you receive Temporary Assistance to Needy Families, formerly Aid to Families with Dependent Children (AFDC)? ....    ☐ YES  ☒ NO

**STEP 6**
**Renter assistance claimed**

You do not have to complete line 17. If you stop here, we will figure the amount of assistance for you.

17. Renter assistance claimed. (Optional)
    (Cannot exceed $347.50) See page 13 ............... ■ 17.   $?60. 00?

**Reminder**
If this is your first year filing a Renter Assistance claim and you did not receive SSI, provide proof of your age, disability, or blindness.

If you filed a claim last year and are under 62 years old, you will need to provide proof of your temporary disability if you did not receive SSI. (This is an annual requirement.)

**STEP 7**
**Signature, date, and telephone number**

**Caution:** To avoid delay of your check, be sure to provide all required information, sign below, and mail to: **FRANCHISE TAX BOARD, PO BOX 942886, SACRAMENTO CA 94286-0904.**

I authorize the Franchise Tax Board to match my name and the information provided herein, as well as information necessary to process my claim, against information gathered from public records, the files of the Department of Health Services, and other state or federal agencies to confirm my eligibility for the Renter Assistance Program.

Under penalties of perjury, I declare that this claim and all statements regarding my eligibility and citizenship or alien status, including accompanying schedules and any additional information I may provide to the Franchise Tax Board to the best of my knowledge, true, correct, and complete. By signing this claim, I authorize the Franchise Tax Board to mail any assistance to which I am entitled, pursuant to this claim, to the address listed in step one.

Print Name _Michael Anthony Logwood_

**Sign Here ▶**   X _Michael Anthony Logwood_     Date _July 16th 2008_

Claimant's Daytime Telephone Number ● (        )   _no phone # yet_

**Paid Preparer's Use Only**

| PREPARER'S SIGNATURE ▶ | Date | Check if self-employed ☐ | Preparer's social security number/PTIN |
|---|---|---|---|
| FIRM'S NAME (OR YOURS, IF SELF-EMPLOYED) AND ADDRESS ▶ | | | FEIN |
| | | | TELEPHONE (      ) |

| Do not write in this space | Do not write in this space | | | | | | |
|---|---|---|---|---|---|---|---|
| | L | D | I | A | R | RES | |

**Side 2**   FTB 9000R 2008

**STEP 5**
Yearly
(Monthly)
income of
household
members

On line 8 through line 13 below, enter your household income for the 2007 calendar year.
Include the income of your spouse/RDP and certain other household members.
See instructions for other household members on page 7 and page 8.    (Dollars)

| | Monthly | Yearly |
|---|---|---|
| 8. Social Security and/or Railroad Retirement .......... 8. | 954 00 | 11,448 00 |
| 9. Interest, Dividends, and/or Gain or (Loss) .......... 9. | — 00 | — 00 |
| 10. Pensions, Annuities, and IRA distributions ..... 10. | 00 | 00 |
| 11. SSI/SSP, (Gold Check). See page 7 ....... some ) 11. | 954 00 | 16,448 00 |
| 12. Rental and Business Income or (Loss) .......... 12.<br>See page 7 | 120 00 | 120 00 |
| 13. Other Income (including wages, spouse's/RDP's income) See page 7 .......... 13. | 495 00 | 16,943 00 |
| 14. Subtotal. Add line 8 through line 13. .......... 14. | 1491 00 | 41,943 00 |
| 15. Adjustments to Yearly Income. See page 8 .......... 15.<br>(If you do not have any adjustments to income, enter zero and go to line 16.) | | 72 00 |
| 16. TOTAL YEARLY HOUSEHOLD INCOME IN 2007.<br>Subtract line 15 from line 14. .......... ● 16.<br>If line 16 is more than $44,096, STOP. You do not qualify. | | 12,865 00 |

Do you receive Temporary Assistance to Needy Families,
formerly Aid to Families with Dependent Children (AFDC)? .... ☐ YES ☒ NO

**STEP 6**
Renter
assistance
claimed

You do not have to complete line 17. If you stop here, we will figure the amount of
assistance for you.

17. Renter assistance claimed. (Optional)
(Cannot exceed $347.50) See page 13 .................. ■ 17. $260.00

**Reminder**

If this is your first year filing a Renter Assistance claim and you did not receive SSI, provide proof of
your age, disability, or blindness.

If you filed a claim last year and are under 62 years old, you will need to provide proof of your temporary
disability if you did not receive SSI. (This is an annual requirement.)

**STEP 7**
Signature,
date, and
telephone
number

Caution: To avoid delay of your check, be sure to provide all required information, sign below, and mail to:
FRANCHISE TAX BOARD, PO BOX 942886, SACRAMENTO CA 94286-0904.

I authorize the Franchise Tax Board to match my name and the information provided herein, as well as information necessary to
process my claim, against information gathered from public records, the files of the Department of Health Services, and other state or
federal agencies to confirm my eligibility for the Renter Assistance Program.

Under penalties of perjury, I declare that this claim and all statements regarding my eligibility and citizenship or alien status, including
accompanying schedules and any additional information I may provide to the Franchise Tax Board are to the best of my knowledge,
true, correct, and complete. By signing this claim, I authorize the Franchise Tax Board to mail any assistance to which I am entitled,
pursuant to this claim, to the address listed in step one.

Print Name _Michael Anthony Lockwood_

**Sign Here ▶**  X _Michael Anthony Lockwood_    Date _July 16th 2008_

Claimant's signature    _no phone yet_
Claimant's Daytime Telephone Number ● (     )

**Paid
Preparer's
Use Only**

| PREPARER'S SIGNATURE ▶ | Date | Check if self-employed ☐ | Preparer's social security number/PTIN |
|---|---|---|---|
| FIRM'S NAME (OR YOURS, IF SELF-EMPLOYED) AND ADDRESS ▶ | | FEIN | |
| | | TELEPHONE (     ) | |

| Do not write in this space | Do not write in this space | | | | | |
|---|---|---|---|---|---|---|
| | L | D | I | A | R | RES |
| | | | | | | |

·Social Security Administration
**Supplemental Security Income**

SOCIAL SECURITY
1098 VALENCIA ST
SAN FRANCISCO, CA 94110
Claim Number: 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
July 02, 2008
cha

MICHAEL A. LOGWOOD
GENERAL DELIVERY
SAN FRANCISCO, CA 94142-9999

Dear MICHAEL LOGWOOD

On April 23, 2008, you stated that you think you may not have received your SSI benefit
checks for the following month: January 2005, February 2005, January 2006, February
2006, March 2006, January 2007 and February 2007. We requested photocopies of SSI
checks for those month for you to review.

On May 13, 2008, you reviewed the signatures of all the checks for all the months
indicated in the above and acknowledged that the signatures on those checks were
yours.

On May 13, 2008, you also requested to review the photocopy of the December 1, 2004
SSI check. We are writing to let you know that we have the photocopy of the December
2004 SSI check at our office. You may come in before August 2, 2008 to review it.

If you have any questions, you should call, write or visit any Social Security office. If
you visit an office, please bring this letter. It will help us answer your questions.

*Maria Stella*

Maria Stella
District Manager

