Michael Anthony Logwood
Name and Address
General Delivery
U.S. Post Office San Francisco, California 94142

FILED
08 JUL 17 AM 11:50
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Michael Anthony Logwood
Plaintiff / Petitioner

vs.

commissioner social security
Peter Spencer McShane
Defendant / Respondent

Case No. 08-2349 PJH

Document Name:

4th opposition-Motion to grant Income-process Judges appeal verification of process of Income Speedy ease conference method By District Judge. MAL

4th

notice of oppositoin motion to grant
income

the fact maintains that the d.a. miss wongs wangs a lawyer wang
cmame to the place of business on the corner in effect with a ta
device at the time of five fourty five concerning
a factual recording of a tape recording of thecustromer oriented
fe perimeter
whereas the opposion states the affidavivit is clearly precipiti
his claim of aproper venue for judicious coucel may only determi
district court as may on;y be a judge on the seventh, judge hail
theconstitutional account provides the place of business c did f
and erroneoeusly provide business correspondence two blocks away
er were submitted by miss stella.
the account arises an legal counsel after the thied opposition w
grant income from the judgein factmiss stella were actually at t
floor of the mcallester building 450 wher the drug enfocement ag
15th floor from the court. an entierely innappropriate function as to
l related correspondence not relevant to the account of the appe
note.. inlegal ruling of appliicability
the district court may allow to deny the right and correspondenc
lla as the procedure by job title is only that an appeal on the
reviewed by acommisioner is the only vehicle of procedure an off
may not make a decision realting especially by composition to th
rse context of his relevanceie. although hestates englsh and a c
in writing letters with a pass a grade the factual evidence is s
he recieved his diploma from a scientology two hundred dollar a
school in encino california
an job relatwed account at the time were maitained the principal
ool licensed and owner wherest the billwere paed by the appelant
the street at the area were a
city college entrance is in sanfrancisco, and the other customer
her practice theschoolwhere he achieved his diploma would get no
that this date the attestation wrere forwarded they dont give a
at a certified
book seller at asan francisco kloacation were stated as an accou
library this date were the premises therof
wher the group sells books and ny tuition were verifyably paid f
sufficiently legality expresses by trade and profession here
whereas the appelant may coincide to bring about aproper desion
earance would relate aproposed income basis as to exact practice
d form were considered dult an attribute o weight of argument to
ion concerened a meaningful basis legally and
accurately as the the outcome in fact
really accounted in fact for the business of another. the appela
fy he was within the legal andprepatory constitutionality of
the business of another to recieve an appropriate
judgement be commendedfor the appelant as to incomeincome could
elves equaimiously and favorably and the basis legally as well
the manager miss stella has no basis as unconstutionalmaintains
fore the other businessprepared professioanl accompaniment thatw
business privacy income related matter at aplace, the appelant c
arhguably proposed he nad records on file of no cooking faciliti
as well a n apartment such as the krishna is condoneable to main
means of income could also state with rental records noworking w
vely inequivocally based on the lack of them altogether were a f
for privacy breachbased solely on the income of the arrealant to
the business or stately menas condones to maintaina dr bias rela
where he has his own covereage paid by he has a basis of verifie
he as well

alledging true mismanagemnt of proof of verification were sustained her b
dence of faulty statements
ie we said you can come in you did not see about the december forth check
ere recieved we have checked all the otheres' it is evident the statement
were allpaid recieving the standard amount concurs the concealment of pri
of a check method were not availing in there method of evicdence as leter
correspondence acoounts for legible evidenvce of anothere state from a sa
francisco office dod not show a valued two fols check retention method as
verese and from of private verification methods the productive record ke
private and public methods show only a check to the post office showing i
ction to payee has no tabl;ature concerening the personal services of bal
re maryland to show the plausible recovery wer based on a consultation ra
has none tyo find by their busibness, improper in fact that january and f
ry of 2005 and 2006 actually show a letter as evidence of miss stellla ha
re further evidence of no check balance where in proper legal procedure t
strcict and the city of the dafor mr speecer were the representative of t
[illegible]

of the remandeuer and enforcement in thew city if [illegible]

Be remanded by method of enforcement by day to : Michael Anthony Jagwood on this date a speedy and Early reply be due to General Delivery By [illegible] [illegible] to [illegible] By the [illegible] Judge [illegible] This date [illegible] motion by method of [illegible] to approve [illegible] [illegible] [illegible]

process of checks [illegible] Be [illegible] upon [illegible]

Michael Jagwood Anthony Speedy reply [illegible]

[illegible]