**Name and Address:** Michael Anthony Jagwood
General Delivery, U.S. Post Office
San Francisco, California 94142

FILED
08 JUL 23 AM 11:28
RICHARD W. WIEKING
U.S. DISTRICT COURT
N. D. OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Michael Anthony Jagwood
**Plaintiff / Petitioner**

VS.

Peter Spencer Ms Chair — commissioner: SSI buildg
**Defendant / Respondent**

Case No. 08-2349 PJH

**Document Name:**

Motion for Granting New Evidence - of filing regd
newer close - Appl Admin
tve Remedy - Evidence
Motion to Grant & accept
Income - for Enforcement
of Toyent (closed to open)
SSI office non open
who regdly is evident.
Motion for Speedy
reply with Ineffe
3rd cenpul of Releey
consistent with
New Evidence submitted
w-r filing to grant
Income

in noting the facts, it seems more prepatory by delineation of the specific natu
inquiry, to preempt to make available as a resource of legal retention to order
specify from the judge the exact exchange, of furnishing the monies from january
february, because certain facts persist to exist that are
clearly prevalent where the appelant may explore them that exist legally and by
presence of the facts not showing .
he may ask for furthewr inquiry to see if he may fill out the dates of employmen
from 2001 to 2008 that there arent any forms sent to a person who fills out thw
mation concerning update your employment history from 2001 to 2008
he may explore the grounds of the other person whom were listed in his arrangeme
sufficiently denotes a denomination of chinese wher his denominational pre relev
is designated as a degree by study in a courseroom, to pay only money that the p
ns claim for assisance indicated he was being cionsidered at one time for a pres
as evidenced as shown for review of asset removal to show in the exploration of
ds the interview this date shows no data sheet, is in aprticular is a basis for
usiness reply to the appelant to show him his records indicates current to the t
of the interview and appointment the true fact that one was not shown and stated
notexist, iis a matter where if there had been no similarly oriented policy by r
se withe the convenients facts of a spread sheet provided for the appeal itself
are certain claims the appelant may make based on h9is oppurtunity to determine
referecing . he may discern the written determination of no coverage on his own
sheet shows he has an evidenced blue cross card, shows that the rercipient liste
no coverage is stated, he may also based on the assignation of actual policy of
remedies of medical relate to establishing the facts particular when you do have
coverage is truly different than ssi as a record you get spomewhere else the cov
plan will cover a drs visit, there is none concerning if he made a claim to dete
where his money actually went to
seek the available method to see his coverage and see the status sheet shown or
his basis of payment
if he had covereage and it were not shown, then whast kind is it has a basis of
ill.
for instancethe sheet is not shown in aparticular cases where a judge may only d
 a case for the return of his monies to seek a resolution in california, to his
january and february were not properly deliberated, the
appelant may also relate that the consensus of workers were only not to show the
cross referencing methods of real adjudication because he can enter them to dete
cross referencing methods as a more accurate and skilled perseverance to allow t
limits and construct os a misrepresented check to be more properly discerned.
thus the delineation allows him certain rights by specificty toi explore wher as
gh it reqires a true organized assemply to see clearly where this may have hasd
occur, the facts show there is no income stated in november december andoctober
three months begfore hand the fore knowl;edge of july where
he amy have done a show the year before with lee syracuse a cschediuled magic su
er for a magic show. the account specifies,
the office actaully paid these checks they say is evidenced improperly then its
letter says we stated you said these look like your signatures for payment.
i am in fact attesting on record that during the period of january to show a che
for that month and that an interviewer has sttated the fact of the maatter is wh
the office in the da, understansdinmg to realate legal policy to work out its ow
ficulties the previuos police employed worker has composed two counterrelevancie
income heres your statment of income if you dont think thats enough money yopu m
sk the judge she will answere it for you,
it deosnt look like alot of monet and the revision polcy of ssi is spoecific the
new years of employment really specically only go to on the basis of an applicat
an exact determined period thuus the status sheet was not shwon because it was s
there is not one is interim relevant on the basis of
the mid semester date were stated unpaid , as stated paiid ythe october payment
stated unpaid when paid and the december swere stated unpaid when paid and the

Would you like to give **feedback on images**?

