UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES</u>

**Date:** July 30, 2008      **JUDGE:** Phyllis J. Hamilton

**Case No:** C-08-2349 PJH

**Case Name:** Michael Logwood v. Peter Spencer

**Attorney(s) for Plaintiff:** No appearance
**Attorney(s) for Defendant:** Jennifer Wang

**Deputy Clerk**: Nichole Heuerman      **Court Reporter**: Sahar McVickar

PROCEEDINGS

Federal Defendant's Motion to Dismiss-GRANTED as stated on the record.

**Order to be prepared by:** [] Pl [] Def [x] Court

**Notes:**

**cc:** file