United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL A. LOGWOOD,

    Plaintiff,

    v.

PETER SPENCER,

    Defendant.
_____/

No. C 08-2349 PJH

**JUDGMENT**

This matter having come on for hearing, and the issues having been fully decided, and the court having dismissed the complaint for lack of subject matter jurisdiction and for failure to state a claim,

It is Ordered and Adjudged

that plaintiff Michael Anthony Logwood take nothing, and that the action be dismissed.

Dated: July 30, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL A. LOGWOOD,

        Plaintiff,

v.

PETER SPENCER et al,

        Defendant.

Case Number: CV08-02349 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 30, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael Anthony Logwood
General Delivery
101 Hyde Street
San Francisco, CA 94102

Dated: July 30, 2008

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk