Michael Anthony Jogwood
Name and Address
General Delivery U.S. Post Office
San Francisco, California 94142

FILED
JUL 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
JUL 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Michael Anthony Jogwood
Plaintiff / Petitioner

vs.

Peter Spencer Ms. Chai, commissioner supervisor
Defendant / Respondent

Case No. 08-2349

Document Name:

Motion to Grant Income - Evidence of Tort Claim - Motion to Grant Income & process concerning Evidence of Tort Claim on District Court filed. speedy Answer to Filed Income concerns which are filed 9 days in Advance of Date of Conference (for Income of August 7th)

the seventh oppostion. motion to grant income foor evidence submitted of a real tort living tort spexcified tort claim.

motion for speedy recovery and supply of authoriazatiopn from a judge . hamilton. district court.

the appelant maintains that he were given a faster basis to determine his income so it would not take so long that is. he may apply directly yo the district court judge and not choose to ask for the services of the magistrate. the appropriate swervice may be rendered because as more clearly adgjuduicated in his fourth fifth and s sixth oppostion their
is a written summary to have a case conference that allows for the specific need and determination to be made, achieved as a venue
it is noted as evidence the appropriate papers are signed and on f file

in the real discussi9on of matereial evidence, it is maintained th that the client is direct about his assertions pertaining to exactly the wherefore and where of that maintain why his tort claim is is a real one

noted in his sixth opposition. he has maintained that he has rtequtesed his income speedy with the facts accounting for how itr came about the facts were more organized.
he also states that the reference is typed herein that allows for the
exact percertion of true relatedness of occupational percertion of deteermining that his monies are more understandable as being in typewritten english.
thusly as a person whom is a n appelant in the state of california he is going to or trying to get an answere from dmv as to a real appopintment with a dmv hearing.
he has a letter as evidenced to an auburn attorney whom works and is paid for appointment where you may write these attorneys to get a reply.
thusly it is also noted. as evidence you must have a n appointment in writing on official correspondence from the private business offfice whereas the letter is addressed to
1377 fellstreet, san francisco.
it is also noted that when you are to achieve a caim in the mail t the brochure says you may bring a witness or an attorney.
you may bring control information. like a drs appointment physical letter is spedcifically evidence where there
is real payment from their coverage plan is not shown,requires fro from the working knowldege of the appekalant how to get the judge to note how with the
coverage amount not shown at the office on their
status page the data is not available.
then as evidenced this fact is hereby evidenced by the office visit of the police administrator,
the client appelant practicably is of socialble characterization, and has composed real job dutiesis
in no wat y trying to support the ststements
of the valauable informationa serted by the office practitioner wh whom has had police experince ids the evidenced right way of

putting it oer se as that he hads witnessed that in nlo o way wopu
would he like to endorse hjis evidence by endocrination by income
to a police ocupation, or even an adminstrator, thus the interview
was a basiss of information. the fact maintains also that the upda
dated file letter showing the actuakl status of the
income related new status matter
was not recorded properly at the time of his filing.
the matter also accountrs for itselff at the library that tgheclie
client looked up the irss faster services number and the franchise
tax board and that with the references on fille it is noted
that his ezxperience in typeing weere employed a t a public librar
ry to utilize the servioces of the typewriter.
this function.accountong for wer could not afford to save the data
for the services of our data rep.ly were stated here.
and in so far as it is a business were noted as a status of true o
origin to the client by basisi of resouce.
more specifically the basis of truly denoting the specific evidenc
ce with more specificity, can be alighned to maintained and accoun
oiunt that, when he finished his appointmwent at dmv. the actual a
account he has paid a doctor to show he has evidence but should ca
carefully keep his facts tiogether aboput being able to afford a
coverage aftera yeqar and employing it against a firm he did not h
hire in los angeles when he sucessfully got the letter and the dr,
could really not be party yto signing dmvs form in anywaty, and st
sted the questioniare is actual not a good reflection or use evemn
if its all they have , the determination is satisfactory enough to
change the business rep-ly with a qualified examiner the payment r
rate is real the ocverage for determeniattion iof an actual insura
nsurance claim can be made on the basis as well from the letter su
such as outstanding phsical fitting the four criteria of body skel
tal and phsyio. and thusly motre specifically the mental sytate is
accounted for by noting that i cannot simply be responsible for th
previous qwork of another in nopting that it is not appropriately
stated or had a basis of not appropriate informanmtion five yeqars
ago has materiality rto simp½ly falsly accounted for information t
the dr. would verify a five yesr old report by saying this to me a
and account for a proper lwetter i may have . also note when the
decision may only acxcount for the singular notation nonn dangwero
ousness as an improper basis frm the poor fisrst drs report the fa
fcat account sfor itself that in determining that in real apppeals
where we offer you asn advantage in the writing of cbusiness faire
you may say tyhat we did not include 2001 through 2008 even if you
had dopne some extra work which is it on your own is actuallty cor
rrect theres always
some work to do even if you recieve disabilty income is a confirme
rmesd basis to the client,
based on grooming servbioces prrivaytekly available from a differe
ent ciofure then the one paid on fifteenth dtreet im going to refe
refer you to the nonprofit church organization sciemntologyu. div,
as, in div finacial or div, secretary or div servicesd a sign up f
for a standard scientol;oigy swervice whereas
there is only
one basis for a real appeal. to have then judge answere it where m
mr soprencer wopuld claim to only answere one hundred and thirty d
dollars of his money but l;ucky for the appelalnt he has a real in
dication of specific confidentiality becase we really dont talk ab
abnout other people in business too when you sign up gor a servioc
like while it is evidenced for attaining his ioncome he did not an
swere his claim on appeal and does have a notation for the apppeal
nt knowledge of his income a bivers act, this pwer se is the qacta
ting of not folowing through with the income not propfessional fel
latio, or that in discussing it with the appelalt reall menas you

