1  Michael Anthony Jogwood
**Name and Address**
2  General Delivery U.S. Post Office
3  San Francisco, California 94142

FILED

AUG 4 2008

5  **UNITED STATES DISTRICT COURT**
6  **NORTHERN DISTRICT OF CALIFORNIA**

7  RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
8  NORTHERN DISTRICT OF CALIFORNIA

                                              )
                                              )        **Case No.** 08-2349 PJH
9  Michael Anthony Jogwood                    )
10     **Plaintiff / Petitioner**             )
                                              )        **Document Name:**
11     VS.                                    )
                                              )        Eigth Opposition - Motion
12                                            )        for Torts - Claim of
13     Peter Spence & Mrs. Charles            )        Evidence - Final Motion
      commissioner SSI                        )        for Granting Income
14     **Defendant / Respondent**             )        & Authorizing 3 days
15  ─────────────────────────                           before ( conference by
16                                                      Judge  Aug 7th)
17                                                      (request to return
18                                                      records / with written
19                                                      decision & processing
20                                                      Authorization for
21                                                      checks, from
22                                                      Kansas City, Missouri
23                                                      Financial Management
24                                                      Center.)
25
26
27
28

Michael Anthony Jaqwood                    ID# N 443480

Social Security Number 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         IO 443480

        Motion Granted for    IO #. N 9 443480

        Notice of Opposition
        Eighth            August 31d, 2008

A.) Motion for Review & Written
    Decree of Granting of Income
    see (new Outlined Evidence

B.) Tacts.

C.) Evidence

D.) Evidence Noted
    as Failed Waiver of Employment

E.) Proximate Evidence Ocullery
    Occupational Relevance of
    Noted (non-relevance to

1.) Self Employed (Naval
2.) & Waiter Trade & Occupational
3.) Gardeners Assistant - Estates
    F.) Innkeeper Trade & purchases
6.) Evidence relative to Accounts
    confirm Evidence (new prescription
    of Income for Rent
Relevant with needed - Evidence relevant Income
            & Evidence no Proximity





Think Green



Personal
Journal
• 200 Printed Pages
• Twin Wire Spiral

②

Opposition Eigth - Motion for

Granting of Evidence and
Evidence.
Motion for Granting Income
appropriate Filing & legal
comparison Standard Ruling.
composition of opposition
to being more evidence - related
to proper District Filing.
Motion for Income - Ruling
of Authogzation - texted
& presented.

The Appelant maintains
the O.A. has accounted
for his procedure of Filing
relates, because he has
Stated, he has filed, while
the 2005 March, filing was
not evidenced is stated
except for Fellas replky.
Theis Statement Article
Ruling 7 and 9) Indicate
that he could present to
Administrative Remedies.
As Evidenced, the Remedies
are confered only to the
forms passered to Fil Orisyssi.

(3)

As well, the Applicant composes the Evidentiary Stage forellpoint appropriately and properly.

that, on the Constitution Ruling for a District Court "when More Evidence is presented in the second case, the Standard by which, such as the O.A. said, An answer may be asked, and where the appeal is not proper be dismissed degrees, on The Applicant's District Court, where there is a conference to adjudicate the Motion by a Judge presented, where the both Date of the for review The application by a District & Consideration by a District Court Judge 15 proper. Because, The O.A. that Stated "the does not have a suitable Standard of proposed by Applicant may redefine, you called

(4)

evidence, by a belief by proposing
to pres, showing since the
field an accumulation of
Real Evidence, where the
G.A says he only has presented
to took for two checks
Bad on a real district court
Appeal, you have to show
Evidence of a Real Basis
as to what kind of applicable
standard in Evidence setofize
how and an is specified
The G.A says there is none.
As Evidenced.
When a belief of new evidence
presents to district of
plainlaws Trier, the court
hees a belief since then.
See case. Standard
A ope of words was preceded
But the Applicant Maintains
he presented words was no
longer applicable because he
was proposed to be an account
of selling his articles to his
grace. On a public belief
as a cruel judge refuses
could deal with have accurate

⑤

Basis to _____ precise _____ cite
the Evidence.
He has a Sales Receipt say his
____ Brand _____ Cigarettes.
Real Evidence noted:
words did not _____ on
Appropriate Standard, Because
The O.A Stated he offered
sold work _____ _____ seem
_____ as significant
evidence to propose _____ could
_____ on fact.
Proposed as evidenced re-
receive his cert at the office
and he has been _____
_____ _____ _____ 15 _____
significant evidence to
_____. It has been
_____ too long
at a _____ 55I, _____
To assess on _____ _____
_____ Appeal form at
the office.
The O.A agree he can
get the OAA office _____
_____ ad appeals _____
_____ or if AL J
_____ _____ San Jose
To _____ his _____.

(6)

in a filing. But in fact the office permits this standard for not paying is not right but there is ever a misquoted office (clerk) statement as to too per it.

As a real poly clerk there is no credible and impartial (offer to poly as persuaded to bases of a dropoff as compose because actively of the office, to all you hear it and awake it. specify if at all is pencil to 5 state poly shows it we truly feed, 10 days went by and no reply was given when 6 days of the judges decision to determine how to pay the appellant, so that see my defense have to account for the determination of a resolution to proposal made his paycheck at a because office when on a poly is a credible check my be gathered.

⑦

By the Judge.

Whether the applicant has proved or carried his education to provide the judgment. This is the Intention of the Venue of the District Court to resolve the factual issues with hearing and a decision with the Authorization.

15, The Standard is The True Value of The file to determine who passes. For Instance, The Applicant may submit.

If his word the Appropriate level of file, [...] with The Officer. Its submitted no other issues would have a copy, deal not.

(Pro Osia)
And, That as a rule of Evidence submitted on [...] is a file legally by the Clerk a [...] to determine. The Judge is proud on true low [...]

⑧

[illegible]

Shown Clearly By The Appelant Is Not What we said. Is Evidenced

There as evidence, The Applent [illegible] we also stated we did [illegible] it was a [illegible] to apply as on we [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] on application [illegible] el alle. This [illegible] that he could [illegible] on [illegible] [illegible] [illegible] [illegible] as [illegible] [illegible] [illegible] one of [illegible] [illegible] to his Income, as is [illegible] a [illegible] of [illegible] to [illegible] [illegible] is [illegible] [illegible] as applied to [illegible] [illegible] of the [illegible] of Income the [illegible] [illegible] be [illegible] The Appelant [illegible]. He [illegible] as Appeal [illegible] [illegible] [illegible] from The Safety of [illegible].

⑪

(12)

(13)

sounds the office Completely
[illegible] the judge to [illegible]
[illegible] the [illegible]
[illegible]
The Riley [illegible]
the judge [illegible]
those [illegible]
and [illegible]
[illegible]
[illegible]
[illegible] to [illegible]
a [illegible] to [illegible]
[illegible] to [illegible] is
[illegible]
Therefore, that the [illegible]
[illegible] a [illegible]
to apply [illegible]
the [illegible]
[illegible]
[illegible]
[illegible] to [illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]

[illegible]

16

[illegible]

(17)



(19)

Also it is noted by the Appellant that It is evidenced, the futility standard could be applicable were failed. Because it is really all done with his work at the Garage and his work is simply really complete. Thusly it is ended This work Based on experience as a legal self order Clerk with 6 mths experience whom realize The complete of The Grocery legal hopeless for every repairs on 1980 whom his a real with faulty Verdicts from The Wacher. realize & confusion or a False Court were to receive a per slot of 7.00 or ...

