FILED

08 AUG -5 PM 1:24

RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

Michael Anthony Jaywood
Name and Address
General Delivery U.S. Post Office
San Francisco, California 94142

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Michael Anthony Jaywood
Plaintiff / Petitioner

VS.

Peter Spencer Ms. Chat commissioner supervisor of SSI
Defendant / Respondent

Case No. 08-2349

Document Name:

Motion For Reconsideration Motion For Evidence Review. Motion For Direct Answer to Evidence Directly Motioned to be reviewed By Applicant, particular to Actual Evidence is shown as filed. Motion for Income granted And Motion for granting reconsideration where argument on 7th for Fraud [illegible] related to employment on a Los Angeles Church in also are related as a 5 [illegible] [illegible] of [illegible]

9th opposition.

Motion for Reconsideration pertaining to August 7th [illegible] conference reply.

Motion for Evidence review (July 22nd was included in 8th opposition and case documentation calendar @ 14, 15 & 16 show 4 appeals in the [illegible] [illegible] of evidence) [illegible] reviewed in opposition 8 and 9, @ Added July @ July 22nd [illegible] in evidence. Evidence showed [illegible] [illegible] as [illegible] submission [illegible] appropriate review [illegible] [illegible] [illegible] before a reasonable doubt [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] The Added [illegible] [illegible] [illegible] [illegible] [illegible] The Appellant's Evidence be reviewed [illegible] The [illegible] [illegible] possible exoneration [illegible] [illegible] decision

Note for Filing to Judge Hamilton.

The Appellant Notes

he filed a Claim for "The OIA said his tax return & barry employment are causing proximate harm to his Income for Rent on (July 22nd.

The Claim is properly filed, There is no Notation on the Stack that your court may not decide to waive - the ALJ Because you only stated. there was a claim on July 16 th and stated No reply was given in fact July 22nd a new filing concerning it was 19 days exsted

The Appellant

[illegible]
and [illegible] as a [illegible] Order
of [illegible] [illegible] [illegible] Judgment
[illegible]. Evidence [illegible] [illegible]
[illegible] [illegible]. Evidence [illegible]
[illegible] to [illegible] [illegible] [illegible]
Judge to [illegible] Claim of
[illegible] [illegible] to [illegible] [illegible]
of [illegible] [illegible] [illegible] a [illegible]
to [illegible] a [illegible] and [illegible] [illegible]
a [illegible] form, [illegible] the [illegible]
[illegible] [illegible] [illegible]. [illegible] The
Appellant has [illegible] a [illegible]
[illegible] a Dr. professional license,
[illegible] [illegible] [illegible] By DMV.
[illegible] a [illegible] [illegible] [illegible]
and [illegible]. [illegible] [illegible] [illegible]
[illegible] [illegible] [illegible] [illegible] [illegible]
[illegible] the [illegible] [illegible] [illegible] [illegible]
[illegible] of the [illegible] [illegible] [illegible] [illegible]
[illegible] [illegible] of [illegible] [illegible]
[illegible] [illegible] [illegible] [illegible] [illegible]
a [illegible] [illegible] to [illegible] [illegible]
[illegible] [illegible] [illegible] [illegible] [illegible]
and [illegible] [illegible] [illegible] [illegible]
[illegible] [illegible] [illegible] [illegible]
[illegible] [illegible] [illegible] [illegible] [illegible]
[illegible] [illegible] [illegible] [illegible] [illegible]
[illegible] [illegible] [illegible] [illegible] [illegible]
[illegible] [illegible] [illegible] [illegible] [illegible]

[illegible]

[illegible]

[illegible] the [illegible] the evidence [illegible] the [illegible] to [illegible] evidence. The [illegible] evidence [illegible] to a [illegible] on [illegible] evidence on [illegible] when [illegible] that you [illegible] the [illegible] claim on [illegible] is [illegible] on "a [illegible] to [illegible]

on Cholby yesterday at OHV
dealt [illegible] Skinner where an allergy
that is not a representation
were issued from Dubins, and
so on.

Stated he needs an appointment
Mr Sherman asked if he thought
he were a Parole Officer when
he asked if he were and [illegible]
manager, I he said He were only
the official trainer for the
OHV Safety officers.
Therefore [illegible] in only
which [illegible] changed he was one.
The answer is clear He may
have been trying to [illegible] the
OHV appointment [illegible] on
[illegible] as and [illegible] my [illegible]
[illegible] the selling [illegible] we
smelled the coffee around
are our [illegible] could [illegible]
He [illegible] the [illegible] seeded
[illegible] I [illegible] wall [illegible]
[illegible] you an appointment The [illegible]
[illegible] you [illegible] [illegible] on [illegible]
at a State [illegible] for a [illegible]
But you did not [illegible] in legal
[illegible] told [illegible] in Sherman's

tolled, is evidenced

It is evidenced you may acknowledge serially the paper.