## Looking for "glimpse" Products?
**Other customers suggested these items:**



Bare Escentuals bareMinerals Glimpse
★★★★☆ (4)  $13.00
Suggested by 1 customer



Bare Escentuals - Celery Glimpse
★★★★★ (1)  $13.00
Suggested by 1 customer

**Tags Customers Associate with This Product** ( What's this?)
Click on a tag to find related items, discussions, and people.

international culture (1)     travel writing (1)
study abroad (1)

**Search Products Tagged with**
[        ] (GO)
› See most popular Tags

**Your tags:** Add your first tag

**Help others find this product - tag it for Amazon search**
No one has tagged this product for Amazon search yet. Why not be the first to suggest a search for which it should appear?

## Rate This Item to Improve Your Recommendations
Sign in to rate this item
★★★★★ I own it

## Customer Reviews
**1 Review**

| 5 star: | ■ (1) |
| --- | --- |
| 4 star: | (0) |
| 3 star: | (0) |
| 2 star: | (0) |
| 1 star: | (0) |

**Average Customer Review**
★★★★★ (1 customer review)

Share your thoughts with other customers:
[ Create your own review ]

**Most Helpful Customer Reviews**

4 of 4 people found the following review helpful:

★★★★★ **A totally unique and amazing new way to look at the world!**, September 25, 2003
By **A Customer**

Knowing my love for world exploration, a friend recently recommended that I get myself a copy of Glimpse and having now read it cover to cover, I love him for it.

I have never before seen a magazine that actually explores life with foreign people in foreign lands without pretense, without bias imposed by advertising dollars, without concern for political neutrality or without attempting to achieve the impossible by trying to be "perfectly objective."

Essentially, this is a magazine whose mission (as they clearly state) is purely to "deepen our regard for the peoples and cultures of the world" by "bringing the world to life." There is a love for life, for people, for culture, and for the diversity of our

**Search Customer Reviews**
[        ] (GO)
☑ Only search this product's reviews

ADVERTISEMENT

and the office work shows a month in the fille of febraury where she shows jan
february is and was simply not p½aid because they sid they did not have a reco
letter she siad you could explore at the department really shows also it were
other month than january february becouse, it states at the office the police
have stted there is none is the basis of the previous experience of the interv
with administrative experinece said to look for a police document at thier own
s had no additional copy does not have a reference at the sevent street office
rrect it were stated not saved as to an actual leitenent whom stated youhave r
nt there has been no warrant, ther is nowarrasnt onrecord is confirmed none me
in the consitution of the grounds against the resouceful despositions of ssi w
is shown the coordinator did not answer any of his appeals ecxept for one he h
refunded one hundred and thirty dollars yet her written statement includes the
mo underpayments. noted if the appelant had known and does know that when in t
titution of one business to determine how to exclaim an improper record by not
wing it or onot keeping because it simply attests he hasds nopne that a becuas
ance is a evidienced basis if the accout wer known that underpayment as evider
loww the judge to simplify th e interview basis by determining why she may whe
determine the record werremoved because the relevancy did not favor the busine
lf although it wrote it it were ssi thaty did throw out or not keep a record w
real adminstrative pofficer to deiscern where you may go there is none allow h
dies of strengnghth of a updated non travailed document that also show more co
menas of basis begins to show a record of saying the income was paid when it w
showing a paid supervisorial; letter when it was not appropriate to write we c
ed the last check but you didnt come in traverses the expanse and indicates th
inty of m,oney itself gas areal financial basis. the amount is signifigane enc
whele the commisioner has an underpayment on record indicated there really is
ng wrong in the appeklant coordinators compatibilty to simply answere his appe
furthewr more the daafter the compliation would ste her basis of achieving his
al of hthe bivers act was also not to pay a medically related claim in the uni
stes of america is not a proper achievent to denote legally becase a ppo is me
coverage realting to the pprepractice of getting an appointment where a letter
tten to reapply for a drivers license thus an apppointment should come soon or
soon the actuqal heinious ness of the rlle ofmodern finacial categoricality i
based on he may also show his bill of health of a real record of a dr that at
previous dr wer faulty actuall has a real medical complaint where he ewas abl
competetently produce the bill of health asn to records according for update
appointment show s the achieving status of the office had sted therir relevew
the time of filing in distriict court him where he hads an acou
preeparing the remedies on filave real evidence as entered the asccount itself
would show against a chinse dathat sahe were not wil;ling to
allow her court of shambles methods where these practice mind you at the crim
court is entered to be reviewed and contested as
to

wrote down go look for the letter with the same qualifications of work is a m
ere also the record does not really have more than one copy that the busine
they itsouthssi is written on his appeal and his remedies are on file ,
the fact of the ommited
concerning anmr spencer and of
a relevancy of an insuranc
paid as to other housin
there is none misaertions