is the exact knid of relationship that is in real business. as th: point is maintained many would claim to be the real mr. spencer a playboy of sorts but since he is a real person whom is enmployed t to come in for woerk the notation from the librarian whom has alsc had police experience is noted as stated i think i am going to sla sl,ay you.
thus the notation on record that he has stated he owns the income will take his own income away from applicative policy that relates to the exact non support of police business itself, is in fact als a materal basis that with the other business only interested in n money as the appelalnt is in his real eveidence a n after party wc wuold be better noted to sttae he wants me to have nothinmg as a p police experienced personelll or any othe menember of the force is noted and to be certain as to the exact daging claim is real to gg get menoey fro r the state fror the police themselves he hav an exact reply with a judge he wants them have nothing is the way his income is being noted evidence. mappec out for his abilityt to sucessfully allow a judge is a bawsis for determining income to fingd the wherof of that harbinger testatmer is noted in due coiusre as true evidence to sup½prot against the c desperant chinse laundry like writing of the da, and the appelalar maintains rea lcjhinse police whom have worked for the d.a. office woyuld have asked he throw out real librarial; resources in a real study room in the library per se for the natuer of the experience he were a groundskeeper for the estate of the misiioon of the chur ch of scientology old middlefied road, apalo alto. means also he a has no private realtion to a police ocupation is specifice4 nough to denote exact cause of action for basis of whom may answere it a subject of address and job tititle. means i cant just pplay horsie at the counry club with your hosre or big money from your pweriovs c shool twenty none years agp, the client notes a persom left hors shoes out on the street in a bl;anbck keetel
reminscient of real police shoeng for hopsreses that would never g get nreat something like that is propbable as simplty too old.
thanm aprivate perochial sc hool that the appealnt has gone too is a real basis, pklyus hes the real estates grounskeeper as evidenc ed as ststed of an estate in palo alto you will note it is quite c coconsidered by estimate nature threat conventio to specify repar maintain better replace new item specifically the appelant is need ding some varnicshj after having built three table of his own in f four hours and it w3re maintained we dont want anybomdy kbnowing a about customized furniture made by you is the basis of graing the specific tortin a specific tort thr basis to note herein is stated theat the exact cause subject and tort itself for what is stated a mopre estimably for real supplies for his income to maintain and t that there is a real check cashing fee associted with cashing his chech will only allowthe judges verification mehtod and ok specifi fied granted this day

Internal Revenue Service
United States Department of the Treasury

## Telephone Assistance

**Live Telephone Assistance**
When calling, you may ask questions to help you prepare your tax return, or ask about a notice you have received.

**Telephone Assistance for Individuals:**
**Toll-Free, 1-800-829-1040**
Hours of Operation: Monday – Friday, 7:00 a.m. – 10:00 p.m. your local time (Alaska & Hawaii follow Pacific Time).

**Telephone Assistance for Businesses:**
**Toll-Free, 1-800-829-4933**
Hours of Operation: Monday – Friday, 7:00 a.m. – 10:00 p.m. your local time (Alaska & Hawaii follow Pacific Time).

**Telephone Assistance for Exempt Organizations, Retirement Plan Administrators, and Government Entities:**
**Toll-Free, 1-877-829-5500**
Hours of Operation: Monday – Friday, 7:30 a.m. to 5:30 p.m. **Central Time**. Some specific services are not available during the full hours of operation. Exceptions are as follows:

- Complex tax law calls are answered Monday – Friday 7:30 a.m. to 3:30 p.m. Central Time.
- Basic Employer Plans (EP) tax law calls are answered 7:30 a.m. to 4:30 p.m. Central Time.

**Telephone Assistance for people with hearing impairments:**
**Toll-Free 1-800-829-4059 (TDD)**
Hours of Operation: Monday – Friday, 7:00 a.m. – 10:00 p.m. your local time (Alaska & Hawaii follow Pacific Time).
For further information, see Tax Topic 102.