[remainder illegible]

20

21

appellant is [illegible] is most [illegible] on the [illegible] [illegible] on the [illegible] of a [illegible] 7 [illegible] you [illegible] guilty is [illegible] By whom [illegible] [illegible] The [illegible] of a [illegible] practice. The [illegible]



27

29

(32)

Also noted, when checked
into, for the second time
to the Weed Hotel, The
Manager said wait til
tomorrow a previous cop.
I could pay 200 for the
week.

I had evidenced to go to
Walgreen to also purchase
two lite Bulbs one 40 watt
one standard "He open
to package for me.

I had paid a gym 15⁰⁰
The membership fee the week
is supposed to be 30⁰⁰.
The Front got 5⁰⁰ here
Here $3 codes
I was interrupted with
bathe, cop weary & Blue
I said else I begged.
Teel He 15 also not in
support of wages.
The expense on your income
the problem is I amm
It is a gun responsible to
a police officer also claim.
child in. face since be
officer in Hollywood also
blame a someone even a

33

perception is 5th to people
who say Chez Panisse is
too good, or a [illegible]
[illegible] last someone
[illegible] the representative
[illegible] [illegible] [illegible]
[illegible] a thing [illegible] [illegible]
[illegible] [illegible] [illegible] a Claim
[illegible] [illegible] [illegible], [illegible]
[illegible] as [illegible] [illegible]
when it was not.
clearly the idea was not
[illegible], [illegible] [illegible].
[illegible] [illegible] or The [illegible]
[illegible] [illegible] [illegible]
a [illegible] employee [illegible] they
[illegible] for [illegible] late
[illegible].
[illegible] The new one is very
[illegible],
And it is [illegible] or
[illegible], [illegible] [illegible] [illegible]
[illegible] [illegible] [illegible] to [illegible]
[illegible] [illegible] [illegible] [illegible] [illegible]
[illegible] [illegible] [illegible] [illegible] The [illegible]
or, the [illegible] [illegible] [illegible]
[illegible] [illegible] [illegible] [illegible] [illegible]
[illegible] [illegible] [illegible] [illegible]
[illegible] [illegible] [illegible] [illegible] [illegible]

(35)

the Standard for drawing [illegible]
the [illegible] are [illegible]
[illegible] a [illegible]
[illegible] 2008
[illegible]

37





(41)

It is also evidenced that
the Appellant requested The
Rent Receipt for The day
The 2nd 3rd. went to
The corner There was please
two girls walking on the
corner when he stepped out
The employee whom was
working applied as was
a Hispanic Vacancee. and
The Avalia Esperanza places
whom lives in a Home in
Daly City at 325 Ellis
said Irene The corner
Jaseph when he was
ocurring a SAAB whele
with a person in the
passenger seat aromas
was a self cate
had whom was stula
on the other Tr. Jasesen"

42

43

44

(45)

(46)



By sales) Beth = 18.99
lished allowed a new gen bottle
of each Reve as well.

Furthermore it is indicated
The Amount expended on the
eight bottles is restated as
699 and 1599 + the
Amount of a small Milk
and water water bottle
for 99¢ as sales as
the sale price of $14.05¢

There are certain facts
to consider; upon leaving
to his storage at 333
Neto he would bring a
printed copy of his
agreement of payment
for Rental of a locker
78 = being the price
with (20 = included as
a starter Amount) with
8 = as a valid claim
where there is an agreement
and 8 = paid and
circled for 2000 =
Income.

(48)

The claimant may include
his Actual (Applicant)
Evidence as specific
to the Intent to specify
an actual Bases as
to a tort claim is
entered.

Forthwith, it is noted
that on the way in
he may get more money
because he had orange
juice, a hotdog/while there
is coffee is glass.

Based on his writ
a deed showery. The convenience
profits of coffee, Plus
a portfolio indecatery
as plus read advantages
is within the scope of
evidence as a read
claim coffee makes
a profit whatever it
may be, as the top of
coffee as a cross street
"coffee there is a copy
center" speaks for that
He may Buy coffee as
a Table begely is go to
the Predators the copy center

(49)

where these representatives
Spencer were supposed to
have stalled, and lied.
" Mr Spencer works on the
premises of The Disability
Office where he is called
as needed.
It has now been 11
working days. There is
no reply to Medicare
as a claim to a Rent
Receipt. There is no
reply to the proper
clerk at the 70 7th Street
Annex.
There is a proper clerk
but it is also agreeable.
The office doesn't write
yet. Because the office
of records doesn't get
is an update of our
Chronology of new updated
information, actually
it is relied. We do not
keep a copy of the record
where one copy is noted
And The office is not all
week. He is not available
be told knows when/where
it.



Thus satisfying the requirement. That no data is available concerning. He has never not does he shown to have any warrant of any kind.

Coming to eight more facts, He keeps a small store for his records, dailiey item to keep no paperwork for court claims. It says Mercury Innovator on is a private company with a decal on write on Black Nylon.

While it seems "That The gneophytest Clock rotation is friendly and business like on the surface, noted from a Criminal law people." The gnasloct appeares an ALJ Yeals dean disgee no claim among the extoad for his people to Be possessed all to go was saying good more but a able to goo pleag gosing a too good as not



& Basis of non-suffecency
Because he has a receipt
for his good at the other.
Is to note.

The D.A. has celed we have
prevailed over claim, we
stated this accent maintains
we prevailed an "near
hablur argement Chals really
near cordial one.

But the argement says
could less silea the
they excuses for their job
too artery the claim
as to peculiarity of
money itself.

the "specifically "no bell
is been paid here
So those people over Seven
allowed on this the
kind of besness where
if they needed to Storge
us not a claim a
Clerk or Agent would
really allow is annoyen
the implant withed agree
vile address to the claim
also even felha

(52)

goes on to submit Judge to
personalism, all claims will be
referred to her desk
   Judge Chen has no longer
any diversey is
as to a direct matter of
venue. someone who cannot
legally answer to case
Because is is in district
court. Is a real
tort claim, with evidence
& satisfactory expenses
Showing a real case or
controversy. The cheats can
Be reversed because they
were not properly
issued del in
february / with other
stolen a O.A. has pulled
with a dismissal by trying
to exclude you from
when it is clear fraud
& fraud or shown to
never have been properly
as a denial by the nature
of the rules it filed on
in length in XXX July 2007
and the filed comedy gone.

(55)

Therefore, the evidence a Real _____ crew is out of the _____ of a double _____ _____ _____ clown While a _____ _____ was also a _____ of the police Beach, _____ _____ _____ anything about that _____

I don't like the _____ the evidence its _____ _____ to CACHE CREEK, were _____ _____ as a trip on the Bus I _____ away _____ Sacramento.

The _____ _____ the _____ Started to try to harass him by _____ you know I would have lost everything I own & _____ if I had known he would state _____ _____ were in they _____ properly, and JPH in his _____ is _____ _____ to _____ and _____ _____ _____ _____ _____ July ye five _____ _____



54



56

to [illegible] and [illegible] [illegible]
of [illegible] [illegible] the [illegible]
[illegible] [illegible] is [illegible] to [illegible]
the [illegible] [illegible] his [illegible]
[illegible] the is [illegible] [illegible] [illegible]
el a [illegible] or go one other
a Red spot on [illegible] is green
is also [illegible] to [illegible] his
[illegible] for his [illegible]!

[illegible] [illegible] for [illegible]
[illegible] [illegible] [illegible] city.