The Clerk, did not satisfy the date with an appropriate notification having date of 30 actual days earlier.

The authority at [illegible] also [illegible] he is [illegible] the [illegible] reporter whom has [illegible] in his dialogue as Ralph [illegible] his name.

You as a judge may serially accept [illegible] [illegible] of the [illegible] is noted in this reply and [illegible] OHV notes It tolled up [illegible] not satisfy me on appeal for a OHV [illegible] in [illegible] To [illegible] the [illegible] noted [illegible] and [illegible] here are [illegible]

answer to retaliate
To this date, waiting for the
[illegible] request on the hearing
on [illegible] day but was
where on [illegible] the dates
The other employee interrupted
saying you [illegible] late
and [illegible] requested [illegible] for
2 more days [illegible] the
4th [illegible] to the [illegible] of
August 4th there are
3 [illegible] days to answer
his request for his paycheck
and you did not answer
[illegible]

I applied for [illegible]
[illegible] he was
[illegible] had
[illegible]
He said I [illegible] good
to [illegible] I [illegible]
[illegible]
And the [illegible]
of [illegible]
[illegible]
[illegible]
[illegible]
[illegible]

where a qualified legal would ask, that "The points & references be reviewed. As in an real filing of "Administrative Remedies, [illegible] Taxation, was not answered, [illegible]. The Evidence was filed, but should not be overlooked. And the financial reply is due because, the office would ask him to address the ALJ. The indication is your court says Ms. [illegible] [illegible] [illegible] [illegible] [illegible], and the ALJ form, shows the defendant consider [illegible] "[illegible] administrative review is stated to have an ALJ look at the forms, as the form is filled out and there is no reply form a [illegible] as to the [illegible]. There are no paper [illegible] or a [illegible] form [illegible]. Ms. [illegible] [illegible] [illegible] the [illegible] yet to [illegible] [illegible]. [illegible] [illegible]

Appellant request for rehearing of denial [illegible] re evidence - letter [illegible] August 4th [illegible] - [illegible] 2008

[illegible] Judge Hamilton,

Also note that in my request to District Court for reconsideration it has been 4 days since you decision And you decision financially, to the exact consideration of $3600 of 4 checks is due.

Notably a Naval secretary with exact duties of answering the phones and sorting papers and filing on a Blueprint machine, is the occupation duties, herein noted A Blue print job.

It is also noted, the Appellant was employed by the Church of Scientology in 1981, and as a Flag Banking Officer. one who is responsible for handling money [illegible] within the Church [illegible].

for disbursement and allocation of expenses, ordinary upkeep and services of the church.

The point is indicated you did not directly claim there was a specified paper filed by Significant notice that you showed. There were none by format excluding. and therefore you granted a dismissal is not appropriate because you did not note the actual rectified of Evidence that is the vehicle for establishing why the decision is due. The point. The remedial we remedy is per se, legally not exercised because you did not refer to this proper ruling, therefore a contemplated ordering "reconvening to lawful work"

applies the legal doctrine

You did not reply to his actual filing on July 22nd was not properly referred too. Reviewed, and The evidence of the filing was not properly supported or mentioned.

Notably, [illegible] the Actual Course of the filings the judge may refer to the [illegible] of [illegible], [illegible] of Documentation 14, 15 & 16 also 17, 18, 19, 20)

The original first [illegible] & civil claim [illegible] an electronic filing be referred to you [illegible] [illegible] I have submitted accordingly to the Clerk, you may [illegible] on your own courts.

The evidence you supply is this motion [illegible]!

Be granted, whereas, he shows direct opposition to Maria Stella.

As it shows, this in itself your State allows for waiver of The 4 prison formats an ALJ and then the Appeals Council.

Lastly, The Appellant Has formally submitted all four requests for consideration before the Court as to an original felony.

Your Statement Ms Stella has no feeling as to substantive relief is incorrect The 4 felonys are evidenced to be reviewed and

July 3rd was not considered in evidence.

Therefore, in story where we can retrieve them from my worker at the garage or go to the office to wait for them to actually know they exist or the Judge got a petition to identify this judgment to show the Road people already filed with the court and the A.J did not also reply.