☐ History

**Find magazines matching ALL checked subjects**
i.e., each magazine must be in subject 1 AND subject 2 AND ...

---

| The Fruit Company | GreatArrivals | Christmas in July | Save $10 on Popular Personal Care |
|---|---|---|---|
|  Get a $15 gift certificate from Amazon.com with The Fruit Company orders of $50 or more. See details. Offer ends July 31.  > Shop all eligible items from The Fruit Company now |  Get a $20 gift certificate from Amazon.com with GreatArrivals orders of $75 or more. See details. Offer ends July 31.  > Shop GreatArrivals Gift Baskets now |  Save 35% today when you buy any two eligible holiday gift wrap products offered by Amazon.com.  > Here's how |  Save $10 today when you spend $29 or more on any combination of eligible personal care products, including Pond's, Lever 2000, Caress, and more.  > Here's how |

---

ADVERTISEMENT

 

Amazon.com/arts
> Shop Arts & Crafts at Amazon.com

---

**Feedback**
▸ If you need help or have a question for Customer Service, **contact us**.
▸ Would you like to **give feedback on images**?
▸ Is there any other feedback you would like to provide? **Click here**

---

**Where's My Stuff?**
Track your recent orders.
View or change your orders in Your Account.

**Shipping & Returns**
See our shipping rates & policies.
Return an item (here's our Returns Policy).

**Need Help?**
Forgot your password? Click here.
Redeem or buy a gift certificate/card.
Visit our Help department.

Search | Amazon.com ▼ |  | GO

---

**Your Recent History**(What's this?)

**Recently Viewed Products**           Loading Recommendations...
 First Glimpse
Magazine Subscription
Sandhills Publishing

**Recent Searches**
glimpse (Magazine Subscriptions)

> **View & Edit Your Browsing History**

---

http://www.amazon.com/Glimpse-Quarterly/dp/B00009VPDP/ref=sr_1_1?ie=UTF8&s=m...    7/22/2008