**Telephone Assistance for people who live outside the United States**
Hours of availability vary by location. Please see our International Services page.

**Face-to-Face Assistance**
In certain areas, IRS also has local offices you may visit to receive assistance.

| | | | |
|---|---|---|---|
| Fresno | 5104 N. Blythe Ave.<br>Fresno, CA 93722 | Monday-Friday - 8:30 a.m.- 4:30 p.m.<br><br>Services Provided | (559) 452-3201 |

State of California
**Franchise Tax Board**

# Contact Us

## Addresses and phone numbers

FTB Information Directory | Where to mail returns or payments | Find a field office

## Information and answers to general tax questions

Frequently asked questions | Recorded answers | Email
Get forms: Online | By phone | By US mail | Pick up 2007 personal income tax booklets

## Information about your account

Call us, Monday through Friday, 7 a.m. - 6 p.m., except state holidays. Be prepared to give your name, address and social security number.

800.852.5711 (inside the U.S.)
916.845.6500 (outside the U.S.)

Look it up online – View your account balance, payments made, wage and withholding information, 1099-G and 1099-INT information and refund status.
Write to us – Get answers to specific questions.

## Answers about Homeowner or Renter Assistance payment

Check HRA payment status - Be prepared to give your name, address and social security number.

## Unresolved tax problems

Taxpayer Advocate – Get an independent review of your unresolved tax problems.

## Report a web problem or make a suggestion

Contact us about the website | Send comments or suggestions to our Executive Officer

## Report tax fraud

Tax Informant Hotline – Report an individual or company you suspect is not complying with the tax laws.

Disclaimer | Privacy | Request Public Information | Conditions of Use
Copyright © 2007 State of California

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Internal Revenue Service
P.O. Box 8020
Fresno, CA 98526
# 825665
July 17, 2008 @ 8:30am

2. Article Number (Transfer from service label) 7007 2560 0001 6849 7004

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X ☐ Agent ☐ Addressee

B. Received by (Printed Name) RECEIVED SUBMISSION PROCESSING IRS, FRESNO, CA

C. Date of Delivery

D. Is delivery address different from item 1? ☑ Yes ☐ No
If YES, enter delivery address below:
2008 JUN 24 A 11:31

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☑ Yes

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
FRESNO, CA. 93888-0099

825665
JUL 17 2008 @ 8:30 am

2. Article Number (Transfer from service label) 7007 2560 0001 6849 8704

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X ☐ Agent ☐ Addressee

B. Received by (Printed Name) SUBMISSION PROCESSING IRS, FRESNO, CA

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes ☑ No
If YES, enter delivery address below:
2008 JUN 18 P 10:30

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☑ Yes

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

Michael Anthony Jaquett
General Delivery
U.S. Post Office
San Francisco
California 94142

Sacramento Public Defender Office
Please route to the Admin office
Oleno Yarpeebich
700 H Street
Sacramento, California

Michael Anthony Jaquett
General Delivery
U.S. Post Office
San Francisco, California
94142

DMV. Department of Motor Vehicles
To: 1377 Fell Street
care of; Driver Safety Office
San Francisco, California

Declaration (continued)

On July 12th, Santa R. Alvarez passed me, Michael A. Jogwood, on the Street, at 15th Street & Mission 3 blocks towards the Metro Storage at 333 Metro Storage. She was driving a [illegible] Van. As it were, she did not stop. I had previously accompanied for, she passed by McDonalds in a Red Chrysler and stopped and "sped off!" It is noted, she stated, in passing, while driving I could have returned the service. Noted, this is the 4th continuance, the 3rd service was (never returned.) The hearing date is August 28th) "If I turn over the keys") were stated this date at a wireless Coffee Bistro, whereas, she must really be responsible, "that the service were checked, on the 12th none were returned on the 4th with 12 days, or the 4th case, and service 3rd a whole month. and the hearing itself.

Appropriately a Motion, for Enforcement of Judgment were asked to legally give the car back. Per Se [illegible] Bill For a Storage and [illegible]

The grandmother, does not drive the car, but did not return the car.

On the date of the 28th the Judge stated, I will be issuing a decision on the 28th to establish only Sonia Alvarez, has been creating a problem, with the service, not returning. It and issuing a judgment against her, at the Gas even if So does not return the service and definitively, if she does not come. Primarily.

This BMW 3 Series) I purchased at [illegible] BMW on Sacramento in 1980. Was returned by Jack & Troy Henshaw to the home when I was staying at [illegible] home [illegible]

[illegible]

Michael Anthony Jogwood
General Delivery
U.S. Post Office
San Francisco, California
94142

to Diane Yarpunbich (ate to Auburn office (Forward requested)
700 H Street
Sacramento Public Defenders
Office
Sacramento, California