# BADER INSURANCE RESPONSIBILITY FORM

a condition of leasing the storage unit shown below, the storage company (landlord) requires the lessee to insure lessee's property against fire, smoke, explosion, storm and water damage. Lessee may provide his/her own coverage from an insurer acceptable to the landlord, or participate in coverage arranged by the landlord.
If the lessee chooses to participate in the landlord's program, coverage will be provided through a licensed Agent.

**NEITHER THE STORAGE COMPANY NOR THE LEASING AGENT ARE INSURANCE AGENTS.**

*QUESTIONS OR COMMENTS SHOULD BE DIRECTED TO BADER COMPANY: PHONE: 888/223-3726 FAX: 888/329-2237*

## TENANT INFORMATION (Print Clearly)

t's Name(s):

ess:

State, Zip Code:

me Phone #: _____   Storage Unit#: _____   Effective Date: _____

## INSURANCE CHOICE (Initial one box and complete the information)

☐ I have property insurance of the type checked below. A copy of my policy Declarations page is attached as evidence of coverage. I agree to keep coverage in force during the term of my lease.

Insurance Company Name: _____

☐ HomeOwners   ☐ Renters   ☐ Business Owners   ☐ Other (describe) _____

Policy #_____   Limit: $_____   Effective Date ____/____/20____   Term: _____

☐ I will obtain Stored Property Insurance from Bader Company. A copy of the policy showing Coverage (perils insured against) and Exclusions is shown on the reverse side of this form. This is not an "all risk" policy. Flood coverage is not included. The policy has a $100 deductible. Losses are settled on "Actual Cash Value." Coverage is subject to the company's underwriting requirements.

| Circle One: | Coverage: | $2,000 | $3,000 | $5,000 | Other:_____ |
| | Premium: | $8.00 | $12.00 | $20.00 | Code:_____ |

Type of Goods Stored - Select all that apply:

☐ Household Good/Personal Property   ☐ Business/Trade Property (describe) _____
☐ Vehicle, Boat/Trailer (describe) _____

(There is no coverage to vehicles or property stored in open lots or non fully enclosed and secured garages or storage units)

## PAYMENT AUTHORIZATION (Read and sign below)

ereby agree to purchase a property insurance policy through Bader Company (the Agent) and to pay my premium monthly when due.

ave chosen to purchase property insurance in connection with the leased premises through Bader Company. I accept the landlord's offer to receive the monthly insurance emium from me in the amount I checked above, in addition to my monthly rent, and to forward the premium on my behalf to Bader Company or the insurance company. ey are providing this premium payment service at my request and that they are not responsible for paying my premiums if I fail to do so. I also understand that failure to y my premium when due will result in cancellation of my coverage.

signing below I acknowledge that I understand that the renant insurance I have agreed to purchase will terminate if my rent and/or renant insurance premium is more than days delinquent under the terms of my Policy or Certificate of Insurance. I authorize re-instatement of said renant insurance under the same terms and conditions without npleting a new insurance application form under the following circumstances:

1. I am still renting the same unit shown on my original insurance application form.
2. I understand that I will NOT be charged premium for the delinquency period and that there is NO INSURANCE COVERAGE for the delinquency period, or the period during which coverage had been terminated.
3. There is no loss or damage to any property stored in this unit.

here was damage to, or loss of, any property stored in the unit that occurred after the coverage terminated for non-payment. I understand that the insurance will not apply to loss or damage and I agree that I will not file a claim for said loss or damage with the insurance company or storage company.

NOTE: application for coverage while the property is under a wildfire or hurricane alert, watch, or warning, will not become effective until 12:01 a.m. on the day after the alert, watch, or warning is lifted. There is no coverage for items not stored in fully enclosed, secured storage units or garages.

**IT IS A CRIME TO KNOWINGLY PROVIDE FALSE, INCOMPLETE, OR MISLEADING INFORMATION TO AN INSURANCE COMPANY FOR THE PURPOSE OF DEFRAUDING THE COMPANY. PENALTIES MAY INCLUDE IMPRISONMENT, FINES, AND DENIAL OF INSURANCE BENEFITS.**

gnature(s): _____   Date: _____

## SITE INFORMATION (Print Clearly)

ty Name: _____ **Metro Self Storage**
ess: _____ **300 Treat Avenue**
**San Francisco, CA 94110**
State, ZIP: _____

Cylinder Lock(select): ☐ Yes ☐ No   Site ID#:

**Manager: Mail Completed Forms weekly to:**

Storage Insurance

Bader Company

9777 N. College Avenue

Indianapolis, IN 46280-1628

Agent: Robert N. Bader (CA license OB41561)

# BADER INSURANCE RESPONSIBILITY FORM

a condition of leasing the storage unit shown below, the storage company (landlord) requires the lessee to insure lessee's property against fire, smoke, explosion, storm and water damage. The lessee may provide his/her own coverage from an insurer acceptable to the landlord, or participate in coverage arranged by the landlord. If the lessee chooses to participate in the landlord's program, coverage will be provided through a licensed Agent.

**NEITHER THE STORAGE COMPANY NOR THE LEASING AGENT ARE INSURANCE AGENTS.**

*QUESTIONS OR COMMENTS SHOULD BE DIRECTED TO BADER COMPANY: PHONE: 388/223-3726 FAX: 888/329-2237*

## TENANT INFORMATION (Print Clearly)

nt's Name(s): _____

ess: _____

State, Zip Code: _____

me Phone #: _____ Storage Unit#: _____ Effective Date: 7-1-05

## INSURANCE CHOICE (Initial one box and complete the information)

☐ I have property insurance of the type checked below. A copy of my policy Declarations page is attached as evidence of coverage. I agree to keep coverage in force during the term of my lease.

Insurance Company Name: _____

☐ HomeOwners ☐ Renters ☐ Business Owners ☐ Other (describe) _____

Policy # _____ Limit: $ _____ Effective Date _____/_____/ 20_____ Term: _____

☑ I will obtain Stored Property Insurance through Bader Company. A copy of the policy showing Coverage (perils insured against) and Exclusions is shown on the reverse side of this form. This is not an "all risk" policy. Flood coverage is not included. The policy has a $100 deductible. Losses are settled on "Actual Cash Value." Coverage is subject to the company's underwriting requirements.

| Circle One: | Coverage: | $2,000 | $3,000 | $5,000 | Other: _____ |
|---|---|---|---|---|---|
| | Premium: | $8.00 | $12.00 | $20.00 | Code: _____ |

Type of Goods Stored - Select all that apply:

☑ Household Good/Personal Property ☐ Business/Trade Property (describe) _____

☐ Vehicle, Boat/Trailer (describe) _____
(There is no coverage to vehicles or property stored in open lots or non fully enclosed and secured garages or storage units)

## PAYMENT AUTHORIZATION (Read and sign below)

ereby agree to purchase a property insurance policy through Bader Company (the Agent) and to pay my premium monthly when due.

ave chosen to purchase property insurance in connection with the leased premises through Bader Company. I accept the landlord's offer to receive the monthly insurance emium from me in the amount I checked above, in addition to my monthly rent, and to forward the premium on my behalf to Bader Company or the insurance company. ey are providing this premium payment service at my request and that they are not responsible for paying my premiums if I fail to do so. I also understand that failure to y my premium when due will result in cancellation of my coverage.

signing below I acknowledge that I understand that the tenant insurance I have agreed to purchase will terminate if my rent and/or tenant insurance premium is more than days delinquent under the terms of my Policy or Certificate of Insurance. I authorize re-instatement of said tenant insurance under the same terms and conditions without mpleting a new insurance application form under the following circumstances:

1. I am still renting the same unit shown on my original insurance application form.

2. I understand that I will NOT be charged premium for the delinquency period and that there is NO INSURANCE COVERAGE for the delinquency period, or the period during which coverage had been terminated.