It is also true in support ion & why those sides reply shows substantive evidence of guilty for anyone because the appellant states, she has shown to

Stated in his presence they are pathetic
Could show corresponding form
as affluently stating
their grounds for causes
are [illegible]
at a [illegible] as related per a conversation
Because, "they do not properly account for your evidence!"
" and they do not state to properly care for your interests
whether or not you are
a self employed person
or sole-recipient of income
Because they can be seen to intentionally overlook
or even
review claims [illegible]
[illegible] can only accept
[illegible] their work an accept
only what you produce
Bob where the D.A.

words you to Raise no

money; "Becase of your good

work" is cited paoxmately and directly related to adaum does not accept appropriate conversing or life is Chinese policy to Income is alleged also as illegal an inappropriate the Thanks like you stated venue of his Saling you did role of others affected as not a basis in an have a ALJ reply to Appeal to be considered agency Appeals Court in itself without a basis of cause notice to has when you failed to not given an opponent view appropriate reasoning not have jurisdiction. Note could be argued to deal co. US vs [illegible] not reliable information Galleng from the Court. The Dist did not have special amendment the venue, a reason are ... recommendation ... to consider, was note even of another Ruling also in. where the Statement Garg vs as the serve you apletly Home Inspector refused to show deadly. The Clerk where you have Stated as to ... refuse relations particularly served ... The ALJ to ... in ... review 2006 and 2007 ... because you have not ... ... ... ...

and in Morris vs. The State life Insurance corporation "He did not [illegible] [illegible] [illegible] of [illegible], because he [illegible] simply [illegible] look [illegible] presented evidence appropriately filled form and stated in [illegible] as a bases of cause he [illegible] to pay to claim [illegible].

As well in [illegible] a direct Morris [illegible] Because [illegible] vs. Being [illegible] to [illegible] Court "The appellant made an application to [illegible] money and [illegible] was stated at the office [illegible] to submitted evidence [illegible] or [illegible] stated [illegible] You [illegible] for [illegible] as [illegible] so it [illegible] to be [illegible]

in Morris vs. Being [illegible] "I [illegible] to [illegible] [illegible], But to [illegible] as [illegible] You can [illegible] them [illegible] Appeal [illegible] the [illegible] to [illegible]

[illegible] I would [illegible] with [illegible]

in Them [illegible] Organization of Bonniefields vs SSI. We [illegible] But [illegible] we had [illegible] But of you [illegible] of the [illegible] and [illegible] [illegible] You must [illegible] the [illegible] evidence [illegible] to [illegible] Morris [illegible] by the ALJ did not [illegible] vs. [illegible] even if an [illegible] that vs [illegible] an ALJ [illegible] a [illegible] The [illegible] [illegible] to [illegible] [illegible] we had to [illegible]

[illegible]

[illegible] Memorandum. The [illegible]

does not give you a paper [illegible] reply.

And to give a judge [illegible] evidence [illegible] get your evidence.

[illegible] Incorrect [illegible] as a student to you [illegible]

[illegible] The [illegible] The date. [illegible]

[illegible] Be [illegible] the ALJ [illegible] you [illegible] a reply to [illegible] Then the judge [illegible]

[illegible]

and [illegible].
[illegible] [illegible] your [illegible]
too [illegible] [illegible] Court
on ALJ and [illegible] [illegible]
[illegible] [illegible] on court
[illegible] [illegible] [illegible] [illegible] [illegible]
To only [illegible] [illegible]
a [illegible] [illegible] al SSI.

Also, note.
That the Clerk said
my [illegible] date is August
30th.
My case conference
Answer to [illegible]
is due the 7th of August

You have [illegible] an
4 month early reply.
[illegible] The court date of
my form was [illegible]
[illegible] [illegible] By a [illegible]
[illegible] [illegible] [illegible] [illegible] [illegible]
[illegible] you have [illegible] [illegible]
[illegible] a reply to [illegible] [illegible]
The There is no [illegible] or [illegible]
[illegible] and [illegible] [illegible] it.
[illegible] Early [illegible] can be
[illegible] [illegible] it is to be
[illegible] [illegible] [illegible] [illegible] [illegible] [illegible]

[illegible]

[illegible]

SOCIAL SECURITY ADMINISTRATION

TOE 710

(Do not write in this space)

# REQUEST FOR RECONSIDERATION

The information on this form is authorized by regulation (20 CFR 404.907 - 404.921 and 416.1407 - 416.1421). While your response to these questions is voluntary, the Social Security Administration cannot reconsider the decision on this claim unless the information is furnished.