THE ANSWER WILL COME FROM A CLAIMS SUPERVISOR THERE WILL BE NO OFFICE M*
THAT FACTS ARE SUBSTANTIOATED ATHAT A PROPEWR APPEAL RELATING EXACTLY T*
STATED THE RACY EDUCATED ARGUMENMT UTILIAED BY STUDENTS IN EXPENSIVE LAW
DID NOT EXPLORE YOUR ADMINISTRATIVE REMWEDIES WERE UTILIZED AS TO HER BU*
SSLNI WANDG AND JOANNA FRIM AND THWE NATURE
MORE PROXIMATELY DEFINES THE SUBJECT OF AN EDUCATION FOR AN ATTORNEY WH*
WRITES PRIVATES BUSINESS OPF WRITS AND CONFIRMS APPOINTMENTS AND GOES TO
S CASES AND MAKES MOTIONS IS DIRECTLY NRELEVANT TO THE EXACT RELATIVE SU*
EXACT SUBJECT
OF REPRESENTATION OF
THOSE THAT HAVE NOT OR AHHAVE RECIEVED A CHARGE THAT CANNOT BE PROVEN IN
IR WUILL BE A PRIVATE RECORD FROM THE ATTORNEY TO SUBSTANTIATE THE COURT
NOT GUILTY WHE N LEAD NOT GUILTY IS A WRIT PROFESSIONAL LEGAL PROCEDURE
UNTLIZED TO STATE HE HAD NO EVICDENCE TO SUBMIT HA SEVEN SUBSTANTIVE AFF*
EIDENCE CONCERNING EXACTLY HIS INCOME ON FILLE WITH THE SUPERIORCOURT.
THE FACT REMANIS IN TERMS OF ACTUALLY ANYWAY PURSUING THE INTERVIEW TO S*
VWERAGE ON FILLE OF BLUE CROSS EXISTED OR A MEDICAL CODE OF STATUS S OF
EXISTED SHE SAID WE HAVE NO SUCH UPDATE COVER SHEET THERE IS ONE OF A CH*
OF COUSRE THAT IS BNOT YOU THAT WEIGHS TO GET YOU MONEY THUS MEDICLA AND
ARE NOT SSI WE HAVE NO SUCH FACE SHEET FOR YOU YTO
INDICATE THE SAME KIND OF INORMAYION COMPLETELY IRRELEVANT TO ITHE INDIV*
AND DTHE DIABILITY APPEALANT HAS NO SPOUSE IN ALL RECORDS AND NO DEPENDA*
OF CHILDREN OF ABNY KIND IS COMPLETELY CORRECT WHER THERE IS NO DEPENDAN*
CHINESE PERSON BUT NONE FOR THE DISABILITY REXCORD HIMSELF
THE DISABILITY APOPIOTMENT REPRESENATIVE, A SWECRETARY SIAD YOU REALLY D*
ANY MONEY OR HOLD A JOB IF YOU THINK MAKING A REAL TEN THOUSAND DOLLARS
IN EMPLOYMENT IS A LOT OF MONEY OR NOT ALLOT OF MONEY YOU CAN CONTEST IT
DGE SHE WOULD ANSWER EMPLOYMENT AMOUINTS DIRECTLY AS TO REFERENCE AND SP*
STATE THE EXACT AMOUNT YOU ARE DUE.
THE FACT IS ENTERED AS SUCH ANS NARRATIVE FACTUAL EVIDENCE THE APPEALANT
DO SO IS HAVE THE JUDGE NOTE THE ADJUDICATION OF EVIDENCE OF A SMALL CLA*
LOOKE DINTI CIONCERNING THE EXACT PROCEDURES INTENT TO NOT HERE THE CASE
DICAL INJURY CLAIM OF ANY KNID WERE STATED IN INC)ME AND THE INCOME ITSE*
THEIER PROFEASSIONAL PRACTICE FOR A LEGAL RATE AND DEFEND MR SPENCERE TC*
CASE IS NOT ACCEPTABLE TO HIS BIVERS ACT RECORDF BE NOT KNOWN ABOUT IS A*
CLIENT TO CACTUALLY APPELANT MORE MATRRIALLY EXPLORE THEM BECOUSE THE BI*
IBNDICATION OF PROFESSIONAL MAGEMENT IN EMPLOYMENT HAVING A KIND OF RECC*
YOU MAKE CHECK THEIR CREDENTIALS WITH A BUSINESS WHEN ALSO IN FACT THIEF*
PERSON EMPLOYED TO ANSWERE THE QUESTION HAS NOT DONE SO. CONCEERNING AN*
CEPT FOR ONE LETTER ILL PAY ONE HUNDRED AND THITY DOLLARS IS OFFICIOUSLE*
A REAL EVIDENCE OF A N UNDERPAYMENT. WHERE TODAY SHE STATED THE WERE NO
EITHER,
INDICATES SHE STATES AS WELL THE EMPLOYMENT S CRITERIA AT SSI RELATING T*
MOVED TO THE OTHWER OFFICE FROM MARKET STREET IS YOU WERE DUE
NO INCOME COUSE THEY SID YOU HAD A WARRANT WHEN YOU CASM E IN ON THE FI*
BALTIMORE BOTCHED THEIR RECORD YOU WERRE THERE ALL MONTH YOU GOT NONE T*
SID THE EXACT MATTER OF JABNUARY AND FEBRUARY WERE RECIEVED FOR BOTH YE*
WERE SAYING YOU HAD A WARRANT,JANUARY OF BOTH YEAR THE FIRST MONTH EVEN
ERE DUE YOU CAN CONFIRM YOUR LEWTTER YOU HAD NO WARRANT QWITH THE POLIC*
IT IS NOTED THE DEPARTMENT KEEPS NO SECOND LETTER BUT MUY LETTER INDICA*
DID NOT SAVE THE OFFICIAL BUSINESS RELATED LETTER FROM THE LIETENANT OF
DEPARTMENT SAYING THEIR WAS NO CASE OR QWARRANT CONFIRMED THIS DAY,
NOTE A WARRANT OR WARRANRT FOR YOUR ARREST IS SOMEHTING THE D,A, GETS T*
TWO HUNDRED THOUSAND DOLLARS YOU HAVE TO GET PERMISION YOU HAVE TO HAVE*
HAVE NO RECORD BNO ONE HAS COME UP TO ME WITHHJ AN OFFICIAL: PIECE OF P*
NCE OF A WARRANT ANDAN OFFICER MAY QWRITE NO WARRANT OF A LITTERING TIC*
PARK TOO LONG ONE A NON TRAFFIC TICKET OF EVEN A METER MAID MAY SYS THI*
ONLY THE PLOICE MAY GET A WARRANT FROM THE DISTRICT ATTORNEY WITH APPRO*