3. There is no loss or damage to any property stored in this unit.

there was damage to, or loss of, any property stored in the unit that occurred after the coverage terminated for non-payment, I understand that the insurance will not apply to loss or damage and I agree that I will not file a claim for said loss or damage with the insurance company or storage company.

*NOTE: application for coverage while the property is under a wildfire or hurricane alert, watch, or warning, will not become effective until 12:01 a.m. on the day after the alert, watch, or warning is lifted. There is no coverage for items not stored in fully enclosed, secured storage units or garages.*

**IT IS A CRIME TO KNOWINGLY PROVIDE FALSE, INCOMPLETE, OR MISLEADING INFORMATION TO AN INSURANCE COMPANY FOR THE PURPOSE OF DEFRAUDING THE COMPANY. PENALTIES MAY INCLUDE IMPRISONMENT, FINES, AND DENIAL OF INSURANCE BENEFITS.**

gnature(s): _____ Date: _____

## SITE INFORMATION (Print Clearly)

lity Name: **Metro Self Storage**

ress: **300 Treat Avenue**
**San Francisco, CA  94110**

State, ZIP: _____

Manager: Mail Completed Forms weekly to:

Storage Insurance

Bader Company

9777 N. College Avenue

Indianapolis, IN 46280-1628

Agent: Robert N. Bader (CA license OB41561)

Exhibit E
Evidence

exte bulb purchase
Receipt from
walgreens - San Francisco
California (2) . lite
bulbs

# Walgreens

The Pharmacy America Trusts · Since 1901

I'm ISRAEL. Thank you for allowing me
to serve you today.

| 225 | 10 | 8742 | 04231 | 029 |
| 225 | 10 | 8743 | 04231 | 029 |

RFN# 0423-1298-7431-0808-0220

```
WAGI SIPPER CUP      1A       .75 SALE
WALG HLGN RFL 50W    1A      6.99
N/L BULB 2S          1A      4.49
   SUBTOTAL                 12.23

A=8.5% SALES TAX             1.04
   TOTAL                    13.27

              CASH         13.27
   CHANGE                    .00

WAG ADVERTISED SAVINGS:           .25
                                  ---
YOUR TOTAL SAVINGS:               .25
```

2690 Mission St San Francisco, CA
STORE   (415)285-1576

            THANK YOU
   FOR FASTER SERVICE, CALL IN YOUR
  PRESCRIPTION ORDER OR PLACE IT ON
WWW.WALGREENS.COM 24 HOURS IN ADVANCE

 WALGREENS PRESCRIPTION SAVINGS CLUB
    SAVE ON OVER 5,000 NAME BRAND
      AND GENERIC MEDICATIONS.

 PLUS, PAY $12.00 FOR A 90-DAY SUPPLY
   OF OVER 400 GENERIC MEDICATIONS.
   ASK HOW MUCH YOU CAN SAVE TODAY!

   AUGUST  2, 2008          9:38 PM

*[handwritten notes:]* eubay purchase receipt from walgreen's San Francisco California (2) lite bulbs

# Walgreens

The Pharmacy America Trusts · Since 1901™

I'm ISRAEL. Thank you for allowing me
to serve you today.

| 225 | 10 | 8742 | 04231 | 029 |
|-----|----|------|-------|-----|
| 225 | 10 | 8743 | 04231 | 029 |

RFN# 0423-1298-7431-0808-0220

```
WAGI SIPPER CUP      1A       .75 SALE
WALG HLGN RFL 50W    1A      6.99
N/L BULB 2S          1A      4.49
   SUBTOTAL                 12.23

A=8.5% SALES TAX            1.04
   TOTAL                   13.27

           CASH            13.27
   CHANGE                    .00
```

WAG ADVERTISED SAVINGS:          .25
                               ---
YOUR TOTAL SAVINGS:              .25

2690 Mission St San Francisco, CA
STORE    (415)285-1576

           THANK YOU
 FOR FASTER SERVICE, CALL IN YOUR
 PRESCRIPTION ORDER OR PLACE IT ON
WWW.WALGREENS.COM 24 HOURS IN ADVANCE

WALGREENS PRESCRIPTION SAVINGS CLUB
  SAVE ON OVER 5,000 NAME BRAND
     AND GENERIC MEDICATIONS.

 PLUS, PAY $12.00 FOR A 90-DAY SUPPLY
  OF OVER 400 GENERIC MEDICATIONS.
  ASK HOW MUCH YOU CAN SAVE TODAY!

    AUGUST  2, 2008          9:38 PM

Exhibit 4

Evidence 62

reciepts for
Bakery purchose
® Tropicana Orange Juice
© Hot dog purchose in
aburn°

YOUR RECEIPT
THANK YOU
CALL AGAIN

REG   08-03-2008  00:18
                   000209

DEPT01              $1.15
DEPT01              $1.75
CASH               $2.90

receipt #26
Bakery purchase
& Tropicana Orange
Juice & Hot Dog
purchase on a bum.

Exhibit F    EVidence 63

YOUR RECEIPT
THANK YOU
CALL AGAIN

REG  08-03-2008 00:18
                 000209

DEPT01            $1.15
DEPT01            $1.75
CASH             $2.90

Rent Receipt
@ $45.00
Payment



RECEIPT

DATE 8/3/7005

RECEIVED FROM _____

RECEIVED FROM Michael Anthony Newcomb

○ FOR RENT
○ FOR

○ CASH
○ CHECK
○ MONEY ORDER

FROM 8/3/7005 TO 8/3/7005

BY _____

No. 626732

$ 45

_____ DOLLARS

Evidence 64

*Evidence*

Renb ecdept   Exhibit D ⑥⑤
8 45°° peyment





Evidence of Receipt
of two Handbook
of two Journals for personal Journal
writing and Attached (Think Green.)
Entries see (C series of two)
cover sheet (Recycle) (pens - for property receipts.
(Think Recycle Pro pens - for property Box)
and 2 BIC school Box
one clean school

## Walgreens
The Pharmacy America Trusts · Since 1901™

I'm ISRAEL. Thank you for allowing me
to serve you today.

```
    225         10   8625   04231  029

      RFN# 0423-1298-6250-0808-0220

  BIC PEN 2S          1A      3.99
  P/CLR JOURNL 100SH  1A      3.49
  P/CLR JOURNL 100SH  1A      3.49
  CLR SCHL BOX         A      1.99 SALE
      SUBTOTAL               12.96

  A=8.5% SALES TAX            1.10
      TOTAL                  14.06

              CASH          15.11
  CHANGE                     1.05
```

2690 Mission St San Francisco, CA
STORE    (415)285-1576

          THANK YOU
   FOR FASTER SERVICE, CALL IN YOUR
  PRESCRIPTION ORDER OR PLACE IT ON
WWW.WALGREENS.COM 24 HOURS IN ADVANCE

 WALGREENS PRESCRIPTION SAVINGS CLUB
   SAVE ON OVER 5,000 NAME BRAND
      AND GENERIC MEDICATIONS.

 PLUS, PAY $12.00 FOR A 90-DAY SUPPLY
   OF OVER 400 GENERIC MEDICATIONS.
  ASK HOW MUCH YOU CAN SAVE TODAY!

    AUGUST  2, 2008        6:30 PM

Exhibit G    Evidence
(67)

Evidence of Reciept
of Two Hardback
Journals for personal
writing and Journal
Entries see Attached
cover sheet (Trunk green)
(Think Recycle) (series of two)
and 2 9x Bic pens.
and Clear School Box - for property receipts.