| NAME OF CLAIMANT | NAME OF WAGE EARNER OR SELF-EMPLOYED PERSON *(If different from claimant.)* |
|---|---|
| Michael Anthony | |
| SOCIAL SECURITY CLAIM NUMBER | SUPPLEMENTAL SECURITY INCOME (SSI) CLAIM NUMBER |
| 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 | |
| SPOUSE'S NAME *(Complete ONLY in SSI cases)* | SPOUSE'S SOCIAL SECURITY NUMBER *(Complete ONLY in SSI cases)* |
| | |

CLAIM FOR *(Specify type, e.g., retirement, disability, hospital insurance, SSI, etc.)*

The District Court O.A. says I did not explore my Administ-

I do not agree with the determination made on the above claim and request reconsideration. My reasons are:

strative remedies" in fact, I may re-apply for Jan - Feb 2006-2007 Because it is my pay with/from Disability The Treasury Financial Office-Kansas "The O.A. says leave without pay should not be [illegible] [illegible]

**SUPPLEMENTAL SECURITY INCOME RECONSIDERATION ONLY** *(See reverse of claimant's copy)*

"I want to appeal your decision about my claim for supplemental security income, SSI. I've read the back of this form about the three ways to appeal. I've checked the box below."

☐ Case Review ☐ Informal Conference ☐ Formal Conference

[illegible handwritten notes in margins and between lines]

**EITHER THE CLAIMANT OR REPRESENTATIVE SHOULD SIGN - ENTER ADDRESSES FOR BOTH**

| SIGNATURE OR NAME OF CLAIMANT'S REPRESENTATIVE | | CLAIMANT SIGNATURE | | |
|---|---|---|---|---|
| M. Mahe [illegible] ☒ NON-ATTORNEY ☐ ATTORNEY | | M. Mahe [illegible] | | |
| STREET ADDRESS | | STREET ADDRESS | | |
| General Delivery San Francisco | | General Delivery San Francisco | | |
| CITY | STATE | ZIP CODE | CITY | STATE | ZIP CODE |
| San Francisco | California | 94142 | San Francisco | California | 94142 |
| TELEPHONE NUMBER *(Include area code)* | DATE | TELEPHONE NUMBER *(Include area code)* | | DATE |
| ( ) | | ( ) no phone | | Feb 2008 |

**TO BE COMPLETED BY SOCIAL SECURITY ADMINISTRATION**

See reverse of claim folder copy for list of initial determinations

1. HAS INITIAL DETERMINATION BEEN MADE? ☐ YES ☐ NO
2. CLAIMANT INSISTS ON FILING ☒ YES ☐ NO
3. IS THIS REQUEST FILED TIMELY? ☒ YES ☐ NO
*(If "NO", attach claimant's explanation for delay and attach only pertinent letter, material, or information in social security office.)*

RETIREMENT AND SURVIVORS RECONSIDERATIONS ONLY (CHECK ONE) REFER TO (GN 03102.125)

☐ NO FURTHER DEVELOPMENT REQUIRED (GN 03102.125)

☐ REQUIRED DEVELOPMENT ATTACHED

☐ REQUIRED DEVELOPMENT PENDING, WILL FORWARD OR ADVISE STATUS WITHIN 30 DAYS

SOCIAL SECURITY OFFICE ADDRESS

ROUTING INSTRUCTIONS (CHECK ONE)

☐ DISABILITY DETERMINATION SERVICES *(ROUTE WITH DISABILITY FOLDER)*
☐ ODO, BALTIMORE
☐ PROGRAM SERVICE CENTER
☐ INTPSC, BALTIMORE
☐ DISTRICT OFFICE RECONSIDERATION
☐ OCRO BALTIMORE

**NOTE:** TAKE OR MAIL COMPLETED COPIES TO YOUR SOCIAL SECURITY OFFICE

FORM **SSA-561-U2** (9-85)

**CLAIMANT'S COPY**

STORE# 4006

POPEYES 2598 MISSION ST.

| | | |
|---|---|---|
| 1 LG JAMABALAYA | | 4.99 |
| 1 THIGH | ML | 1.69 |
| | SBTL | 6.68 |
| | TAX | .57 |
| | TOTL | 7.25 |
| | CASH | 7.25 |
| | CHNG | .00 |

J''.N

#242 OUT

5634 19:15 #12 AUG.04'08 REG0002

Evidence of Review
For Adjudication Law Judge
and Appeals Council review
Account of July 22nd
to [illegible] reply to Income
of January + February 2007,
of 2006 and
of January + February

Appeal filed July 22nd
requesting
written
reply.