opposition sixth of income on appeal relating to the
erronoeous accounts to sleght orinially formatted evidence iwith a mc
evidence on file

motion to grant income based on false and malicious employment facts
the fact sustqains thaqt on this date july 22nd, 2008the appelant fil
appeal form.hewere to have had made out an appointment on thedata bas
ticket appointment numder scheduler at the seventh street office,his
ed at the front deskthe secretary indicated she would give a statemer
ere i may go to another window once the requests have been made
i requested a astatement of income , and any indication the office we
new facts sahowing a check were doue concerning a ndistrict court app
the appelant were called in for a personal visit and interview inside
of the social security building at seventh  street the annex sevent t
frabncisco, the ssi building,
he recieved his statement of income. the statement were made at the l
have nothing to worry about, concerning the statement ewere furnishec
income will be confirmed as provided
it is noted at the interview a statement of earnings for actual emplc
there was no confirmed date to date employment application on file or
referencer data of ssi recipients confirming one had to be filled out
the first place when one were stated by the appelant completely fille
pay employment date consistent exact daters all confirmed employment
employed period did not exist to confirm per is true all consistent c
ment.
the exhibit is shown exhibit a. the source of income from the califor
where income is confirmed and sent through an authorizationm by workk
exhibit b, the amouint of actual earning that are really showing with
tion concerning how much money tyou made in employment for the qualif
incom,e that were recieved to be noted . without an application.
as per se even an outside source office at the irs or the office itse
sia d you arent due any money for a 1040a tax retuern the tax form sa
ssi recipients who recieve income frm who get ten thousnd eleven thou
uop
she said on alright,
the satement of income for 2007 indicastes what wa paid were a tax re
s due after anyway a stimulus payment wer less
the statement says if you have more than six hundred dollars in exper
ve threehundred dollars you declare. it will pay the higher amount at
ed and one dollares is six hundred dollars
the amont as evidenced is threee hundred is paid where sixhundred whe
es show a declaration of five ninewty five and a non returned tax ret
the statement is evidence of the amont to return a rtatax return the
bal;ance even when the clerk rescheduled the irs small claim date of
then were to leave the filling on the desk whereas the service for te
the court itself were rerequested for a new date
and in order for the ors to know how they were served with service
do thusly in real business have a 1040a tax return that has not been
no where tax return are established to paid out and checks are swent
a
or pennyslvanias were the checks come from fresno which is the dep½ar
surythe financial management center.
rthe 1040a were being requested to be reurnrd for the standars tax re
rst 2007 filing and no reply
thirdly the ioffice workere concerning the appeal clearly states he
the actual dfact of the d.a. even when the office manager may not mal
for the appeal supervisor mr, spencer the answere will come from a cl

SUMMARY FICA EARNINGS FOR YEARS REQUESTED

| YEAR | EARNINGS | YEAR | EARNINGS | YEAR | EARNINGS | YEAR | EARNINGS |
|------|---------:|------|---------:|------|---------:|------|---------:|
| 1977 | 556.59 | 1984 | 66.16 | 1990 | .00 | 1996 | .00 |
| 1978 | 252.53 | 1985 | .00 | 1991 | .00 | 1997 | .00 |
| 1979 | 2468.44 | 1986 | .00 | 1992 | .00 | 1998 | .00 |
| 1980 | 1616.83 | 1987 | .00 | 1993 | 240.00 | 1999 | .00 |
| 1981 | 321.60 | 1988 | .00 | 1994 | .00 | 2000 | 34.50 |
| 1982 | .00 | 1989 | .00 | 1995 | .00 | 2001 | 12.50 |
| 1983 | .00 | | | | | | |

SUMMARY MQGE EARNINGS FOR YEARS REQUESTED
NO MQGE EARNINGS FOR YEARS REQUESTED

REMARKS
CLAIMS ACTIVITY -- SEE MBR
CLAIMS ACTIVITY -- SEE SSR

# Social Security Administration

Date: July 22, 2008
Claim Number: 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DI

Name: MICHAEL ANTHONY LOGWOOD

MICHAEL ANTHONY LOGWOOD
GENERAL DELIVERY
SAN FRANCISCO, CA 94142-9999

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

**Other Important Information**

For the period 01/01/07 to 12/01/07 you received a total of $7450.00 in Supplemental Security Income benefits.