**Walgreens**
The Pharmacy America Trusts · Since 1901™

I'm ISRAEL. Thank you for allowing me
to serve you today.

    225         10    8625    04231   029

      RFN# 0423-1298-6250-0808-0220

    BIC PEN 2S            1A      3.99
    P/CLR JOURNL 100SH 1A         3.49
    P/CLR JOURNL 100SH 1A         3.49
    CLR SCHL BOX          A       1.99 SALE
        SUBTOTAL                 12.96

    A=8.5% SALES TAX              1.10
        TOTAL                    14.06

                  CASH          15.11
        CHANGE                   1.05

2690 Mission St San Francisco, CA
STORE    (415)285-1576

            THANK YOU
  FOR FASTER SERVICE, CALL IN YOUR
  PRESCRIPTION ORDER OR PLACE IT ON
WWW.WALGREENS.COM 24 HOURS IN ADVANCE

 WALGREENS PRESCRIPTION SAVINGS CLUB
   SAVE ON OVER 5,000 NAME BRAND
     AND GENERIC MEDICATIONS.

PLUS, PAY $12.00 FOR A 90-DAY SUPPLY
  OF OVER 400 GENERIC MEDICATIONS.
  ASK HOW MUCH YOU CAN SAVE TODAY!

  AUGUST  2, 2008        6:30 PM

Evidence

So Be Beverage

No food
purchase.
reciept.

Exhibit H



# Walgreens
The Pharmacy America Trusts · Since 1901™

I'm MR. SAMSON. Thank you for allowing
me to serve you today.



    105        10    4206    01126   003

    RFN# 0112-6034-2066-0808-0320

    SOBE N/F ENRG 16OZ 1A        2.49
    CA REDMP VAL          1A        .05
        SUBTOTAL                   2.54

    A=8.5% SALES TAX               .22
        TOTAL                     2.76

                    CASH         5.00
        CHANGE                   2.24

1979 Mission San Francisco, CA
STORE    (415)558-8749

                THANK YOU
    FOR FASTER SERVICE, CALL IN YOUR
    PRESCRIPTION ORDER OR PLACE IT ON
WWW.WALGREENS.COM 24 HOURS IN ADVANCE

    WALGREENS PRESCRIPTION SAVINGS CLUB
        SAVE ON OVER 5,000 NAME BRAND
        AND GENERIC MEDICATIONS.

    PLUS, PAY $12.00 FOR A 90-DAY SUPPLY
        OF OVER 400 GENERIC MEDICATIONS.
        ASK HOW MUCH YOU CAN SAVE TODAY!

    AUGUST  3, 2008        2:38 PM

Evidence
so Be
no Fear Beverage
purchase reciept.

Exhibit A

(69)

# Walgreens
The Pharmacy America Trusts · Since 1901

I'm MR. SAMSON. Thank you for allowing
me to serve you today.

```
105       10   4206   01126   003

  RFN# 0112-6034-2066-0808-0320

SOBE N/F ENRG 16OZ 1A      2.49
CA REDMP VAL       1A       .05
   SUBTOTAL                2.54

A=8.5% SALES TAX            .22
   TOTAL                   2.76

          CASH            5.00
   CHANGE                 2.24
```

1979 Mission San Francisco, CA
STORE    (415)558-8749

THANK YOU
FOR FASTER SERVICE, CALL IN YOUR
PRESCRIPTION ORDER OR PLACE IT ON
WWW.WALGREENS.COM 24 HOURS IN ADVANCE

WALGREENS PRESCRIPTION SAVINGS CLUB
SAVE ON OVER 5,000 NAME BRAND
AND GENERIC MEDICATIONS.

PLUS, PAY $12.00 FOR A 90-DAY SUPPLY
OF OVER 400 GENERIC MEDICATIONS.
ASK HOW MUCH YOU CAN SAVE TODAY!

AUGUST 3, 2008        2:38 PM

of a
pawn
shop as
are these
on "budget"
need.

But "He didn't
show us a
Tatal "The Motion
See ruled before
codes Case Order
The Case on 8/26 made
Coldimurs 4/2/3
Proper Ruling.

Isabelas
not be
a "need"
Because
He is a
real regular

note: The O.A woeklings evidence
has to show A "threat of need"
and can show "non-Ralalel,
He recieves 5000 drugs says Chem
regularly and protein drylas like
wheat wheat and seampas - No meat

Restaurant receipt
for purchase of
Milk, Mushrooms (side order)
and Biscuits & Gravy
for #7.31)

(Exhibit I.)

Evidence

BOOK NOW FOR HOLIDAY PARTIES
RESERVATION & INFO 4157241605
3122 16th Street
San Francisco CA 94103
415-626-5523

| | |
|---|---|
| Server: M.C | 08/03/2008 |
| Table 204/1 | 3:13 PM |
| Guests: 1 | 20068 |
| | |
| Biscuits and Gravy | 3.65 |
| Mushrooms | 1.50 |
| Milk Reg | 1.60 |
| | |
| Sub Total | 6.75 |
| Tax | 0.56 |
| | |
| Total | 7.31 |

**Balance Due      7.31**

Thank You
Pork Store Cafe
16 @ Valencia - Haight Ashbury

Also I note comportable
I fe should go with some
get Beene I fe should a person
ammingly tired to by a Pork Stae
is no for choce over The edey
will be a gates. I'd level pellemey
is right a

Restaurant receipt
for purchase of
Milk, Mushrooms (side order)
and Biscuits & Gravy.
for $7.31

Exhibit I.)   Evidence

```
        BOOK NOW FOR HOLIDAY PARTIES
        RESERVATION & INFO 4157241605
              3122 16th Street
           San Francisco CA 94103
              415-626-5523
Server: M.C                  08/03/2008
Table 204/1                    3:13 PM
Guests: 1                       20068

Biscuits and Gravy               3.65
Mushrooms                        1.50
Milk Reg                         1.60

Sub Total                        6.75
Tax                              0.56

Total                            7.31

Balance Due          7.31

            Thank You
          Pork Store Cafe
     16 @ Valencia · Haight Ashbury
```

Evidence

Exhibit J.)

(72)

peed professional
Highlighted copy
& 12℮℮ reciept &
Tobacco store reciept
for jeweled lighter
and box (carrying case.
picked up (in complete set.

& Tiger ®
Brand Name.
(Silver platenium
with (jeweled
diamonds.)

fixed professional          Evidence          Exhibit J.)    (73)

highlighted copy
of 1200 reciept of
Tobacco store reciept
for jeweled eighter
and Box (carrying case
picked up(in complete set
of Tiger®
Brand items
(Silver platinom
with jeweled diamonds.)

actual copy
of 2nd
(see second
page.

payment
as OFFICO
Depot/with
reciept 20$)

---

Then Ifa would reject
sorely, Ifa January febees
leazy—

A real notice of a dismissal
(wife a gould petetion
Hanison also shower — the seller
ever they b
the 2006     of need, or Inome
has         (refen and does reue
does        all be need of legley apples
doem.