**If You Have Any Questions**

If you have any questions, you may call us at 1-800-772-1213, or call your local Social Security office at 415-554-1444. We can answer most questions over the phone. You can also write or visit any Social Security office. Your closest office is located at:

> SOCIAL SECURITY ADMINISTRATION
> 90 7TH ST, ANNEX 1ST FL
> SAN FRANCISCO, CA 94103

If you do call or visit an office, please have this letter with you. It will help us answer your questions.

Office Manager

SSN: 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DI          NAME: MICHAEL ANTHONY LOGWOOD

Payment dates and amounts are as follows:

| Month | Payment | Month | Payment | Month | Payment |
|---|---|---|---|---|---|
| 01/01/07 | $930.00 | 05/01/07 | $0.00 | 09/01/07 | $0.00 |
| 02/01/07 | $930.00 | 06/01/07 | $930.00 | 10/01/07 | $0.00 |
| 03/01/07 | $940.00 | 07/01/07 | $930.00 | 11/01/07 | $930.00 |
| 04/01/07 | $930.00 | 08/01/07 | $930.00 | 12/01/07 | $0.00 |

SOCIAL SECURITY ADMINISTRATION

Date: July 22, 2008
Claim Number: 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A
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DI

MICHAEL A LOGWOOD
GENERAL DELIVERY
SAN FRANCISCO CA 94142-9999

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

Information About Supplemental Security Income Payments

Beginning May 2008, the current
Supplemental Security Income payment is............... $ 954.00

This payment amount may change from month to month if income or living situation changes.

Supplemental Security Income Payments are paid the month they are due. (For example, Supplemental Security Income Payments for March are paid in March.)

*** RE Case 3:08-cv-02849-PJH Document 22 Filed 07/23/2008 Page 11 of 16 ***

## If You Have Any Questions

If you have any questions, you may call us at 1-800-772-1213, or call your local Social Security office at 415-554-8136. We can answer most questions over the phone. You can also write or visit any Social Security office. The office that serves your area is located at:

>   SOCIAL SECURITY
>   90 7TH ST, ANNEX 1ST FL
>   SAN FRANCISCO, CA 94103

If you do call or visit an office, please have this letter with you. It will help us answer your questions.

*[signature]*
OFFICE MANAGER

SOCIAL SECURITY ADMINISTRATION

Date: July 22, 2008
Claim Number: 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DI

MICHAEL A LOGWOOD
GENERAL DELIVERY
SAN FRANCISCO CA 94142-9999

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

Other Important Information

THERE ARE NO NEW OVERPAYMENTS AND THERE ARE NO UNDERPAYMENTS

If You Have Any Questions

If you have any questions, you may call us at 1-800-772-1213, or call your local Social Security office at 415-554-8136. We can answer most questions over the phone. You can also write or visit any Social Security office. The office that serves your area is located at:

SOCIAL SECURITY
90 7TH ST, ANNEX 1ST FL
SAN FRANCISCO, CA 94103

If you do call or visit an office, please have this letter with you. It will help us answer your questions.

OFFICE MANAGER

# SOCIAL SECURITY ADMINISTRATION

## REQUEST FOR RECONSIDERATION

*(Do not write in this space)*

The information on this form is authorized by regulation (20 CFR 404.907 - 404.921 and 416.1407 - 416.1421). While your response to these questions is voluntary, the Social Security Administration cannot reconsider the decision on this claim unless the information is furnished.

**NAME OF CLAIMANT:** Michael Anthony

**NAME OF WAGE EARNER OR SELF-EMPLOYED PERSON** *(If different from claimant.)*

**SOCIAL SECURITY CLAIM NUMBER:** 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

**SUPPLEMENTAL SECURITY INCOME (SSI) CLAIM NUMBER:**

**SPOUSE'S NAME** *(Complete ONLY in SSI cases)*

**SPOUSE'S SOCIAL SECURITY NUMBER** *(Complete ONLY in SSI cases)*

**CLAIM FOR** *(Specify type, e.g., retirement, disability, hospital insurance, SSI, etc.)*

I do not agree with the determination made on the above claim and request reconsideration. My reasons are:

The District Court O.A says I did not explore my Administrative remedies" in fact, I may apply for Jan - Feb 2006-2007 Because it is my pay, with / from Disability. The Treasury Financial Office-Kansas "The O.A. says leave without pay...