(14)



**Office DEPOT**

OFFICE DEPOT
2300 16th St.
San Francisco, CA 94103
(415) 252-8280
SALE       STR0946  REG012  TRN8320
08/03/08 16:45  EMP 507629  POS 5.06

167438 20LB PASTEL LETTER
2 @ 0.020                        0.04
        SUBTOTAL                 0.04
        SALES TAX                0.00
        TOTAL                    0.04
        CASH                     0.25
        CHANGE                  -0.21
*********************************
For a chance to Win
One of 40-$100 or 1-$1000
Quarterly Shopping Sprees,
visit www.od.bizrate.com
En Espanol
ID:  KLL79 6Z2F 67KZ1

L2VTPXAQYQY5BMWF

OFFICE DEPOT
San Francisco, CA 94103
(415) 252-8280
SALE       STR0946  REG012  TRN8319
08/03/08 16:45  EMP 507629  POS 5.06

167060 PRESS LETTER
2 @ 0.090                        0.18
        SUBTOTAL                 0.18
CA 8.50% SALES TAX               0.02
        TOTAL                    0.20
        CASH                     0.25
        CHANGE                  -0.05
*********************************
For a chance to Win
One of 40-$100 or 1-$1000
Quarterly Shopping Sprees,
visit www.od.bizrate.com
En Espanol
ID:  KLL79 4Z2E MHP21

L2WTPXXAUYQY8BMWF

Evidence
of highlighted reciept
and Pastel
letter
(Sheet. 2)

paid reciept

(26)

# Office DEPOT.

OFFICE DEPOT
2300 16th St.
San Francisco, CA 94103
(415) 252-8280

SALE          STR0946  REG012  TRN8320
08/03/08 16:46  EMP 507629  POS 5.06

167438 20LB PASTEL LETTER
2 @ 0.020                        0.04
            SUBTOTAL             0.04
            SALES TAX            0.00
            TOTAL                0.04
            CASH                 0.25
            CHANGE              -0.21
**************************************
For a chance to Win
One of 40-$100 or 1-$1000
Quarterly Shopping Sprees,
visit www.od.bizrate.com
En Espanol
ID:    KLL79 6Z2F 67KZ1

2VTPXXAQYQY5BMWF

---

OFFICE DEPOT
San Francisco, CA 94103
(415) 252-8280

SALE          STR0946  REG012  TRN8319
08/03/08 16:45  EMP 507629  POS 5.06

167060 BUFF 8 LETTER
2 @ 0.090                        0.18
            SUBTOTAL             0.18
CA 8.50% SALES TAX               0.02
            TOTAL                0.20
            CASH                 0.25
            CHANGE              -0.05
****Office Depot*****
For a chance to Win
One of 40-$100 or 1-$1000
Quarterly Shopping Sprees,
visit www.od.bizrate.com
En Espanol
ID:   KLL79 6Z2F 6KP21

L2VTPXXAUYQY8BMWF



**Superior Court of California**
County of San Francisco
Small Claims Division
400 MCALLISTER STREET, SAN FRANCISCO, CA. 94102

Michael Anthony Logwood - P

Plaintiff(s)

vs.

Santa Rivera Alvarez - A

Defendant(s)

Small Claims No.: 824873

**ORDER [WORKSHEET]**

The Court hereby orders:

- [ ] Off calendar.  No appearance(s).
- [ ] Off calendar.  No Proof of Service.
- [ ] Continued per request of parties to _____.
- [ ] Continued per request of the plaintiff to _____.
- [ ] Continued on the Court's own motion to _____.
- [✓] Continued for Proof of Service to _September 22, 2008 @ 1:30 pm_
- [ ] Continued to _____ for progress report.  If no appearance, case dismissed with prejudice.
- [ ] Continued to _____ .to provide _____ interpreter.
- [ ] Dismissed.  No further action taken by the Court.
- [ ] Dismissed with prejudice.  No appearance by the plaintiff.
- [ ] Dismissed with prejudice.  Case Settled.
- [ ] Dismissed at the request of the plaintiff. [ ] with prejudice [ ] without prejudice
- [ ] Other:_____

_____
_____
_____
_____
_____

Date: _7 28·08_

COMMISSIONER/JUDGE PRO TEM OF THE SUPERIOR COURT
PAUL SLAVIT

ORIGINAL

| **SC-100** | **Plaintiff's Claim and ORDER to Go to Small Claims Court** |

## Notice to the person being sued:

- You are the Defendant if your name is listed in ② on page 2 of this form. The person suing you is the Plaintiff, listed in ① on page 2.
- You and the Plaintiff must go to court on the trial date listed below. If you do not go to court, you may lose the case.
- If you lose, the court can order that your wages, money, or property be taken to pay this claim.
- Bring witnesses, receipts, and any evidence you need to prove your case.
- Read this form and all pages attached to understand the claim against you and to protect your rights.

## Aviso al Demandado:

- Usted es el Demandado si su nombre figura en ② de la página 2 de este formulario. La persona que lo demanda es el Demandante, la que figura en ① de la página 2.
- Usted y el Demandante tienen que presentarse en la corte en la fecha del juicio indicada a continuación. Si no se presenta, puede perder el caso.
- Si pierde el caso la corte podría ordenar que le quiten de su sueldo, dinero u otros bienes para pagar este reclamo.
- Lleve testigos, recibos y cualquier otra prueba que necesite para probar su caso.
- Lea este formulario y todas las páginas adjuntas para entender la demanda en su contra y para proteger sus derechos.

*Clerk stamps date here when form is filed.*

SMALL CLAIMS
**F I L E D**
San Francisco County Superior Court

APR 0 2 2008

**GORDON PARK-LI, Clerk**
BY: *Melania Da Luna*
Deputy Clerk

*Fill in court name and street address.*
**Superior Court of California, County of**
**SAN FRANCISCO**

**SMALL CLAIMS DIVISION**
**400 MCALLISTER ST., Rm 103**
**SAN FRANCISCO, CA 94102**

*Clerk fills in case number and case name:*
Case Number: **824873**

Case Name: *Michael Logwood vs. Santa Alvarez*

Go to to Court

## The people in ① and ② must go to court: *(Clerk fills out section below.)*

| Trial Date → | Date | Time | Department | Name and address of court if different from above |
|---|---|---|---|---|
| | 1. MAY 05 2008  2:30 pm  Rm 506  (574-4000) | | | |
| Courted | 2. JUL 28 2008  1:30 pm  506 | | | |
| | 3. | | | |

Date: **APR 0 2 2008**   Clerk, by _____ Melania Da Luna _____, Deputy

## Instructions for the person suing:

- You are the Plaintiff. The person you are suing is the Defendant.
- *Before you fill out this form,* read Form SC-150, *Information for the Plaintiff (Small Claims),* to know your rights. Get SC-150 at any courthouse or county law library, or go to: *www.courtinfo.ca.gov/forms*
- Fill out pages 2 and 3 of this form. Then make copies of all pages of this form. (Make 1 copy for each party named in this case and an extra copy for yourself.) Take or mail the original and these copies to the court clerk's office and pay the filing fee. The clerk will write the date of your trial in the box above.
- You must have someone at least 18—not you or anyone else listed in this case—give each Defendant a court-stamped copy of all 5 pages of this form and any pages this form tells you to attach. There are special rules for "serving," or delivering, this form to public entities, associations, and some businesses. See Forms SC-104, SC-104B, and SC-104C.
- Go to court on your trial date listed above. Bring witnesses, receipts, and any evidence you need to prove your case.