**SUPPLEMENTAL SECURITY INCOME RECONSIDERATION ONLY** *(See reverse of claimant's copy)*

"I want to appeal your decision about my claim for supplemental security income, SSI. I've read the back of this form about the three ways to appeal. I've checked the box below."

☐ Case Review   ☐ Informal Conference   ☐ Formal Conference

**EITHER THE CLAIMANT OR REPRESENTATIVE SHOULD SIGN – ENTER ADDRESSES FOR BOTH**

| SIGNATURE OR NAME OF CLAIMANT'S REPRESENTATIVE | CLAIMANT SIGNATURE |
|---|---|
| ☒ NON-ATTORNEY  ☐ ATTORNEY | |
| STREET ADDRESS: General Delivery San Francisco | STREET ADDRESS: General Delivery San Francisco |
| CITY: San Francisco  STATE: California  ZIP: 94142 | CITY: San Francisco  STATE: California  ZIP: 94142 |
| TELEPHONE NUMBER  DATE | TELEPHONE NUMBER: no phone  DATE |

### TO BE COMPLETED BY SOCIAL SECURITY ADMINISTRATION

See reverse of claim folder copy for list of initial determinations

1. HAS INITIAL DETERMINATION BEEN MADE?  ☐ YES  ☐ NO
2. CLAIMANT INSISTS ON FILING  ☒ YES  ☐ NO
3. IS THIS REQUEST FILED TIMELY? *(If "NO", attach claimant's explanation for delay and attach only pertinent letter, material, or information in social security office.)*  ☒ YES  ☐ NO

**RETIREMENT AND SURVIVORS RECONSIDERATIONS ONLY (CHECK ONE) REFER TO (GN 03102.125)**

☐ NO FURTHER DEVELOPMENT REQUIRED  (GN 03102.125)
☐ REQUIRED DEVELOPMENT ATTACHED
☐ REQUIRED DEVELOPMENT PENDING, WILL FORWARD OR ADVISE STATUS WITHIN 30 DAYS

**SOCIAL SECURITY OFFICE ADDRESS:**

**ROUTING INSTRUCTIONS (CHECK ONE)**

☐ DISABILITY DETERMINATION SERVICES *(ROUTE WITH DISABILITY FOLDER)*
☐ ODO, BALTIMORE
☐ PROGRAM SERVICE CENTER
☐ INTPSC, BALTIMORE
☐ DISTRICT OFFICE RECONSIDERATION
☐ OCRO BALTIMORE

**NOTE:** TAKE OR MAIL COMPLETED COPIES TO YOUR SOCIAL SECURITY OFFICE

FORM **SSA-561-U2** (9-85)   **CLAIMS FOLDER**   ☆U.S.GOVERNMENT PRINTING OFFICE 1996-409-631

SOCIAL SECURITY ADMINISTRATION                                    TOE 710

## REQUEST FOR RECONSIDERATION

*(Do not write in this space)*

The information on this form is authorized by regulation (20 CFR 404.907 - 404.921 and 416.1407 - 416.1421). While your response to these questions is voluntary, the Social Security Administration cannot reconsider the decision on this claim unless the information is furnished.

**NAME OF CLAIMANT**
Michael Anthony

**NAME OF WAGE EARNER OR SELF-EMPLOYED PERSON** *(If different from claimant.)*

**SOCIAL SECURITY CLAIM NUMBER**
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

**SUPPLEMENTAL SECURITY INCOME (SSI) CLAIM NUMBER**

**SPOUSE'S NAME** *(Complete ONLY in SSI cases)*

**SPOUSE'S SOCIAL SECURITY NUMBER** *(Complete ONLY in SSI cases)*

**CLAIM FOR** *(Specify type, e.g., retirement, disability, hospital insurance, SSI, etc.)*

The District Court O.A. says I did not explore my Administrative remedies" In fact, I may re-apply for Jan-Feb 2006-2007 Because it is my pay with/from Disability The Treasury Financial Office-Kansas "The O.A. says leave without pay ...

I do not agree with the determination made on the above claim and request reconsideration. My reasons are:

**SUPPLEMENTAL SECURITY INCOME RECONSIDERATION ONLY** *(See reverse of claimant's copy)*

"I want to appeal your decision about my claim for supplemental security income, SSI. I've read the back of this form about the three ways to appeal. I've checked the box below."