Judicial Council of California, www.courtinfo.ca.gov
Revised January 1, 2008, Mandatory Form
Code of Civil Procedure, §§ 116.110 et seq.,
§ 220(c), 116.340(g)

**Plaintiff's Claim and ORDER to Go to Small Claims Court**
**(Small Claims)**

SC-100, Page 1 of 5

Case Number **824873**

Plaintiff *(list names):* _____

**(1)  The Plaintiff (the person, business, or public entity that is suing) is:**

Name: *Michael Gintonio* _____    Phone: ( )

Street address: _2032 Mission Street Fremond San Francisco California_
*Street*                                    *City*        *State*    *Zip* 94114

Mailing address *(if different):* _101 Hyde Street_ _____ *CA, 94142*
*Street*                          *City*      *State*  *Zip*
San Francisco

**If more than one Plaintiff, list next Plaintiff here:**

Name: ( _None_ )    Phone: ( )

Street address: _____
*Street*                        *City*      *State*    *Zip*

Mailing address *(if different):* _____
*Street*                        *City*      *State*    *Zip*

☐ *Check here if more than 2 Plaintiffs and attach Form SC-100A.*

☐ *Check here if either Plaintiff listed above is doing business under a fictitious name. If so, attach Form SC-103.*

**(2)  The Defendant (the person, business, or public entity being sued) is:**

Name: _Sonta Rivera Alvarez_ _____ . Phone: ( )

Street address: _229 Hansford Drive South San Francisco California_
*Street*                                *City*         *State*      *Zip*
_94080_

Mailing address *(if different):* (_Sunbarrow_) _____
*Street*                          *City*      *State*    *Zip*

**If more than one Defendant, list next Defendant here:**

Name: _None_ _____    Phone: ( )

Street address: _____
*Street*                        *City*      *State*    *Zip*

Mailing address *(if different):* _____
*Street*                        *City*      *State*    *Zip*

☐ *Check here if more than 2 Defendants and attach Form SC-100A.*

☐ *Check here if any Defendant is on active military duty, and write his or her name here:* _____

**(3)  The Plaintiff claims the Defendant owes $ _250ºº + the Cor._ *(Explain below):*

a.  *Why does the Defendant owe the Plaintiff money?* _She did not pay me my money_
_I had for my purchased car of 21,113ºº and 4000ºº Incum_
_of facilities. Changed her Address come to it would not_
_pay me I will force me over to her address_

b.  *When did this happen? (Date):* _March 28 2008_

If no specific date, give the time period: *Date started:* _____    *Through:* _____

c.  *How did you calculate the money owed to you? (Do not include court costs or fees for service.)*
_(illegible handwriting)_

☐ *Check here if you need more space. Attach one sheet of paper or Form MC-031 and write "SC-100, Item 3" at the top.*

**Plaintiff's Claim and ORDER**
**to Go to Small Claims Court**
**(Small Claims)**



Case Number:

**824873**

Plaintiff *(list names):* _____

**④ You must ask the Defendant (in person, in writing, or by phone) to pay you before you sue. Have you done this?** ☒ Yes ☐ No

*If no, explain why not:* _____

**⑤ Why are you filing your claim at this courthouse?**

This courthouse covers the area *(check the one that applies):*

a. ☒ (1) Where the Defendant lives or does business.
    (2) Where the Plaintiff's property was damaged.
    (3) Where the Plaintiff was injured.

(4) Where a contract (written or spoken) was made, signed, performed, or broken by the Defendant *or* where the Defendant lived or did business when the Defendant made the contract.

b. ☐ Where the buyer or lessee signed the contract, lives now, or lived when the contract was made, if this claim is about an offer or contract for personal, family, or household goods, services, or loans. *(Code Civ. Proc., § 395(b).)*

c. ☐ Where the buyer signed the contract, lives now, or lived when the contract was made, if this claim is about a retail installment contract (like a credit card). *(Civil Code, § 1812.10.)*

d. ☐ Where the buyer signed the contract, lives now, or lived when the contract was made, or where the vehicle is permanently garaged, if this claim is about a vehicle finance sale. *(Civil Code, § 2984.4.)*

e. ☐ Other *(specify):* _____

**⑥ List the zip code of the place checked in ⑤ above** *(if you know):* _____

**⑦ Is your claim about an attorney-client fee dispute?** ☐ Yes ☒ No

*If yes, and if you have had arbitration, fill out Form SC-101, attach it to this form, and check here:* ☐

**⑧ Are you suing a public entity?** ☐ Yes ☒ No

*If yes, you must file a written claim with the entity first.* ☐ A claim was filed on *(date):* _____

*If the public entity denies your claim or does not answer within the time allowed by law, you can file this form.*

**⑨ Have you filed more than 12 other small claims within the last 12 months in California?**

☐ Yes ☒ No *If yes, the filing fee for this case will be higher.*

**⑩ I understand that by filing a claim in small claims court, I have no right to appeal this claim.**

**⑪ I have not filed, and understand that I cannot file, more than two small claims cases for more than $2,500 in California during this calendar year.**

I declare, under penalty of perjury under California State law, that the information above and on any attachments to this form is true and correct.

Date: 04-08-08   Michael Anthony Leonard  ▶ *Michael Anthony Leonard*
                *Plaintiff types or prints name here*       *Plaintiff signs here*

Date: _____

                *Second Plaintiff types or prints name here*    *Second Plaintiff signs here*

**Requests for Accommodations**

Assistive listening systems, computer-assisted, real-time captioning, or sign language interpreter services are available if you ask at least 5 days before the trial. Contact the clerk's office for Form MC-410, *Request for Accommodations by Persons With Disabilities and Response. (Civil Code, § 54.8.)*

## SC-100    Information for the Defendant (the person being sued)

**"Small claims court"** is a special court where claims for $5,000 or less are decided. A "natural person" (not a business or public entity) may claim up to $7,500. The process is quick and cheap. The rules are simple and informal.

You are the Defendant—the person being sued. The person who is suing you is the Plaintiff.

### Do I need a lawyer?
You may talk to a lawyer before or after the case. But you *may not* have a lawyer represent you in court (unless this is an appeal from a small claims case).

### How do I get ready for court?
You don't have to file any papers before your trial, unless you think this is the wrong court for your case. But bring to your trial any witnesses, receipts, and any evidence that supports your case. And read "Get Ready for Court" at: *www.courtinfo.ca.gov/selfhelp/smallclaims/getready.htm*

### What if I need an accommodation?
If you have a disability or are hearing impaired, fill out Form MC-410, *Request for Accommodations*. Give the form to your court clerk or the ADA/Access Coordinator.

### What if I don't speak English well?
Ask the clerk if the court can give you an interpreter for free. If not, bring someone—like an adult relative or friend—who can interpret for you in court. It is best if your interpreter is not a witness or listed in this case. Or ask the clerk for a list of interpreters. (Interpreters usually charge a fee.)

### Where can I get the court forms I need?
Go to any courthouse or your county law library, or print forms at: *www.courtinfo.ca.gov/forms*

### What happens at the trial?
The judge will listen to both sides. The judge may make a decision at your trial or mail the decision to you later.

### What if I lose the case?
If you lose, you can appeal. You'll have to pay a fee. (Plaintiffs cannot appeal their own claims.)

- If you were at the trial, file Form SC-140, *Notice of Appeal*. You must file within 30 days after the judge's decision.

- If you were *not* at the trial, fill out and file Form SC-135, *Notice of Motion to Vacate Judgment and Declaration*, to ask the judge to cancel the judgment (decision). If the judge does not give you a new trial, you have 10 days to appeal the decision. File Form SC-140.

For more information on appeals, see: *www.courtinfo.ca.gov/selfhelp/smallclaims/appeal.htm*

### Do I have options?
Yes. If you are being sued, you can:

- **Settle your case before the trial.** If you and the Plaintiff agree on how to settle the case, both of you must notify the court. Ask the Small Claims Advisor for help.