☐ Case Review   ☐ Informal Conference   ☐ Formal Conference

**EITHER THE CLAIMANT OR REPRESENTATIVE SHOULD SIGN – ENTER ADDRESSES FOR BOTH**

**SIGNATURE OR NAME OF CLAIMANT'S REPRESENTATIVE**   ☒ NON-ATTORNEY   ☐ ATTORNEY

**CLAIMANT SIGNATURE**

**STREET ADDRESS**
General Delivery San Francisco

**STREET ADDRESS**
General Delivery San Francisco

**CITY** San Francisco   **STATE** California   **ZIP CODE** 94142

**CITY** San Francisco   **STATE** California   **ZIP CODE** 94142

**TELEPHONE NUMBER** *(Include area code)* ( — )   **DATE**

**TELEPHONE NUMBER** *(Include area code)* ( — ) no phone   **DATE**

---

**TO BE COMPLETED BY SOCIAL SECURITY ADMINISTRATION**

See reverse of claim folder copy for list of initial determinations

1. HAS INITIAL DETERMINATION BEEN MADE?   ☐ YES   ☐ NO
2. CLAIMANT INSISTS ON FILING   ☒ YES   ☐ NO
3. IS THIS REQUEST FILED TIMELY? *(If "NO", attach claimant's explanation for delay and attach only pertinent letter, material, or information in social security office.)*   ☒ YES   ☐ NO

**RETIREMENT AND SURVIVORS RECONSIDERATIONS ONLY (CHECK ONE) REFER TO (GN 03102.125)**

**SOCIAL SECURITY OFFICE ADDRESS**

☐ NO FURTHER DEVELOPMENT REQUIRED   (GN 03102.125)

☐ REQUIRED DEVELOPMENT ATTACHED

☐ REQUIRED DEVELOPMENT PENDING, WILL FORWARD OR ADVISE STATUS WITHIN 30 DAYS

**ROUTING INSTRUCTIONS (CHECK ONE)**

☐ DISABILITY DETERMINATION SERVICES *(ROUTE WITH DISABILITY FOLDER)*
☐ ODO, BALTIMORE
☐ PROGRAM SERVICE CENTER
☐ INTPSC, BALTIMORE
☐ DISTRICT OFFICE RECONSIDERATION
☐ OCRO BALTIMORE

**NOTE:** TAKE OR MAIL COMPLETED COPIES TO YOUR SOCIAL SECURITY OFFICE

FORM **SSA-561-U2** (9-85)                **CLAIMANT'S COPY**

## HOW TO APPEAL YOUR SUPPLEMENTAL SECURITY INCOME (SSI) DECISION

There are three different ways to appeal. You can pick the appeal that fits your case. The person who gave you this form can tell how these appeals work. You can have a lawyer, friend, or someone else help you with your appeal.

Here are the three ways to appeal:

### 1. CASE REVIEW:

You can give us more facts to add to your file. Then we'll decide your case again. You don't meet with the person who decides your case.

You can pick this kind of appeal in all cases.

### 2. INFORMAL CONFERENCE:

You'll meet with the person who will decide your case. You can tell that person why you think you're right. You can give us more facts to help prove you're right. You can bring other people to help explain your case.

You can pick this kind of appeal in all cases *except* two. You can't have it if we turned down your application for medical reasons or because you're not blind. Also you can't have it if we're giving you SSI but you disagree with the date we said you became blind or disabled.

### 3. FORMAL CONFERENCE:

This is a meeting like an informal conference. Plus, we can make people come to help prove you're right. We can do this even if they don't want to help you. You can question these people at your meeting.

You can pick this kind of appeal only if we're stopping or lowering your SSI check. You can't get it in any other case.

Now you know the three kinds of appeals. You can pick the one that fits your case. Then fill out the front of this form. We'll help you fill it out.

There are groups that can help you with your appeal. Some can give you a free lawyer. We can give you the names of these groups.

NOTE: DON'T FILL OUT THIS FORM IF WE SAID WE'LL STOP YOUR SSI DISABILITY CHECK FOR MEDICAL REASONS OR BECAUSE YOU'RE NO LONGER BLIND. WE'LL GIVE YOU THE RIGHT FORM (HA-501-U5) FOR YOUR APPEAL.