- **Prove this is the wrong court.** Send a letter to the court *before* your trial, explaining why you think this is the wrong court. Ask the court to dismiss the claim. You must serve (give) a copy of your letter (by mail or in person) to all parties. (Your letter to the court must say you have done this.)

- **Go to the trial and try to win your case.** Bring witnesses, receipts, and any evidence you need to prove your case. To make sure the witnesses go to the trial, fill out Form SC-107, and the clerk will subpoena (order) them to go.

- **Sue the person who is suing you.** File Form SC-120, *Defendant's Claim*. There are strict filing deadlines you must follow.

- **Agree with the Plaintiff's claim and pay the money.** Or, if you can't pay the money now, go to your trial and say you want to make payments.

- **Let the case "default."** If you don't settle and do not go to the trial (default), the judge may give the Plaintiff what he or she is asking for plus court costs. If this happens, the Plaintiff can legally take your money, wages, and property to pay the judgment.

### What if I need more time?
You can change the trial date if:

- You cannot go to court on the scheduled date (you will have to pay a fee to postpone the trial) *or*

- You did not get served (receive this order to go to court) at least 15 days before the trial (or 20 days if you live outside the county) *or*

- You need more time to get an interpreter. One postponement is allowed, and you will not have to pay a fee to delay the trial.

Ask the Small Claims Clerk about the rules and fees for postponing a trial. Or fill out Form SC-110 (or write a letter) and mail it to the court *and* to all other people listed on your court papers before the deadline. Enclose a check for your court fees, unless a fee waiver was granted.

 **Need help?**
Your county's Small Claims Advisor can help for free.

Or go to "County-Specific Court Information" at: *www.courtinfo.ca.gov/selfhelp/smallclaims*

## SC-100 · Información para el demandado (la persona demandada)

La "Corte de reclamos menores" es una corte especial donde se deciden casos por $5,000 ó menos. Una "persona natural" (que no sea un negocio ni una entidad pública) puede reclamar hasta $7,500. El proceso es rápido y barato. Las reglas son sencillas e informales.

Usted es el Demandado — la persona que se está demandando. La persona que lo está demandando es el Demandante.

**¿Necesito un abogado?**
Puede hablar con un abogado antes o después del caso. Pero no puede tener a un abogado que lo represente ante la corte (a menos que se trate de una apelación de un caso de reclamos menores).

**¿Cómo me preparo para ir a la corte?**
No tiene que presentar ningunos papeles antes del juicio, a menos que piense que ésta es la corte equivocada para su caso. Pero lleve al juicio cualquier testigos, recibos, y cualquier pruebas que apoyan su caso. Y lea "Prepárese para la corte" en: *www.courtinfo.ca.gov/selfhelp/espanol/reclamosmenores/prepararse.htm*

**¿Qué hago si necesito una adaptación?**
Si tiene una discapacidad o tiene impedimentos de audición, llene el formulario MC-410, *Request for Accomodations*. Entregue el formulario al secretario de la corte o al Coordinador de Acceso/ADA de su corte.

**¿Qué pasa si no hablo inglés bien?**
Traiga a un adulto que no sea testigo para que le sirva de intérprete. O pida al secretario de la corte que le asigne uno. Si quiere que la corte le asigne un intérprete, lo tiene que pedir como mínimo menos cinco días antes de la fecha en que tenga que ir a la corte. Es posible que no haya disponible un intérprete proporcionado por la corte o que tenga que pagar otra costa por emplear un intérprete de la corte, a menos que tenga una exención de cuotas. Puede pedir a la corte una lista de intérpretes y la Solicitud de exención de cuotas y costos de la corte (formulario FW-001).

**¿Cómo puedo obtener los formularios de la corte que necesito?**
Vaya a cualquier edificio de la corte, la biblioteca legal de su condado o imprima los formularios en: *www.courtinfo.ca.gov/forms*

**¿Qué pasa en el juicio?**
El juez escuchará a ambas partes. El juez puede tomar su decisión durante la audiencia o enviársela por correo después.

**¿Qué pasa si pierdo el caso?**
Si pierde, puede apelar. Tendrá que pagar una cuota. (El Demandante no puede apelar su propio reclamo.)

- Si estuvo presente en el juicio, llene el formulario SC-140, *Aviso de apelación*. Tiene que presentarlo dentro de 30 días después de la decisión del juez.
- Si no estuvo en el juicio, llene y presente el formulario SC-135, *Aviso de petición para anular el fallo y Declaración* para pedirle al juez que anule el fallo (decisión). Si la corte no le otorga un nuevo juicio, tiene 10 días para apelar la decisión. Presente el formulario SC-140.

Para obtener más información sobre las apelaciones, vea: *www.courtinfo.ca.gov/selfhelp/espanol/reclamosmenores/apelar.htm*

**¿Tengo otras opciones?**
Sí. Si lo están demandando, puede:

- **Resolver su caso antes del juicio.** Si usted y el Demandante se ponen de acuerdo en resolver el caso, ambos tienen que notificar a la corte. Pídale al Asesor de Reclamos Menores que lo ayude.

- **Probar que es la corte equivocada.** Envíe una carta a la corte *antes* del juicio explicando por qué cree que es la corte equivocada. Pídale a la corte que despida el reclamo. Tiene que entregar (dar) una copia de su carta (por correo o en persona) a todas las partes. (Su carta a la corte tiene que decir que hizo la entrega.)

- **Ir al juicio y tratar de ganar el caso.** Lleve testigos, recibos y cualquier prueba que necesite para probar su caso. Para asegurarse que los testigos vayan al juicio, llene el formulario SC-107, y el secretario emitirá una orden de comparecencia ordenándoles que se presenten.

- **Demandar a la persona que lo demandó.** Presente el formulario SC-120, *Reclamo del demandado*. Hay fechas límite estrictas que debe seguir.

- **Aceptar el reclamo del Demandante y pagar el dinero.** O, si no puede pagar en ese momento, vaya al juicio y diga que quiere hacer los pagos.

- **No ir al juicio y aceptar el fallo por falta de comparecencia.** Si no llega a un acuerdo con el Demandante y no va al juicio (fallo por falta de comparecencia), el juez le puede otorgar al Demandante lo que está reclamando más los costos de la corte. En ese caso, el Demandante legalmente puede tomar su dinero, su sueldo o sus bienes para cobrar el fallo.

**¿Qué hago si necesito más tiempo?**
Puede cambiar la fecha del juicio si:

- No puede ir a la corte en la fecha programada (tendrá que pagar una cuota para aplazar el juicio) o
- No le entregaron los documentos legalmente (no recibió la orden para ir a la corte) por lo menos 15 días antes del juicio (ó 20 días si vive fuera del condado) o
- Necesita más tiempo para conseguir intérprete. (Se permite un solo aplazamiento sin tener que pagar cuota para aplazar el juicio).

Pregúntele al secretario de reclamos menores sobre las reglas y las cuotas para aplazar un juicio. O llene el formulario SC-110 (o escriba una carta) y envíelo antes del plazo a la corte y a todas las otras personas que figuran en sus papeles de la corte. Adjunte un cheque para pagar los costos de la corte, a menos que le hayan dado una exención.



**¿Necesita ayuda?** El Asesor de Reclamos Menores de su condado le puede ayudar sin cargo.

**415-292-2124**
M-F, 8:30AM-Noon, 1:30PM-4:30PM

O vea "Información por condado" en: *www.courtinfo.ca.gov/selfhelp/espanol/reclamosmenores*

Revised January 1, 2008

**Reclamo del Demandante y ORDEN
Para Ir a la Corte de Reclamos Menores**
(Reclamos Menores)

SC-100, Page 5 of 5